B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re **Archdiocese of Milwaukee**

Case No. _____

Debtor(s)

Chapter **11**

## LIST OF CREDITORS HOLDING 20** LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Archdiocese of Milwaukee Priests' Retiree Health Plan 3501 South Lake Drive Milwaukee, WI 53207-0912** | **John J. Marek 3501 South Lake Drive Milwaukee, WI 53207-0912 (414) 769-3300** | **Accrued Post-Retirement Health, Dental and Vision Benefits** | **Contingent Unliquidated** | **13,693,375.00** |
| **M.H.S., Inc. 742 West Capitol Drive Milwaukee, WI 53206-3327** | **c/o Richard J. Anderson, III M.H.S., Inc. 742 West Capitol Drive Milwaukee, WI 53206-3327 (414) 264-5440** | **Contribution Payable** | | **3,378,536.59** |
| **Archdiocesan Cemeteries of Milwaukee Union Employees' Pension Plan 3501 South Lake Drive Milwaukee, WI 53207-0912** | **John J. Marek 3501 South Lake Drive Milwaukee, WI 53207-0912 (414) 769-3300** | **Pension** | **Contingent Unliquidated** | **1,169,580.00** |
| **Archdiocese of Milwaukee Lay Employees Pension Plan 3501 South Lake Drive Milwaukee, WI 53207-0912** | **John J. Marek 3501 South Lake Drive Milwaukee, WI 53207-0912 (414) 769-3300** | **Pension** | **Contingent Unliquidated** | **Unknown** |
| **Archdiocese of Milwaukee Priests' Pension Plan 3501 South Lake Drive Milwaukee, WI 53207-0912** | **John J. Marek 3501 South Lake Drive Milwaukee, WI 53207-0912 (414) 769-3300** | **Pension** | **Contingent Unliquidated** | **Unknown** |

**Only 17 contact persons and related information are provided on the List of Creditors Holding 20 Largest Unsecured Claims since the personal injury actions on this list have been commenced on behalf of multiple claimants.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re **Archdiocese of Milwaukee**        Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Certain Personal Injury Plaintiffs Case No. 2005CV1351... CONS c/o Jeff Anderson & Associates P.A. 366 Jackson St., Ste 100 Saint Paul, MN 55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN 55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Certain Personal Injury Plaintiffs Case No. 2010CV15801 c/o Jeff Anderson & Associates P.A. 366 Jackson St., Ste 100 Saint Paul, MN 55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN 55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Certain Personal Injury Plaintiffs Case No. 2007CV8390 c/o Jeff Anderson & Associates P.A. 366 Jackson St., Ste 100 Saint Paul, MN 55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN 55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Certain Personal Injury Plaintiffs Case No. 2008CV10160 c/o Jeff Anderson & Associates P.A. 366 Jackson St., Ste 100 Saint Paul, MN 55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN 55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Certain Personal Injury Plaintiffs Case No. 2008CV9050 c/o Jeff Anderson & Associates P.A. 366 Jackson St., Ste 100 Saint Paul, MN 55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN 55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Certain Personal Injury Plaintiffs Case No. 2009CV13945 c/o Jeff Anderson & Associates P.A. 366 Jackson St., Ste 100 Saint Paul, MN 55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN 55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |

In re  **Archdiocese of Milwaukee**                           Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Certain Personal Injury Plaintiffs Case No. 2009CV12849 c/o Jeff Anderson & Associates P.A. 366 Jackson St., Ste 100 Saint Paul, MN 55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN 55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Certain Personal Injury Plaintiffs Case No. 2009CV8128 c/o Jeff Anderson & Associates P.A. 366 Jackson St., Ste 100 Saint Paul, MN 55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN 55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Certain Personal Injury Plaintiffs Case No. 2009CV16186 c/o Jeff Anderson & Associates P.A. 366 Jackson St., Ste 100 Saint Paul, MN 55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN 55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Certain Personal Injury Plaintiffs Case No. 2009CV15678 c/o Jeff Anderson & Associates P.A. 366 Jackson St., Ste 100 Saint Paul, MN 55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN 55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Certain Personal Injury Plaintiffs Case No. 2009CV17444 c/o Jeff Anderson & Associates P.A. 366 Jackson St., Ste 100 Saint Paul, MN 55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN 55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| Certain Personal Injury Plaintiffs Case No. 2007CV10888 c/o Jeff Anderson & Associates P.A. 366 Jackson St., Ste 100 Saint Paul, MN 55101-2989 | Jeff Anderson 366 Jackson Street Suite 100 Saint Paul, MN 55101-2989 (651) 227-9990 | Personal Injury | Contingent Unliquidated Disputed | Unknown |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.
In re **Archdiocese of Milwaukee**
                                                    Case No. _____
_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Treasurer and Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date ___1/4/11___                         Signature _____
                                                        John J. Marek
                                                        Treasurer and Chief Financial Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy