Reverend Marvin T. Knighton
29433 N. 22nd Avenue
602-793-8925 C#
mknigh5820@aol.com
Phoenix, AZ 85085-2744



January 12, 2010

United States Bankruptcy Court
For the Eastern District of Wisconsin
U.S. Bankruptcy Court
U.S. Courthouse
Room #126
517 East Wisconsin Avenue
Milwaukee, WI 53202-4581

Attention: Ms. Debra Schneider for the U.S. Trustee

Re: Archdiocese of Milwaukee, Debtor
Chapter 11 Case No. 11-20059-svk

To whom it may concern:

I am a Roman Catholic Priest with the Archdiocese of Milwaukee. I was ordained May 24, 1975. I have been a priest in good standing until I was falsely accused for a sexual allegation in February 2002. In Milwaukee I went through a criminal trial and was acquitted of those allegations on August 22, 2003. However since then, I have been dealing with the Archdiocese of Milwaukee to be reinstated. My case after nine years is still pending with the Roman Catholic Church. It isn't my attention for you to address this issue. I am more concerned the failure of the Archdiocese to financially compensate me within the legal confines of our Catholic Faith. That legal bind is with Canon Law.

Financially I have gone into tremendous debt due to the mishandling of my case by the Archdiocese. Due to their failure to live up to legal and financial responsibilities for me as a priest, the Archdiocese owes me approximately $450,000 in back pay, which includes stipends to offset Social Security payment for me to also invest for my retirement. Please understand this is an approximate estimate monies owed. This of course does not include if I were to sue them in Civil Court for emotional damages which I believe I could, if I chose to do so.

Please note if you have any questions in regard to this letter please be advised to contact my Canon Lawyer who knows the legal ramifications with Church Law and the Archdiocese of Milwaukee responsibility for me as a Catholic Priest. You can contact my Canon Lawyer:

> J. Michael Ritty, J.C.L, Ph.D
> Canon Law Professionals
> 518-768-2507
> jmr@canonlawprofessionals.com
> 29 Lower Copeland Hill Road
> Feura Bush, N. Y. 12087

Thank you for your time and concern on this matter.

Sincerely,

Rev. Marvin T. Knighton
Enclosure: copy of a letter to Archbishop Jerome E. Listecki

Rev. Marvin T. Knighton
29433 N. 22nd Avenue
602-793-8925 C#
Mknigh5820@aol.com
Phoenix, AZ 85085



January 11, 2010

Archbishop Jerome E. Listecki
Archbishop of the Archdiocese of Milwaukee
Archbishop Cousins Catholic Center
PO Box 070912
Milwaukee, Wisconsin 53207-0912

Dear Archbishop Listecki:

My thoughts and prayers are with you and the faithful of the Archdiocese of Milwaukee as you go through the financial reorganization. I gather that this was a difficult decision but agree that this is the best directive for the Archdiocese. It is imperative that the diocese continue in its' good works in promoting the Gospel.

In early September I received a letter dated August 31, 2010 from the Vicar for Clergy Fr. Patrick Heppe. The letter stated that I would no longer be receiving diocesan support in the area health care insurance with the archdiocese. It also stated in the letter that I would not be receiving a "housing expense" and my diocesan contribution to the pension plan would cease as well. I cannot begin to tell you how upsetting that was to receive such a letter due to the fact my case remains in judicial process.

My Canon Lawyer, J. Michael Ritty sent you a letter on September 11, 2010 by Express Mail and from my understanding you have never responded to his concern or his request. Dr. Ritty also has sent a letter to His Eminence, Cardinal William J. Leveda in regard to this matter. In Dr. Ritty's letter to His Eminence he states: "While the category of 'charitable assistance' may be the proper category for some, Father Knighton's case is different. He remains an incardinated cleric who enjoys the favor of the law as not guilty until such guilt is established in this judicial process ex actis et probatis."

I ask for your compassion and plead that you consider rescinding your decision Archbishop Listecki, significantly my "housing expense" and paying into my pension plan as well. I have been able to obtain health insurance however, the "housing expense" has truly hampered me living simply as I do. I would appreciate too that if I could be reimbursed for the past three months so as to pay my past and present bills. The amount would come to $3,855 which most likely can be direct deposited to my checking account which may still be on record.

I am hoping that my judicial process will come to close soon, and I am reinstated to serve as a priest in good standing with the Archdiocese of Milwaukee. I thank you for your time and concern on this matter.

Fraternally yours in Christ,

Rev. Marvin T. Knighton '75

cc. J. Michael Ritty, J.C.L., Ph.D./Advocate
    Very Reverend Patrick E. Heppe/Vicar for Clergy
    U.S. Bankruptcy Court In re: Archdiocese of Milwaukee Case #11-20059-svk