UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re: ARCHDIOCESE OF MILWAUKEE,   Case No. 11-20059-SVK
                                    (Chapter 11)

Debtor.

NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to § 1102(a)(1) of the Bankruptcy Code, the following creditors of the above-named debtor being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

1. CHARLES LINNEMAN (Acting Chairperson)
   c/o Jeff Anderson
   366 Jackson Street
   St. Paul, MN 55101
   (651) 227-9990
   FAX (651) 297-6543

2. DEAN WEISSMUELLER
   c/o Jeff Anderson
   366 Jackson Street
   St. Paul, MN 55101
   (651) 227-9990
   FAX (651) 297-6543

3. KEVIN WESTER
   c/o Jeff Anderson
   366 Jackson Street
   St. Paul, MN 55101
   (651) 227-9990
   FAX (651) 297-6543

David W. Asbach
Assistant United States Trustee
Office of the U.S. Trustee
517 E. Wisconsin Ave., Suite 430
Milwaukee, WI 53202
Phone (414) 297-4499
FAX: (414) 297-4478

4. KAREN KONTER
c/o Jeff Anderson
366 Jackson Street
St. Paul, MN 55101
(651) 227-9990
FAX (651) 297-6543

5. PETER NEELS
c/o Jeff Anderson
366 Jackson Street
St. Paul, MN 55101
(651) 227-9990
FAX (651) 297-6543

Dated this __24th__ day of ____January____, 2011.

PATRICK S. LAYNG
UNITED STATES TRUSTEE

/s/_____
David W. Asbach
Assistant United States Trustee

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re: ARCHDIOCESE OF MILWAUKEE,  Case No. 11-20059-SVK
(Chapter 11)

Debtor.

### DECLARATION OF MAILING

I, Linda L. Saladin, certify that on the 24th day of January, 2011, I served a true and correct copy of the **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**, via FAX to:

CHARLES LINNEMAN (Acting Chairperson)
c/o Jeff Anderson
366 Jackson Street
St. Paul, MN 55101
(651) 227-9990
FAX (651) 297-6543

KEVIN WESTER
c/o Jeff Anderson
366 Jackson Street
St. Paul, MN 55101
(651) 227-9990
FAX (651) 297-6543

DEAN WEISSMUELLER
c/o Jeff Anderson
366 Jackson Street
St. Paul, MN 55101
(651) 227-9990
FAX (651) 297-6543

KAREN KONTER
c/o Jeff Anderson
366 Jackson Street
St. Paul, MN 55101
(651) 227-9990
FAX (651) 297-6543

PETER NEELS
c/o Jeff Anderson
366 Jackson Street
St. Paul, MN 55101
(651) 227-9990
FAX (651) 297-6543

Dated this __24th__ day of ___January___, 2011.

/s/_____
Linda L. Saladin, Paralegal Specialist
Office of the U.S. Trustee