# HOURLY BILLING RATES FOR ATTORNEYS AND PARALEGALS OF PACHULSKI STANG ZIEHL & JONES LLP

| Attorneys | Billing Rate |
|---|---|
| Richard M. Pachulski | $650.00 |
| James I. Stang | $650.00 |
| Dean A. Ziehl | $650.00 |
| Laura Davis Jones | $650.00 |
| Robert J. Feinstein | $650.00 |
| Jeremy V. Richards | $650.00 |
| Robert B. Orgel | $650.00 |
| Ira D. Kharasch | $650.00 |
| Alan J. Kornfeld | $650.00 |
| Richard J. Gruber | $650.00 |
| Andrew W. Caine | $650.00 |
| Debra Grassgreen | $650.00 |
| Henry C. Kevane | $650.00 |
| Jeffrey N. Pomerantz | $650.00 |
| Linda F. Cantor | $650.00 |
| John A. Morris | $650.00 |
| David J. Barton | $650.00 |
| Stanley E. Goldich | $650.00 |
| David M. Bertenthal | $650.00 |
| Iain A.W. Nasatir | $650.00 |
| Kenneth H. Brown | $650.00 |
| John D. Fiero | $650.00 |
| James E. Mahoney | $650.00 |
| James K.T. Hunter | $650.00 |
| Samuel R. Maizel | $650.00 |
| Steven J. Kahn | $650.00 |
| Ellen M. Bender | $650.00 |
| Daryl G. Parker | $650.00 |
| Bruce Grohsgal | $650.00 |
| Maxim B. Litvak | $650.00 |
| Bradford J. Sandler | $650.00 |
| Shirley S. Cho | $650.00 |
| Harry D. Hochman | $650.00 |
| Victoria A. Newmark | $650.00 |
| James E. O'Neill | $650.00 |
| Joshua M. Fried | $650.00 |
| Jeffrey W. Dulberg | $625.00 |
| Maria Bove | $625.00 |
| Scotta E. McFarland | $595.00 |
| Gina F. Brandt | $595.00 |
| Jonathan J. Kim | $595.00 |
| Malhar S. Pagay | $595.00 |
| Jeffrey Kandel | $595.00 |
| Michael R. Seidl | $595.00 |
| Jason S. Pomerantz | $595.00 |
| Mary D. Lane | $575.00 |
| Gail S. Greenwood | $575.00 |
| Robert M. Saunders | $575.00 |
| Beth E. Levine | $575.00 |
| Jeffrey P. Nolan | $575.00 |
| Nina L. Hong | $575.00 |
| Curtis A. Hehn | $575.00 |
| Gabriella A. Rohwer | $575.00 |
| Erin Gray | $550.00 |
| Gillian N. Brown | $550.00 |
| William L. Ramseyer | $550.00 |
| Pamela E. Singer | $550.00 |
| Miriam Khatiblou | $550.00 |
| Ilan D. Scharf | $550.00 |
| Elissa A. Wagner | $525.00 |
| Timothy P. Cairns | $495.00 |
| John W. Lucas | $495.00 |
| Kathleen P. Makowski | $475.00 |
| Teddy M. Kapur | $475.00 |
| Cia H. Mackle | $425.00 |
| Jason H. Rosell | $395.00 |
| Peter J. Keane | $345.00 |

| Paralegals | Billing Rate |
|---|---|
| Denise A. Harris | $255.00 |
| Kathleen F. Finlayson | $255.00 |
| Beth D. Dassa | $255.00 |
| Shawn A. Quinlivan | $255.00 |
| Patricia J. Jeffries | $255.00 |
| Monica A. Molitor | $255.00 |
| Felice S. Harrison | $255.00 |
| Jorge Rojas | $250.00 |
| Louise Tuschak | $245.00 |
| Karina K. Yee | $245.00 |
| Patricia E. Cuniff | $245.00 |
| Margaret L. Oberholzer | $245.00 |
| Cheryl A. Knotts | $235.00 |
| Michael A. Matteo | $220.00 |
| Thomas J. Brown | $220.00 |
| Kati L. Suk | $200.00 |
| John F. Bass | $175.00 |
| Andrew C. Sahn | $175.00 |

| Law Library Dir. | Billing Rate |
|---|---|
| Leslie A. Forrester | $275.00 |

| Law Clerks/Clerks | Billing Rate |
|---|---|
| Rita M. Olivere | $175.00 |
| Sheryle L. Pitman | $175.00 |
| Dina K. Whaley | $175.00 |
| Beatrice M. Koveleski | $175.00 |
| Charles J. Bouzoukis | $165.00 |
| Andrea R. Paul | $165.00 |
| Karen S. Neil | $165.00 |