UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

_____

In re:

Archdiocese of Milwaukee                    Case No. 11-20059-SVK
                                            Chapter 11

       Debtor in Possession,

**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO FED.R.BANKR.P. 2014(a) FOR ORDER UNDER SECTION 1103(a) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF PACHULSKI STANG ZIEHL & JONES, LLP AS COUNSEL TO THE COMMITTEE NUNC PRO TUNC TO JANUARY 25, 2011**

TO: Interested Parties

PLEASE TAKE NOTICE that Official Committee of Unsecured Creditors (the "Committee") has filed an application to employ Pachulski Stang Ziehl & Jones, LLP as attorneys for the Committee. A copy of the Application is attached to this notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve the application, or if you would like the Court to consider your views on it, then within 14 days of the date of this notice, you or your attorney must:

1. File with the court a written objection to the application(s) for compensation and reimbursement of expenses and a request for a hearing at:

       Clerk, U. S. Bankruptcy Court

Prepared By:
James I. Stang
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067
(310) 277-6910
(310) 201-0760
jstang@pszjlaw.com

Room 126, Federal Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

2. If you mail your objection to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

James I. Stang
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

If you mail your Response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the motion and may enter an order approving it without further notice or hearing.

Dated: February 3, 2011.

/s/
James I. Stang
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067
jstang@pszjlaw.com

Albert Solochek
Jason Pilmaier
Howard Solochek & Weber, S.C.
324 E. Wisconsin Ave., Suite 1100
Milwaukee, WI 53202
asolochek@hswmke.com
jpilmaier@hswmke.com