IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | ) | Case No. 11-20059-svk |
| | ) | |
| ARCHDIOCESE OF MILWAUKEE, | ) | Chapter 11 |
| | ) | |
| DEBTORS. | ) | |

**ORDER GRANTING APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF <u>UNSECURED CREDITORS NUNC PRO TUNC TO JANUARY 25, 2011</u>**

Upon consideration of the *Application for Entry of an Order Authorizing and*

*Approving the Employement of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official*

*Committee of Unsecured Creditors Nunc Pro Tunc to January 25, 2011* (the "Application")[1] filed by the Official Committee of Unsecured Creditors appointed in the above-captioned case (the "Committee"), and upon the *Affidavit of Gillian N. Brown in Support of Application for Order Authorizing and Approving the Employement of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to January 25, 2011*, a shareholder of the Firm, in support thereof (the "Brown Affidavit"); and the Court being satisfied based on the representations made in the Application and in the Brown Affidavit that said attorneys represent no interest adverse to the Debtor's estate with respect to the matters upon which they are to be engaged, that they are disinterested persons as that term is defined under Section 101(14) of the Bankruptcy Code, as modified by section 1103(b) of the Bankruptcy Code, and that their employment is necessary, and after due deliberation and sufficient cause appearing therefore;

    IT IS HEREBY ORDERED THAT:

    1.    The Application is GRANTED.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Application.

2. In accordance with sections 1102, 1103, 328 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002, the Committee is authorized to employ and retain Pachulski Stang Ziehl & Jones LLP ("PSZJ") as counsel *nunc pro tunc* to January 25, 2011, on the terms set forth in the Application and the Brown Affidavit.

3. PSZJ shall be entitled to allowance of compensation and reimbursement of expenses, upon the filing and approval of interim and final applications pursuant to the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Eastern District of Wisconsin, and such other orders as this Court may direct.

> PSZJ hourly rates are set forth in Exhibit A to this Order.
> Pursuant to Local Bankruptcy Rule 2014(c), this Order does not contain a fee cap.

#####