Archdiocese of Milwakee
Vendors Paid 10/06/2010-01/03/2011 Totals Greater than $5,850.

| VENDOR NAME | VENDOR ADDRESS | DATE OF PAYMENT | AMOUNT PAID | REASON |
|---|---|---|---|---|
| BAKER TILLY VIRCHOW KRAUSE LLP | PO BOX 7398,,MADISON,WI,53707-7398 | 10/26/2010 | $30,275.00 | CHECK FOR VENDOR |
| BAKER TILLY VIRCHOW KRAUSE LLP | PO BOX 7398,,MADISON,WI,53707-7398 | 12/21/2010 | $14,983.64 | CHECK FOR VENDOR |
| **BAKER TILLY VIRCHOW KRAUSE LLP** | **PO BOX 7398,,MADISON,WI,53707-7398** | **VARIOUS** | **$45,258.64** | |
| VKM INTERNATIONAL INC. | 289 NW 68TH AVENUE,,OCALA,FL,34482 | 12/14/2010 | $13,631.30 | CHECK FOR VENDOR |
| **VKM INTERNATIONAL INC.** | **289 NW 68TH AVENUE,,OCALA,FL,34482** | **12/14/2010** | **$13,631.30** | |
| GENE WAGNER PLUMBING CO.,INC. | 2017 S 60TH ST,,MILWAUKEE,WI,53219 | 10/15/2010 | $4,412.52 | CHECK FOR VENDOR |
| GENE WAGNER PLUMBING CO.,INC. | 2017 S 60TH ST,,MILWAUKEE,WI,53219 | 10/22/2010 | $725.55 | CHECK FOR VENDOR |
| GENE WAGNER PLUMBING CO.,INC. | 2017 S 60TH ST,,MILWAUKEE,WI,53219 | 11/19/2010 | $12,555.70 | CHECK FOR VENDOR |
| GENE WAGNER PLUMBING CO.,INC. | 2017 S 60TH ST,,MILWAUKEE,WI,53219 | 12/29/2010 | $1,237.31 | CHECK FOR VENDOR |
| **GENE WAGNER PLUMBING CO.,INC.** | **2017 S 60TH ST,,MILWAUKEE,WI,53219** | **VARIOUS** | **$18,931.08** | |
| WCRIS | PO BOX 7035,,MADISON,WI,53707 | 10/26/2010 | $43,934.40 | CHECK FOR VENDOR |
| **WCRIS** | **PO BOX 7035,,MADISON,WI,53707** | **10/26/2010** | **$43,934.40** | |
| WE ENERGIES | 333 W. EVERETT ST.,,MILWAUKEE,WI,53290-1000 | 10/12/2010 | $110.32 | CHECK FOR VENDOR |
| WE ENERGIES | 333 W. EVERETT ST.,,MILWAUKEE,WI,53290-1000 | 10/15/2010 | $18,168.14 | CHECK FOR VENDOR |
| WE ENERGIES | 333 W. EVERETT ST.,,MILWAUKEE,WI,53290-1000 | 10/19/2010 | $14,705.03 | CHECK FOR VENDOR |
| WE ENERGIES | 333 W. EVERETT ST.,,MILWAUKEE,WI,53290-1000 | 10/22/2010 | $277.50 | CHECK FOR VENDOR |
| WE ENERGIES | 333 W. EVERETT ST.,,MILWAUKEE,WI,53290-1000 | 10/29/2010 | $603.91 | CHECK FOR VENDOR |
| WE ENERGIES | 333 W. EVERETT ST.,,MILWAUKEE,WI,53290-1000 | 11/2/2010 | $221.45 | CHECK FOR VENDOR |
| WE ENERGIES | 333 W. EVERETT ST.,,MILWAUKEE,WI,53290-1000 | 11/9/2010 | $17,505.05 | CHECK FOR VENDOR |
| WE ENERGIES | 333 W. EVERETT ST.,,MILWAUKEE,WI,53290-1000 | 11/12/2010 | $4,864.92 | CHECK FOR VENDOR |
| WE ENERGIES | 333 W. EVERETT ST.,,MILWAUKEE,WI,53290-1000 | 11/16/2010 | $12,773.23 | CHECK FOR VENDOR |
| WE ENERGIES | 333 W. EVERETT ST.,,MILWAUKEE,WI,53290-1000 | 11/23/2010 | $1,132.83 | CHECK FOR VENDOR |
| WE ENERGIES | 333 W. EVERETT ST.,,MILWAUKEE,WI,53290-1000 | 12/3/2010 | $241.52 | CHECK FOR VENDOR |
| WE ENERGIES | 333 W. EVERETT ST.,,MILWAUKEE,WI,53290-1000 | 12/7/2010 | $22,128.69 | CHECK FOR VENDOR |
| WE ENERGIES | 333 W. EVERETT ST.,,MILWAUKEE,WI,53290-1000 | 12/10/2010 | $14,231.24 | CHECK FOR VENDOR |
| WE ENERGIES | 333 W. EVERETT ST.,,MILWAUKEE,WI,53290-1000 | 12/17/2010 | $13,575.77 | CHECK FOR VENDOR |
| WE ENERGIES | 333 W. EVERETT ST.,,MILWAUKEE,WI,53290-1000 | 12/23/2010 | $1,934.46 | CHECK FOR VENDOR |
| **WE ENERGIES** | **333 W. EVERETT ST.,,MILWAUKEE,WI,53290-1000** | **VARIOUS** | **$122,474.06** | |
| WHYTE HIRSCHBOECK DUDEK S.C. | 555 E. WELLS STREET,SUITE 1900,MILWAUKEE,WI,53202-3819 | 10/8/2010 | $8,062.50 | CHECK FOR VENDOR |
| WHYTE HIRSCHBOECK DUDEK S.C. | 555 E. WELLS STREET,SUITE 1900,MILWAUKEE,WI,53202-3819 | 10/15/2010 | $56,707.99 | CHECK FOR VENDOR |
| WHYTE HIRSCHBOECK DUDEK S.C. | 555 E. WELLS STREET,SUITE 1900,MILWAUKEE,WI,53202-3819 | 11/5/2010 | $9,189.00 | CHECK FOR VENDOR |
| WHYTE HIRSCHBOECK DUDEK S.C. | 555 E. WELLS STREET,SUITE 1900,MILWAUKEE,WI,53202-3819 | 11/9/2010 | $37,097.78 | CHECK FOR VENDOR |
| WHYTE HIRSCHBOECK DUDEK S.C. | 555 E. WELLS STREET,SUITE 1900,MILWAUKEE,WI,53202-3819 | 12/7/2010 | $74,711.08 | CHECK FOR VENDOR |
| WHYTE HIRSCHBOECK DUDEK S.C. | 555 E. WELLS STREET,SUITE 1900,MILWAUKEE,WI,53202-3819 | 12/17/2010 | $68,123.19 | CHECK FOR VENDOR |
| WHYTE HIRSCHBOECK DUDEK S.C. | 555 E. WELLS STREET,SUITE 1900,MILWAUKEE,WI,53202-3819 | 12/22/2010 | $500,000.00 | RETAINER |
| WHYTE HIRSCHBOECK DUDEK S.C. | 555 E. WELLS STREET,SUITE 1900,MILWAUKEE,WI,53202-3819 | 12/29/2010 | $127,047.95 | CHECK FOR VENDOR |
| **WHYTE HIRSCHBOECK DUDEK S.C.** | **555 E. WELLS STREET,SUITE 1900,MILWAUKEE,WI,53202-3819** | **VARIOUS** | **$880,939.49** | |
| WISCONSIN CATHOLIC CONFERENCE | 131 W. WILSON STREET,SUITE 1105,MADISON,WI,53703 | 12/21/2010 | $39,661.50 | CHECK FOR VENDOR |
| **WISCONSIN CATHOLIC CONFERENCE** | **131 W. WILSON STREET,SUITE 1105,MADISON,WI,53703** | **12/21/2010** | **$39,661.50** | |
| WISCONSIN GRIEF EDUCATION CENTER, INC. | C/O PATRICK DEAN,29205 ELM ISLAND DRIVE,WATERFORD,WI,53185 | 11/2/2010 | $3,120.00 | CHECK FOR VENDOR |
| WISCONSIN GRIEF EDUCATION CENTER, INC. | C/O PATRICK DEAN,29205 ELM ISLAND DRIVE,WATERFORD,WI,53185 | 12/3/2010 | $3,120.00 | CHECK FOR VENDOR |
| **WISCONSIN GRIEF EDUCATION CENTER, INC.** | **C/O PATRICK DEAN,29205 ELM ISLAND DRIVE,WATERFORD,WI,53185** | **VARIOUS** | **$6,240.00** | |
| WI SCTF | BOX 74400,,MILWAUKEE,WI,53274-0400 | 10/15/2010 | $1,340.07 | CHECK FOR VENDOR |
| WI SCTF | BOX 74400,,MILWAUKEE,WI,53274-0400 | 10/29/2010 | $1,434.40 | CHECK FOR VENDOR |
| WI SCTF | BOX 74400,,MILWAUKEE,WI,53274-0400 | 11/12/2010 | $1,435.61 | CHECK FOR VENDOR |
| WI SCTF | BOX 74400,,MILWAUKEE,WI,53274-0400 | 11/30/2010 | $1,254.80 | CHECK FOR VENDOR |
| WI SCTF | BOX 74400,,MILWAUKEE,WI,53274-0400 | 12/17/2010 | $1,025.00 | CHECK FOR VENDOR |
| WI SCTF | BOX 74400,,MILWAUKEE,WI,53274-0400 | 12/17/2010 | $65.00 | CHECK FOR VENDOR |
| **WI SCTF** | **BOX 74400,,MILWAUKEE,WI,53274-0400** | **VARIOUS** | **$6,554.88** | |
| | | | **$3,853,724.24** | |