MONTHLY FINANCIAL REPORT
OFFICE OF THE U.S. TRUSTEE
EASTERN DISTRICT OF WISCONSIN

Case Name: <u>Archdicoese of Milwaukee</u>　　　　　　　　Case No.: <u>11-20059-svk</u>

FOR MONTH OF <u>JANUARY, 2011</u>

I. FINANCIAL SUMMARY

### CASH RECEIPTS AND DISBURSEMENTS
See Attached Schedules

A. CASH ON HAND START OF MONTH

B. RECEIPTS

C. DISBURSEMENTS

D. NET RECEIPTS (DISBURSEMENTS)　　　　　　　　　　　_____

E. CASH ON HAND END OF MONTH　　　　　　　　　　　_____

### PROFIT AND LOSS STATEMENT ACCRUAL BASIS
See Attached Schedules

A. NET SALES

B. COST OF SALES

C. GROSS PROFIT

D. TOTAL OPERATING EXPENSES

E. NET INCOME (LOSS) FROM OPERATIONS

F. NON-OPERATING, NON-RECURRING REVENUE (EXPENSES)

G. NET INCOME (LOSS)

Archdiocese of Milwaukee

STATEMENTS OF ACTIVITIES
For the Period January 4, 2011 - January 31, 2011

| | Month |
|---|---:|
| **CHANCERY** | |
| **SUPPORT AND REVENUE** | |
| Contributions | $234,269.35 |
| Parish assessments | 0.00 |
| Parish assessments adjustment to budget | 0.00 |
| Tuition and fees | 33,876.70 |
| Activities and programs | 2,313.52 |
| Miscellaneous revenues | 152,666.29 |
| Net assets released from restrictions | 0.00 |
| Total Support and Revenue | 423,125.86 |
| | |
| **CHANCERY OPERATING EXPENSES** | |
| Payroll and fringe benefits | 597,477.63 |
| Maintenance, insurance, utility costs | 75,369.50 |
| Travel and Education | 20,993.02 |
| Supplies and services | 89,198.67 |
| Assessments | 29,991.80 |
| Purchased Services | 171,310.98 |
| Professional Services | 148,608.25 |
| Charity and donations | 256,386.30 |
| Miscellaneous expenses | 96,413.13 |
| Pension related changes other than NPPC | 0.00 |
| Total Operating Expenses | 1,485,749.28 |
| | |
| CHANCERY INCOME BEFORE FIXED ASSET, NON-OPERATIONAL GAIN (LOSS), AND EXTRAORDINARY EXPENSE | (1,062,623.42) |
| | |
| **FIXED ASSETS** | |
| Fixed Asset Purchases | 0.00 |
| Depreciation Expense | (17,880.63) |
| Impairment of Leasehold Improvements | 0.00 |
| Gain(Loss) on sale of property and equipment, net | 0.00 |
| Total Fixed Asset Expense (Income) | (17,880.63) |
| | |
| **NON-OPERATING ACTIVITIES** | |
| Investment Income | (21,312.89) |
| Net Realized Gains (Losses) | 425.80 |
| Net Unrealized Gains (Losses) | 26,215.35 |
| Interest Expense | (21,021.48) |
| Other Non-operating Reveues (Expenses) | 0.00 |
| Total non-operating activities | (15,693.22) |
| | |
| Extraordinary Events, net | 0.00 |
| CHANCERY NET GAIN (LOSS) | (1,096,197.27) |
| REIMBURSED OPERATIONS NET GAIN (LOSS) | (18,231.26) |
| CHANGE IN NET ASSETS BEFORE CUMULATIVE EFFECT AND CEMETERY OPERATIONS | (1,114,428.53) |
| CUMULATIVE EFFECT OF CHANGE IN ACCOUNTING PRINCIPLE | 0.00 |
| CHANCERY CHANGE IN NET ASSETS | (1,114,428.53) |
| | |
| **CEMETERY OPERATIONS** | |
| Cemetery Gain (Loss) | 18,726.71 |
| CEMETERY CHANGE IN NET ASSETS | 18,726.71 |
| TOTAL CHANGE IN NET ASSETS | (1,095,701.82) |

III.

Archdiocese of Milwaukee
Bank Balances
January 31, 2011

| Account / Bank | 1/4/2011 Beginning Cash Balance | Deposits | Less: Transfers In | Less: Held for Others Funds | Net Receipts | Withdrawals | Less: Transfers Out | Less: Held for Others Funds | Net Disb. | Ending Cash Balance per Books |
|---|---|---|---|---|---|---|---|---|---|---|
| Catholic Stewardship Appeal Chase Bank *7022 | 339,120.31 | 118,403.73 | 0.00 | 0.00 | 118,403.73 | (109,193.70) | 0.00 | 0.00 | (109,193.70) | 348,330.34 |
| Payroll (*Special Account*) US Bank *6925 | 25,588.59 | 770,000.00 | (770,000.00) | 0.00 | 0.00 | (703,399.23) | 0.00 | 0.00 | (703,399.23) | 92,189.36 |
| Archdiocese of Milwaukee (general) Park Bank *3465 | 45,373.33 | 1,321,938.93 | 0.00 | 0.00 | 1,321,938.93 | (1,087,512.65) | 1,100,000.00 | 0.00 | 12,487.35 | 279,799.61 |
| Fixed Income Investment Account (ckg) Chase Bank *7391 | 202,539.11 | 60,753.46 | (15,000.00) | (5,376.00) | 40,377.46 | (47,051.60) | 0.00 | 46,451.60 | (600.00) | 216,240.97 |
| Archdiocese of Milwaukee (general ckg) Johnson Bank *8246 | 567,012.10 | 2,838,806.17 | (2,812,500.00) | 0.00 | 26,306.17 | (1,634,298.43) | 897,500.00 | 0.00 | (736,798.43) | 1,771,519.84 |
| Archdiocese of Milwaukee-Household Acct. US Bank *2731 | 177.89 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 177.89 |
| Maritime Ministry M&I Bank *7032 | 3,922.55 | 0.17 | 0.00 | 0.00 | 0.17 | 0.00 | 0.00 | 0.00 | 0.00 | 3,922.72 |
| Newman Center Associated Bank *2104 | 3,433.36 | 1,259.00 | 0.00 | 0.00 | 1,259.00 | (823.05) | 0.00 | 0.00 | (823.05) | 3,869.31 |
| | 1,187,167.24 | 5,111,161.46 | (3,597,500.00) | (5,376.00) | 1,508,285.46 | (3,582,278.66) | 1,997,500.00 | 46,451.60 | (1,538,327.06) | 2,716,050.04 |

**Short-Term Investments:**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Archdiocese of Milwaukee (money market) Johnson Bank *8394 | 1,804,989.62 | 231.75 | 0.00 | | 231.75 | (1,600,015.00) | 1,600,000.00 | | (15.00) | 205,206.37 |
| Fixed Income Investment Account (mm) Chase Bank *9056 | 5,724,416.09 | 1,943.15 | 0.00 | | 1,943.15 | 0.00 | 0.00 | | 0.00 | 5,726,359.24 |
| | 5,724,416.09 | 2,174.90 | 0.00 | | 2,174.90 | (1,600,015.00) | 1,600,000.00 | | (15.00) | 5,726,359.24 |

## Archdiocese of Milwaukee
## Bank Accounts Used by Cemetery Operations
### January 31, 2011

| | Beginning Cash Balance | Receipts | Transfers to Archdiocese | Transfers to Other Cemetery Accounts | Fees | Ending Balance |
|---|---|---|---|---|---|---|
| Cemeteries | | | | | | |
| Park Bank *9575 | $67,487.37 | $73,517.94 | ($39,452.37) | ($24,085.00) | ($1,357.21) | $76,110.73 |
| Park Bank *6257 | $3,705.00 | $209,381.68 | ($94,525.96) | | | $118,560.72 |
| Park Bank *6273 | $84,829.05 | $87,718.01 | ($96,084.05) | | | $76,463.01 |
| | $156,021.42 | $370,617.63 | ($230,062.38) | ($24,085.00) | ($1,357.21) | $271,134.46 |

**Archdiocese of Milwaukee**
**Cash Receipts**
**January 2011**

| Receipt Category | | Amount |
|---|---|---:|
| Contributions | $ | 296,915.14 |
| Assessments | $ | - |
| Tuition and Fees | $ | 35,335.22 |
| Cemetery Cash Receipts / Transfers | $ | 230,062.38 |
| Investment Income | $ | 0.17 |
| Realized Gains | $ | - |
| Gains on Sales of Fixed Assets | $ | - |
| Miscellaneous Revenues | $ | 126,650.47 |
| Clearing | $ | 25,412.59 |
| A/R & N/R Payments | $ | 793,909.49 |
| **Total Receipts** | $ | **1,508,285.46** |

Notes:
| | | |
|---|---|---:|
| Funds Transferred in from other Archdiocesan Accts. | $ | 3,597,500.00 |
| Funds Held for Others | $ | 5,376.00 |

# Archdiocese of Milwaukee
## Cash Disbursements
### January 2011

| Disbursements Category | | Amount |
|---|---|---:|
| Salary and Wages | $ | 462,194.34 |
| Payroll Taxes | $ | 183,165.36 |
| Employee Benefits | $ | 281,942.98 |
| Employee Withholdings | $ | 74,873.69 |
| Facility and Operating | $ | 16,887.71 |
| Travel and Education | $ | 22,238.80 |
| Supplies | $ | 63,419.72 |
| Assessments | $ | 29,991.80 |
| Purchased Services | $ | 36,114.95 |
| Legal | $ | - |
| Professional | $ | - |
| Grants | $ | 256,021.65 |
| Interest and Bank Fees | $ | 31,914.10 |
| Other | $ | 25,665.41 |
| Reimbursed Expense | $ | 48,218.47 |
| Clearing | $ | 5,403.43 |
| Fee Assistance | $ | 274.65 |
| | $ | 1,538,327.06 |

Notes:
| | | |
|---|---|---:|
| Funds Transferred to other Archdiocesan Accts. | $ | 1,997,500.00 |
| Funds Held for Others | $ | 46,451.60 |

Archdiocese of Milwaukee
STATEMENT OF FINANCIAL POSITION

January 31, 2011

|  | Total |
|---|---|
| Cash and cash equivalents | $2,988,093.42 |
| Short-term investments | 5,931,565.61 |
| Accounts Receivables | 5,592,199.91 |
| Notes Receivable | 833,392.32 |
| Other assets | 616,938.36 |
| **Total Current Assets** | 15,962,189.62 |
| Ground burial and mausoleum crypt sites | 6,201,508.04 |
| Property and equipment, net | 4,929,176.03 |
| Long-term investments | 12,864,551.18 |
| Cemeteries Pre-Need Trust Fund Account | 3,201,582.76 |
| Charitable gift annuities investments | 732,955.89 |
| Other assets | 315,470.50 |
| **Total Investments and Other Assets** | 17,114,560.33 |
| **TOTAL ASSETS** | 44,207,434.02 |
| Note: Invested funds held for others totaled | 2,857,032.90 |
| Current maturities of charitable gift annuities | 0.00 |
| Accounts payable | 223,839.23 |
| Accrued Expenses | 1,520,873.46 |
| Contributions payable C.S.A. | 2,657,224.00 |
| **Total Current Liabilities** | 4,401,936.69 |
| Deferred revenue | 3,406,266.66 |
| **PRE-PETITION DEBT** | |
| Accrued post-retirement and pension benefits | 14,862,955.00 |
| Contractual contributions payable | 2,760,769.51 |
| Pre-Chapter 11 Payables | 471,773.41 |
| Note payable | 4,650,000.00 |
| Charitable gift annuities | 580,768.00 |
| **Total Liabilities** | 31,134,469.27 |
| Unclassified - Pre-petition Operations | (209,141.06) |
| Unclassified - Post-petition Operations | (1,095,701.82) |
| Unrestricted - Current Year | 0.00 |
| Unrestricted - Prior Year | 1,566,138.90 |
| **Total Undesignated operating (deficit)** | 1,566,138.90 |
| Designated Current Year | 0.00 |
| Designated Prior Year | 6,480,976.51 |
| **Total Designated** | 6,480,976.51 |
| **Total Unrestricted** | 8,047,115.41 |
| Temporarily restricted Current Year | 0.00 |
| Temporarily restricted Prior Year | 2,614,326.17 |
| **Total Temporarily Restricted** | 2,614,326.17 |
| Permanently restricted Current Year | 0.00 |
| Permanently restricted Prior Year | 3,716,366.05 |
| **Total Permanently Restricted** | 3,716,366.05 |
| **Total Net Assets** | 13,072,964.75 |
| **TOTAL LIABILITIES AND NET ASSETS** | 44,207,434.02 |
| Note: Invested funds held for others totaled | 2,857,032.90 |

ARCHDIOCESE OF MILWAUKEE
V. SUPPORTING SCHEDULES
January 31, 2011

1. <u>OTHER MONIES ON HAND</u> (Specify type, location, and amount; i.e. petty cash, certificates of deposit, etc.)

| Type | Location | Amount |
|---|---|---|
| Petty Cash | | $908.92 |

2. <u>AGING OF ACCOUNTS PAYABLE & ACCOUNTS RECEIVABLE</u> (exclude pre-petition accounts payable):

| | | Accts Payable | Accts Receivable |
|---|---|---|---|
| Current | Under 30 Days | $223,839.23 | |
| Overdue | 31-60 Days | | |
| Overdue | 61-90 Days | | |
| Overdue | 91-120 Days | | |
| Overdue | Over 121 Days | | |
| Current | Under 1 Year | | $4,300,870.71 |
| Overdue | Over 1 Year | | ($75,365.40) * |
| | Total | $223,839.23 | $4,225,505.31 |
| Cemeteries | | | $1,366,694.60 ** |

Itemize all post-petition payables over 30 days old on a separate schedule.
* Reserve for uncollectable accounts is reviewed and adjusted at fiscal year-end.
** Cemeteries A/R System is not currently aged

3. <u>ACCRUED PROFESSIONAL FEES (POST PETITION)</u>

| Name/Profession | Amount Due |
|---|---|
| Whyte Hirschboeck Dudek - legal | $140,000.00 |
| Buelow Vetter - legal | $1,865.00 |
| O'Neil Cannon Hollman DeJong & Laing - legal | $6,743.25 |
| Quarles & Brady - legal | |

4. <u>STATUS OF PAYMENTS TO SECURED CREDITORS & LESSORS</u>

| Name of Creditor/Lessor | Frequency of Regular Payments | Amount of Regular Payment | Date of Last Payment | Amount of Payments Delinquent |
|---|---|---|---|---|
| Ricoh Americas Corporation | Monthly | $635.11 | 1/28/2011 | $0.00 |
| Ricoh Americas Corporation | Monthly | $1,248.28 | 1/28/2011 | $0.00 |
| Ricoh Americas Corporation | Monthly | $122.94 | 1/14/2011 | $0.00 |
| Ricoh Americas Corporation | intermittent | usage based | 1/7/2011 | $0.00 |
| School Sisters of St. Francis | Monthly | $13,277.00 | 1/18/2011 | $0.00 |
| Time Warner Cable | Monthly | $500.00 | 1/25/2011 | $0.00 |
| Pitney Bowes Global Fin. Serv. LLC | Quarterly | $2,325.00 | 1/18/2011 | $0.00 |
| Pitney Bowes Global Fin. Serv. LLC | Quarterly | $690.00 | 1/7/2011 | $0.00 |

## Archdiocese of Milwaukee
## VI. Tax Liability Schedule
### January 31, 2011

| Description | Date Paid | Amount Paid | Amount Accrued | Amount Overdue |
|---|---|---|---|---|
| FICA Withholdings | January | $30,236.95 | | |
| Employer FICA | January | $40,940.28 | | |
| Federal Employee Withholding | January | $70,539.33 | | |
| Federal Unemployment Taxes | n/a | | | |
| Federal Income Taxes | n/a | | | |
| State Income Taxes | n/a | | | |
| State Unemployment Taxes | n/a | | | |
| State Employee Withholding | January | $34,102.48 | | |
| State Sales and Use Tax | February | | $2.73 | |
| Real Estate Taxes | n/a | | | |
| Personal Property Taxes | n/a | | | |
| Other Taxes (Specify) | n/a | | | |
| | | $175,819.04 | $2.73 | $0.00 |

## VII. DECLARATION

I, _John J Marek_, declare under penalty of perjury that the information contained in this Financial Report is true and complete to the best of my knowledge.

_John J Marek CFO_
Print Name & Capacity of Person
signing this Declaration

Date: _2/15/2011_

_[signature]_
Signature

Name, Title & Telephone No. of Preparer:
_John J Marek_
_CFO_
_414.769.3300_

9