MONTHLY FINANCIAL REPORT
OFFICE OF THE U.S. TRUSTEE
EASTERN DISTRICT OF WISCONSIN

Case Name: Archdicoese of Milwaukee

Case No.: 11-20059-svk

FOR MONTH OF MARCH, 2011

I. FINANCIAL SUMMARY

### CASH RECEIPTS AND DISBURSEMENTS

| | | | |
|---|---|---|---|
| A. | CASH ON HAND START OF MONTH | | $ 2,742,767.77 |
| B. | RECEIPTS | $ 4,938,061.27 | |
| C. | TRANSFERS IN | $ 2,254,917.65 | |
| D. | FUNDS HELD FOR OTHERS | $ - | |
| E. | DISBURSEMENTS | $ (1,826,589.99) | |
| F. | TRANSFERS OUT | $ (1,954,917.65) | |
| G. | FUNDS HELD FOR OTHERS | $ (15,592.54) | |
| H. | NET RECEIPTS (DISBURSEMENTS) | | $ 3,395,878.74 |
| I. | CASH ON HAND END OF MONTH | | $ 6,138,646.51 |
| J. | PETTY CASH ON HAND | | $ 1,745.70 |
| K. | CEMETERY CASH | | $ 121,280.29 |
| | STATEMENT CASH | | $ 6,261,672.50 |

### PROFIT AND LOSS STATEMENT ACCRUAL BASIS

| | | |
|---|---|---|
| A. | NET SALES | $ 2,894,385.35 |
| B. | COST OF SALES | $ - |
| C. | GROSS PROFIT | $ 2,894,385.35 |
| D. | TOTAL OPERATING EXPENSES | $ (1,595,716.76) |
| E. | NET INCOME (LOSS) FROM OPERATIONS | $ 1,298,668.59 |
| F. | NON-OPERATING, NON-RECURRING REVENUE (EXPENSES) | $ (29,505.33) |
| G. | REIMBURSED OPERATIONS | $ (18,629.61) |
| H. | CEMETERY OPERATIONS, NET | $ 544,406.66 |
| I. | NET INCOME (LOSS) | $ 1,794,940.31 |

Archdiocese of Milwaukee

STATEMENTS OF ACTIVITIES
For the Period January 4, 2011 - March 31, 2011

|  | Month | YTD |
|---|---:|---:|
| **CHANCERY** | | |
| **SUPPORT AND REVENUE** | | |
| Contributions | $ 2,765,409.90 | $ 3,284,589.57 |
| Parish assessments | $ - | $ (4,744.00) |
| Parish assessments adjustment to budget | $ - | $ - |
| Tuition and fees | $ 58,384.93 | $ 134,372.30 |
| Activities and programs | $ 1,738.75 | $ 7,358.52 |
| Miscellaneous revenues | $ 68,851.77 | $ 262,125.89 |
| Net assets released from restrictions | $ - | $ - |
| Total Support and Revenue | $ 2,894,385.35 | $ 3,683,702.28 |
| | | |
| **CHANCERY OPERATING EXPENSES** | | |
| Payroll and fringe benefits | $ 587,689.73 | $ 1,737,036.87 |
| Maintenance, Insurance, utility costs | $ 47,471.84 | $ 206,009.51 |
| Travel and Education | $ 10,668.87 | $ 40,279.64 |
| Supplies and services | $ 91,708.03 | $ 341,972.20 |
| Assessments | $ - | $ 29,991.80 |
| Purchased Services | $ 197,051.68 | $ 573,013.29 |
| Professional Services | $ 325,777.73 | $ 621,911.24 |
| Charity and donations | $ 267,458.59 | $ 808,360.72 |
| Miscellaneous expenses | $ 67,890.29 | $ 220,936.32 |
| Pension related changes other than NPPC | $ - | $ - |
| Total Operating Expenses | $ 1,595,716.76 | $ 4,579,511.59 |
| | | |
| CHANCERY INCOME BEFORE FIXED ASSET, NON-OPERATIONAL GAIN (LOSS), AND EXTRAORDINARY EXPENSE | $ 1,298,668.59 | $ (895,809.31) |
| | | |
| **FIXED ASSETS** | | |
| Fixed Asset Purchases | $ - | $ - |
| Depreciation Expense | $ (17,880.63) | $ (53,641.89) |
| Impairment of Leasehold Improvements | $ - | $ - |
| Gain(Loss) on sale of property and equipment, net | $ - | $ - |
| Total Fixed Asset Expense (Income) | $ (17,880.63) | $ (53,641.89) |
| | | |
| **NON-OPERATING ACTIVITIES** | | |
| Investment Income | $ 8,620.43 | $ 82,312.69 |
| Net Realized Gains (Losses) | $ 14,235.40 | $ 14,243.28 |
| Net Unrealized Gains (Losses) | $ (4,173.18) | $ (9,936.97) |
| Interest Expense | $ (30,307.35) | $ (70,315.97) |
| Other Non-operating Reveues (Expenses) | $ - | $ - |
| Total non-operating activities | $ (11,624.70) | $ 16,303.03 |
| | | |
| Extraordinary Events, net | $ - | $ - |
| | | |
| CHANCERY NET GAIN (LOSS) | $ 1,269,163.26 | $ (933,148.17) |
| | | |
| REIMBURSED OPERATIONS NET GAIN (LOSS) | $ (18,629.61) | $ (39,593.00) |
| | | |
| CHANGE IN NET ASSETS BEFORE CUMULATIVE EFFECT AND CEMETERY OPERATIONS | $ 1,250,533.65 | $ (972,741.17) |
| | | |
| CUMULATIVE EFFECT OF CHANGE IN ACCOUNTING PRINCIPLE | $ - | $ - |
| | | |
| CHANCERY CHANGE IN NET ASSETS | $ 1,250,533.65 | $ (972,741.17) |
| | | |
| **CEMETERY OPERATIONS** | | |
| Cemetery Gain (Loss) | $ 544,406.66 | $ 414,701.70 |
| | | |
| CEMETERY CHANGE IN NET ASSETS | $ 544,406.66 | $ 414,701.70 |
| | | |
| TOTAL CHANGE IN NET ASSETS | $ 1,794,940.31 | $ (558,039.47) |

III.

## Archdiocese of Milwaukee
### Bank Balances
### March 31, 2011

| Account / Bank | 2/1/2011 Beginning Cash Balance | Deposits | Less: Transfers In | Less: Funds Held for Others | Net Receipts | Withdrawals | Less: Transfers Out | Less: Funds Held for Others | Net Disb. | Ending Cash Balance per Books |
|---|---|---|---|---|---|---|---|---|---|---|
| Catholic Stewardship Appeal — Chase Bank *7022 | 85,664.37 | 271,281.45 | (200,000.00) | 0.00 | 71,281.45 | (216,198.93) | 112,500.00 | 0.00 | (103,698.93) | 140,746.89 |
| Catholic Stewardship Appeal — US Bank *3445 | 213,580.31 | 2,591,613.41 | 0.00 | 0.00 | 2,591,613.41 | (74,803.85) | 0.00 | 0.00 | (74,803.85) | 2,730,389.87 |
| Payroll (*Special Account*) — US Bank *6925 | 162,019.38 | 666,992.65 | (592,417.65) | 0.00 | 74,575.00 | (592,651.74) | 0.00 | 0.00 | (592,651.74) | 236,360.29 |
| Archdiocese of Milwaukee (general) — Park Bank *3465 | 271,184.37 | 1,703,174.56 | 0.00 | 0.00 | 1,703,174.56 | (1,064,785.86) | 1,050,000.00 | 0.00 | (14,785.86) | 909,573.07 |
| Fixed Income Investment Account (ckg) — Chase Bank *7391 | 58,314.60 | 204,610.00 | (200,000.00) | 0.00 | 4,610.00 | (218,848.80) | 200,000.00 | 15,592.54 | (3,256.26) | 44,075.80 |
| Archdiocese of Milwaukee (general ckg) — Johnson Bank *8246 | 1,941,147.22 | 1,754,892.68 | (1,262,500.00) | 0.00 | 492,392.68 | (1,628,393.81) | 592,417.65 | 0.00 | (1,035,976.16) | 2,067,646.09 |
| Archdiocese of Milwaukee-Household Acct — US Bank *2731 | 177.89 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 177.89 |
| Maritime Ministry — M&I Bank *7032 | 3,922.87 | 0.17 | 0.00 | 0.00 | 0.17 | 0.00 | 0.00 | 0.00 | 0.00 | 3,923.04 |
| Newman Center — Associated Bank *2104 | 6,756.76 | 414.00 | 0.00 | 0.00 | 414.00 | (1,417.19) | 0.00 | 0.00 | (1,417.19) | 5,753.57 |
| | 2,742,767.77 | 7,192,978.92 | (2,254,917.65) | 0.00 | 4,938,061.27 | (3,797,100.18) | 1,954,917.65 | 15,592.54 | (1,826,589.99) | 6,138,646.51 |
| **Short-Term Investments:** | | | | | | | | | | |
| Archdiocese of Milwaukee (money market) — Johnson Bank *8394 | 205,272.33 | 87.17 | 0.00 | | 87.17 | (15.00) | 0.00 | | (15.00) | 205,344.50 |
| Fixed Income Investment Account (mm) — Chase Bank *9056 | 5,328,001.06 | 1,740.69 | 0.00 | | 1,740.69 | (200,000.00) | 200,000.00 | | 0.00 | 5,129,741.75 |
| | 5,533,273.39 | 1,827.86 | 0.00 | 0.00 | 1,827.86 | (200,015.00) | 200,000.00 | 0.00 | (15.00) | 5,335,086.25 |

Archdiocese of Milwaukee
Bank Accounts Used by Cemetery Operations
March 31, 2011

| | Beginning Cash Balance | Receipts | Transfers to Archdiocese | Transfers to Other Cemetery Accounts | Fees | Ending Balance |
|---|---|---|---|---|---|---|
| Cemeteries | | | | | | |
| Park Bank *9575 | $103,233.84 | $91,406.88 | ($74,083.84) | ($55,259.00) | ($1,270.26) | $64,027.62 |
| Park Bank *6257 | $78,083.56 | $250,213.77 | ($271,044.66) | | | $57,252.67 |
| Park Bank *6273 | ($44.11) | $230,037.68 | ($229,993.57) | | | $0.00 |
| | $181,273.29 | $571,658.33 | ($575,122.07) | ($55,259.00) | ($1,270.26) | $121,280.29 |

## Archdiocese of Milwaukee
## Cash Receipts
## March 2011

| Receipt Category | Amount |
|---|---|
| Contributions | $ 2,756,288.01 |
| Assessments | $ - |
| Tuition and Fees | $ 57,486.18 |
| Cemetery Cash Receipts / Transfers | $ 560,052.07 |
| Investment Income | $ 0.17 |
| Realized Gains | $ - |
| Gains on Sales of Fixed Assets | $ - |
| Miscellaneous Revenues | $ 546,124.36 |
| Clearing | $ 74,843.58 |
| A/R & N/R Payments | $ 943,266.90 |
| **Total Receipts** | **$ 4,938,061.27** |

Notes:
| | |
|---|---|
| Funds Transferred in from other Archdiocesan Accts. | $ 2,254,917.65 |
| Funds Held for Others | $ - |

# Archdiocese of Milwaukee
## Cash Disbursements
## March 2011

| Disbursements Category | Amount |
|---|---:|
| Salary and Wages | $ 397,719.36 |
| Payroll Taxes | $ 152,544.01 |
| Employee Benefits | $ 357,377.23 |
| Employee Withholdings | $ 39,690.43 |
| Facility and Operating | $ 118,048.56 |
| Travel and Education | $ 15,152.25 |
| Supplies | $ 83,163.05 |
| Assessments | $ - |
| Purchased Services | $ 192,829.35 |
| Legal | $ - |
| Professional | $ - |
| Grants | $ 283,561.39 |
| Interest and Bank Fees | $ 23,964.71 |
| Other | $ 51,268.16 |
| Reimbursed Expense | $ 40,914.27 |
| Clearing | $ 70,357.22 |
| Fee Assistance | $ - |
| | $ 1,826,589.99 |

Notes:
| | |
|---|---:|
| Funds Transferred to other Archdiocesan Accts. | $ 1,954,917.65 |
| Funds Held for Others | $ 15,592.54 |

Archdiocese of Milwaukee
STATEMENT OF FINANCIAL POSITION

March 31, 2011

| | Total |
|---|---:|
| Cash and cash equivalents | $6,261,672.50 |
| Short-term investments | 5,335,086.25 |
| Accounts Receivables | 4,344,568.85 |
| Notes Receivable | 823,392.32 |
| Other assets | 620,477.00 |
| Prepaid Expenses | 710,000.00 |
| **Total Current Assets** | 18,095,196.92 |
| Ground burial and mausoleum crypt sites | 6,127,018.04 |
| Property and equipment, net | 4,849,524.22 |
| Long-term investments | 12,694,918.66 |
| Cemeteries Pre-Need Trust Fund Account | 3,204,153.69 |
| Charitable gift annuities investments | 731,358.20 |
| Other assets | 315,470.50 |
| **Total Investments and Other Assets** | 16,945,901.05 |
| **TOTAL ASSETS** | 46,017,640.23 |
| Note: Invested funds held for others totaled | 2,846,942.86 |
| Current maturities of charitable gift annuities | 0.00 |
| Accounts payable | 329,930.79 |
| Accrued Expenses | 1,426,332.43 |
| Chapter 11 Expenses | 621,911.24 |
| Contributions payable C.S.A. | 2,657,224.00 |
| **Total Current Liabilities** | 5,035,398.46 |
| Deferred revenue | 3,204,178.64 |
| PRE-PETITION DEBT | |
| Accrued post-retirement and pension benefits | 14,862,955.00 |
| Contractual contributions payable | 2,760,769.51 |
| Pre-Chapter 11 Payables | 602,943.52 |
| Note payable | 4,650,000.00 |
| Charitable gift annuities | 580,768.00 |
| **Total Liabilities** | 31,697,013.13 |
| Unclassified - Pre-petition Operations | 500,858.94 |
| Unclassified - Post-petition Operations | (558,039.47) |
| Unrestricted - Current Year | 0.00 |
| Unrestricted - Prior Year | 1,566,138.90 |
| **Total Undesignated operating (deficit)** | 1,566,138.90 |
| Designated Current Year | 0.00 |
| Designated Prior Year | 6,480,976.51 |
| **Total Designated** | 6,480,976.51 |
| **Total Unrestricted** | 8,047,115.41 |
| Temporarily restricted Current Year | 0.00 |
| Temporarily restricted Prior Year | 2,614,326.17 |
| **Total Temporarily Restricted** | 2,614,326.17 |
| Permanently restricted Current Year | 0.00 |
| Permanently restricted Prior Year | 3,716,366.05 |
| **Total Permanently Restricted** | 3,716,366.05 |
| **Total Net Assets** | 14,320,627.10 |
| **TOTAL LIABILITIES AND NET ASSETS** | 46,017,640.23 |
| Note: Invested funds held for others totaled | 2,846,942.86 |

ARCHDIOCESE OF MILWAUKEE
V. SUPPORTING SCHEDULES
March 31, 2011

1. <u>OTHER MONIES ON HAND</u> (Specify type, location, and amount; i.e. petty cash, certificates of deposit, etc.)

| **Type** | **Location** | **Amount** |
|---|---|---|
| Petty Cash | | $1,745.70 |

2. <u>AGING OF ACCOUNTS PAYABLE & ACCOUNTS RECEIVABLE</u> (exclude pre-petition accounts payable):

| | | **Accts Payable** | **Accts Receivable** |
|---|---|---|---|
| Current | Under 30 Days | $329,930.79 | |
| Overdue | 31-60 Days | | |
| Overdue | 61-90 Days | | |
| Overdue | 91-120 Days | | |
| Overdue | Over 121 Days | | |
| Current | Under 1 Year | | $3,101,699.31 |
| Overdue | Over 1 Year | | ($109,000.74) * |
| | Total | $329,930.79 | $2,992,698.57 |
| Cemeteries | | | $1,351,870.28 ** |

Itemize all post-petition payables over 30 days old on a separate schedule.
* Reserve for uncollectable accounts is reviewed and adjusted at fiscal year-end.
** Cemeteries A/R System is not currently aged

3. <u>ACCRUED PROFESSIONAL FEES (POST PETITION)</u>

| Name/Profession | Amount Due |
|---|---|
| Whyte Hirschboeck Dudek - legal | $ 372,517.01 |
| Buelow Vetter - legal | $25,723.00 |
| O'Neil Cannon Hollman DeJong & Laing - legal | $ 13,638.65 |
| Quarles & Brady - legal | $ 22,261.20 |
| Baker Tilly - audit | $ 5,000.00 |
| Pachulski Stang, Ziehl & Jones | $ 153,393.48 |
| Howard, Solochek & Weber | $ 29,377.90 |

4. <u>STATUS OF PAYMENTS TO SECURED CREDITORS & LESSORS</u>

| Name of Creditor/Lessor | Frequency of Regular Payments | Amount of Regular Payment | Date of Last Payment | Amount of Payments Delinquent |
|---|---|---|---|---|
| Ricoh Americas Corporation | Monthly | $635.11 | 3/22/2011 | $0.00 |
| Ricoh Americas Corporation | Monthly | $1,248.28 | 3/22/2011 | $0.00 |
| Ricoh Americas Corporation | Monthly | $122.94 | 3/11/2011 | $0.00 |
| Ricoh Americas Corporation | intermittent | usage based | 3/8/2011 | $0.00 |
| School Sisters of St. Francis | Monthly | $13,277.00 | 3/1/2011 | $0.00 |
| Time Warner Cable | Monthly | $500.00 | 3/12/2011 | $0.00 |
| Pitney Bowes Global Fin. Serv. LLC | Quarterly | $2,325.00 | 1/18/2011 | $0.00 |
| Pitney Bowes Global Fin. Serv. LLC | Quarterly | $690.00 | 1/7/2011 | $0.00 |

S:\Restructuring\March 2011\Section V - Supporting Schedules-March 2011
Case 11-20059-svk    Doc 193    Filed 04/18/11    Page 8 of 10
4/15/2011 2:04 PM

## Archdiocese of Milwaukee
## Tax Liability Schedule
## March 31, 2011

| Description | Date Paid | Amount Paid | Amount Accrued | Amount Overdue |
|---|---|---|---|---|
| FICA Withholdings | March | 28,986.07 | | |
| Employer FICA | March | 39,215.93 | | |
| Federal Employee Withholding | March | 60,452.87 | | |
| Federal Unemployment Taxes | n/a | | | |
| Federal Income Taxes | n/a | | | |
| State Income Taxes | n/a | | | |
| State Unemployment Taxes | n/a | | | |
| State Employee Withholding | March | 30,610.98 | | |
| State Sales and Use Tax | March | | 57.97 | |
| Real Estate Taxes | n/a | | | |
| Personal Property Taxes | n/a | | | |
| Other Taxes (Specify) | n/a | | | |
| Total | | 159,265.85 | 57.97 | - |

## VII. DECLARATION

I, _John J Marek_, declare under penalty of perjury that the information contained in this Financial Report is true and complete to the best of my knowledge.

_John J Marek   CFO_
Print Name & Capacity of Person
signing this Declaration

Date: _4/15/11_

Signature: _John J Marek_

Name, Title & Telephone No. of Preparer:
_John J Marek_
_CFO_
_414-769-3300_

9