# EXHIBIT A

GNB-001\DOCS_LA:184998.1

# Susan A. Spitko
124 Drake Lane
North Wales, PA 19454
215-542-7871
email: saspitko@aol.com

**Employment History**

Software Developer, Business Management International Inc., 11/2000 – present.
- Worked both independently and with a team of developers and implementers on development projects and implementations.
- Continued to maintain a history of customer satisfaction.

Co-founder and Secretary/Treasurer of Sparrow Software Inc., 9/1980 – 11/2000.

- Responsible for all software development, delivery and support of software projects.
- Managed a team of 4 programmers on development projects.
- Developed and maintained a solid history of customer satisfaction both from end-users and dealers.
- Responsible for all corporate accounting, networks (Novell, NT) and UNIX servers.

**Technical Expertise**

- Great Plains Dexterity programming in Dynamics and eEnterprise version 4.0 - 10.0 source code modifications. Enhancements include extensive project budgeting and cost tracking for a large government laboratory, drop-ship kits in SOP, customized AR statements with aging of credits and payments, 401k ASCII file creation in Payroll, specialized sales reporting, transfers of orders to invoices based on percentages, and commission reporting.
- Microsoft Dynamics NAV (Navision) programming and development in versions 2.6 – 6.0. Enhancements include various distribution and sales tracking modifications and interfacing to an ecommerce website.
- Web design in HTML, Visual Studio and Cold Fusion including data interface to SQL and Access databases. Able Commerce Cold Fusion based web storefront. Great Plains eCommerce web storefront.
- RealWorld and Synchronics source code modifications and enhancements since 1983. Modifications in all modules, in both DOS and UNIX. Installation, training and support in both end user locations or through other dealers.

**Education & Certifications**

- B.S. Mathematics, Ursinus College, Collegeville, PA, May 1978.
- Microsoft Dynamics GP 10.0 Financials - MB3-528, 12/2008

- Microsoft Dynamics GP 10.0 Installation & Configuration - MB3-527, 12/2008
- Great Plains Dexterity Certified Software Engineer, 11/1998
- Great Plains Certified Integration Developer for Dexterity, 4/1999
- Great Plains SQL Server Foundation
- Great Plains eCommerce Fundamentals
- Navision Solution Developer, 01/2000