IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARCHDIOCESE OF MILWAUKEE, | ) | Case No. 11-20059-SVK |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**AFFIDAVIT OF MATTHEW K. BABCOCK IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO FED. R. BANKR. P. 2014 FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF BUSINESS MANAGEMENT INTERNATIONAL AS A CONSULTANT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, NUNC PRO TUNC TO MAY 17, 2011**

I, Matthew K. Babcock, declare under penalty of perjury as follows:

1.      I am a Senior Managing Consultant at Berkeley Research Group, LLC ("BRG"). My business address is Berkeley Research Group, LLC; 201 South Main, Suite 450; Salt Lake City, UT 84111. I am authorized by BRG to make this affidavit in support of BMI's employment as computer advisor to the Official Committee of Unsecured Creditors in the above-captioned bankruptcy case.

James I. Stang (CA Bar No. 94435)
Kenneth H. Brown (CA Bar No. 100396)
Gillian N. Brown (CA Bar No. 205132)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA  90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
E-mail:  jstang@pszjlaw.com
        kbrown@pszjlaw.com
        gbrown@pszjlaw.com

1

05058-003\DOCS_LA:238565.3

2. I have personal knowledge of the facts stated in this affidavit. If called as a witness, I could and would testify competently to these facts, except where matters are stated on information and belief. As to those facts, I am informed and believe that they are true.

3. I submit this affidavit in support of the *Application of the Official Committee of Unsecured Creditors Pursuant to Fed. R. Bankr. P. 2014 for Entry of an Order Authorizing and Approving the Employment of Business Management International as Computer Advisor to the Official Committee of Unsecured Creditors, Nunc Pro Tunc to May 17, 2011* (the "Application"), filed concurrently herewith.

4. On or about March 1, 2011, R. Todd Neilson, myself, and members of our forensic accounting group/financial advisors ("Group") left our prior employment at LECG, LLC to join BRG.

5. While at LECG, Mr. Neilson, myself, and our Group served as financial advisor to the official committees of unsecured creditors in *In re Society of Jesus, Oregon Province* (Bankr. D. Or., Case No. 09-30938-elp11) and *In re Catholic Diocese of Wilmington, Inc.* (Bankr. D. Del., Case No. 09-13560 (CSS)).

6. In both of those cases, BMI provided invaluable services to the Group in coordinating the export of raw financial data (electronic accounting systems and general ledgers) from the respective debtors to import into our Group's computer systems so that the Group could perform analyses of the debtors' finances. In addition, BMI ran reports on that data at my request in order to facilitate the Group's analyses of those financial

2

data. In the *In re Society of Jesus, Oregon Province* case, BMI assisted the Group with the same Microsoft Great Plains software system that the Debtor in this bankruptcy case utilizes. BMI's assistance in these cases obviated the need for BMI to purchase the software and software licenses necessary to run Great Plains.

7.     Without the assistance of BMI, the work that the Group performed in the prior two bankruptcy cases would have been severely limited and much more time consuming and costly. First, the initial import and conversion of Great Plains data into readable format required access to the Great Plains software and specialized software expertise, which BMI, as a computer consulting firm, possesses. Second, BMI's familiarity and experience with Great Plains enabled it to efficiently run reports which captured and exported critical data that I identified, but that would be much more expensive and time-consuming from a technical software perspective for me and my forensic consultants at BRG to perform. Third, I was satisfied in my prior professional dealings with BMI that it performed work at my request in an efficient and cost-effective

[remainder of page left intentionally blank]

3

05058-003\DOCS_LA:238565.3

manner. For these reasons, I believe that the employment of BMI in this bankruptcy case

is essential to BRG's performance of its forensic accounting tasks in this bankruptcy

case.

Dated this __2^{ND}__ day of June, 2011.

_Matthew K. Babcock_ (signature)
Matthew K. Babcock

Subscribed and sworn to before me
this 2nd day of June, 2011.

_Carolyn S. Perry_ (signature)
Notary Public, State of Utah
My commission expires: 11-08-2014

EVELYN S PERRY
Notary Public
State of Utah
Comm. No. 601737
My Comm. Expires Nov 8, 2014

05058-003\DOCS_LA:238565.3