THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: June 28, 2011

_Susan V. Kelley_
Honorable Susan V. Kelley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARCHDIOCESE OF MILWAUKEE, | ) | Case No. 11-20059-SVK |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO FED. R. BANKR. P. 2014 FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF BUSINESS MANAGEMENT INTERNATIONAL AS A CONSULTANT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, NUNC PRO TUNC TO MAY 17, 2011**

Upon consideration of the *Application of the Official Committee of Unsecured Creditors Pursuant to Fed. R. Bankr. P. 2014 for Entry of an*

James I. Stang (CA Bar No. 94435)
Kenneth H. Brown (CA Bar No. 100396)
Gillian N. Brown (CA Bar No. 205132)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:  jstang@pszjlaw.com
         kbrown@pszjlaw.com
         gbrown@pszjlaw.com

1

05058-003\DOCS_LA:238565.6

*Order Authorizing and Approving the Employment of Business Management International as a Consultant to the Official Committee of Unsecured Creditors, Nunc Pro Tunc to May 17,* 2011 (the "Application"),[1] filed by the Official Committee of Unsecured Creditors appointed in the above-captioned case (the "Committee"), and upon the *Affidavit of Laurel Loehlin* (the "Loehlin Affidavit") and the *Affidavit of Matthew K. Babcock* (the "Babcock Affidavit") in support of the Application; and the Court being satisfied based on the representations made in the Application and in the Tenenbaum Loehlin Affidavit that Business Management International ("BMI") represents no interest adverse to the Debtor's estate with respect to the matters upon which it is to be engaged, that it is a disinterested person as that term is defined under Section 101(14) of the Bankruptcy Code, as modified by section 1103(b) of the Bankruptcy Code, and that its employment by the Committee is necessary, and after due deliberation and sufficient cause appearing therefore;

        IT IS HEREBY ORDERED THAT:

1.    The Application is GRANTED.

2.    In accordance with sections 328, 504, 1102, and 1103 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016, the Committee is authorized to employ and retain BMI as its computer advisor *nunc pro tunc* to May 17, 2011, on the terms set forth in the Application, the Loehlin Affidavit, and the Babcock Affidavit.

3.    BMI's compensation shall be subject to a fee cap in the amount of $15,000, which cap may be increased by making further application to this Court."

---

[1] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Application.

2

05058-003\DOCS_LA:238565.6

Case 11-20059-svk    Doc 310    Filed 06/29/11    Page 2 of 3

4. BMI shall be entitled to allowance of compensation and reimbursement of expenses, upon the filing and approval of interim and final applications pursuant to the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Eastern District of Wisconsin, the *Order Granting Debtor's Motion to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 158], and such other orders as this Court may direct.

#########