UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Archdiocese of Milwaukee

Case No. 11-20059-SVK
Chapter 11

Debtor in Possession

QUARTERLY (SECOND) APPLICATION OF HOWARD SOLOCHEK & WEBER, S.C.,
LOCAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
(QUARTERLY FROM APRIL 1, 2011 TO JUNE 30, 2011)

The quarterly application (the "Application") of Howard, Solochek & Weber, S.C., local counsel for the Official Committee of Unsecured Creditors (the "Committee"), for an order pursuant to 11 U.S.C. §330, F.R.B.P. 2016 and Rule 2016 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Wisconsin, respectfully requests as follows:

1. On January 4, 2011 (the "Filing Date"), Archdiocese of Milwaukee (the "Debtor") commenced these proceedings by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Code").

2. On or about January 24, 2011, (Docket No. 86), the United States Trustee appointed the Committee to represent the unsecured creditors of the Debtor pursuant to 11 U.S.C. §1102(a)(1).

3. On February 5, 2011, (Docket No. 109), the Committee filed an application with this Court for authorization to employ Applicant pursuant to 11 U.S.C. 1103.

4. On February 24, 2011, (Docket No. 154), this Court entered an order authorizing the Committee to employ the Applicant as local counsel for the Committee.

5. Applicant has rendered services from April 1, 2011 through June 30, 2011 totaling 294.00 hours.

6. Applicant maintains contemporaneous records of the time expended for the professional services and expenses performed in connection with this Chapter 11 case and such records are maintained in the ordinary course of its business. These records provide a detailed description of the services rendered and expenses incurred during the period for which this Application is being made. A summary of the Applicant's time records is attached. This summary is broken down according to subject matter categories relating specifically to this Chapter 11 case. If the Court requires any further descriptions on these time entries, Applicant will provide additional information.

7. Pursuant to the Order Granting Debtor's Motion to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, professionals may request, on a monthly basis, to receive payment for 80% of their fees and 100% of their expenses. On a quarterly basis, professionals may file an interim fee application requesting payment to include the 20% held back in the prior monthly fee applications.

8. On June 6, 2011, HSW filed its First Monthly Fee Request for the Period April 1, 2011 through April 30, 2011. On June 28, 2011, the Court entered an Order Granting First Monthly Fee Request of Howard, Solochek & Weber, S.C. for the period April 1, 2011 through April 30, 2011, approving the payment of $13,968.00 (which was 80% of the total fees for the period, and $21.60 in expenses. HSW has received payment in the amount of $13,989.60 on the April fee request.

9. On July 5, 2011, HSW filed its Monthly Fee Request for the period May 1 through May 31, 2011. On August 4, 2011, the Court entered an Order Granting Second Monthly Fee Request of Howard, Solochek & Weber, S.C. for the period May 1, 2011 through May 31, 2011, approving the payment of $19,376.07 (which was 80% of the total fees for the period, and $650.09 in expenses. HSW has received payment in the amount of $20,026.16 on the May fee request.

10. On July 22, 2011, HSW filed its Monthly Fee Request for the period June 1 through June 30, 2011. HSW has not received payment on the monthly fee requests for the period June 1 through June 30, 2011.

11. Applicant believes that the post-petition services for the period April 1, 2011 through June 30, 2011 ("Compensation Period") are reasonably worth the sum of $66,790.96 as set forth in the summary attached. Applicant notes that these fees are customary charges made to other firm clients in the ordinary course of its billing practice. To assist the Court in its review of the fees sought by Applicant, Applicant has separated its time entries into the following categories:

a. <u>Case Administration</u>: (Total hours: 183.70, total fees $40,392.50) This category includes time spent by Applicant attending to coordination and compliance activities in connection with the performance of its duties as local counsel for the Committee, including: review of Debtor's Schedules and SOFAS; compliance with Local Rules, and compliance with Judge's Court rules.

b. <u>Application</u>: (Total hours: 21.50, total fees $4,672.50). This category is related to fee applications of Applicant and other interested parties.

c. <u>Claims of Creditors</u>: (Total hours: .50, total fees $107.50). This category is related to matters regarding proofs of claim, claims filed and hearing on claims.

d. <u>Creditor's Committee</u>: (Total hours: 15.80, total fees $3,387.50) This category includes time spent preparing for and attending Committee meetings and miscellaneous Committee-related tasks.

e. <u>Court Hearings</u>: (Total hours: 19.60, total fees $4,262.50). This category includes time spent preparing for and attending hearings and communications regarding the same.

f. <u>Contested Matters/Motions</u>: (Total hours: 4.60, total fees $1,022.50). This category includes time spent reviewing miscellaneous motions and communications regarding the same.

g. <u>Disclosure Statement and Plan</u>: (Total hours: ____, total fees $_____). This category relates to the review of the Debtor's Disclosure Statement and Plan of Reorganization.

h. <u>Compromises</u>: (Total hours: ____, total fees $_____). This category relates to matters regarding review of transfers and conveyances of the Debtor, including adversary proceedings.

i. <u>Discovery</u>: (Total hours: 44.60, total fees $9,820.00). This category relates to matters regarding discovery, local rule compliance and attendance at discovery hearings and depositions.

j. <u>Automatic Stay</u>: (Total hours: 3.70, total fees $797.50). This category relates to issues involving relief from the automatic stay.

WHEREFORE, Applicant prays this Court to enter an Order granting Applicant unpaid and held-back compensation for fees incurred and as yet unpaid from April 1, 2011 through June 30, 2011 in the amount of **$33,446.89**.

Dated this 19th day of August, 2011.

        HOWARD SOLOCHEK & WEBER, S.C.

        /s/_____
        Albert Solochek
        Jason R. Pilmaier
        324 E. Wisconsin Ave., Suite 1100
        Milwaukee, WI 53202
        Local Counsel for the Official Committee of Unsecured Creditors