UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

In re:

Archdiocese of Milwaukee         Case No. 11-20059-SVK
                                 Chapter 11

      Debtor in Possession,

---

NOTICE OF SECOND INTERIM APPLICATION FOR COMPENSATION (QUARTERLY FROM APRIL 1, 2011 TO JUNE 30, 2011) OF HOWARD, SOLOCHEK & WEBER, S.C., COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

---

TO: Interested Parties

PLEASE TAKE NOTICE that the professionals retained by the Official Committee of Unsecured Creditors (the "Committee"), Howard, Solochek & Weber, S.C. ("HSW") has filed its Second Application for Interim Compensation and Reimbursement of Expenses for the period of April 1, 2011 through June 30, 2011. A copy of the Application is attached to this notice. The Fees requested are as follows:

| Applicant | Fees | Expenses | Total |
|---|---|---|---|
| Howard, Solochek & Weber, S.C. | $33,446.89 | $0.00 | $33,446.89 |

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney,**

Prepared By:
Albert Solochek
Jason R. Pilmaier
324 E. Wisconsin Avenue, Suite 1100
Milwaukee, WI 53202-2037
(414) 272-0760 - Telephone
(414) 272-7265 - Facsimile
E-mail: alsolochek@hswmke.com
jpilmaier@hswmke.com

**you may wish to consult one.)**

If you do not want the Court to approve the application, or if you would like the Court to consider your views on it, then within 14 days of the date of this notice, you or your attorney must:

1. File with the court a written objection to the application(s) for compensation and reimbursement of expenses and a request for a hearing at:

> Clerk, U. S. Bankruptcy Court
> Room 126, Federal Courthouse
> 517 E. Wisconsin Avenue
> Milwaukee, WI 53202

2. If you mail your objection to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

> Albert Solochek, Esq.
> Howard, Solochek & Weber, S.C.
> 324 E. Wisconsin Avenue, #1100
> Milwaukee, WI 53202

If you mail your Response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the motion and may enter an order approving it without further notice or hearing.

Dated: August 19, 2011.

>  /s/
> Albert Solochek
> Jason R Pilmaier
> Attorneys for the Committee
> Howard, Solochek & Weber, S.C.
> 324 E. Wisconsin Ave., Suite 1100
> Milwaukee, WI 53202
> alsolochek@hswmke.com
> jpilmaier@hswmke.com