UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Archdiocese of Milwaukee            Case No. 11-20059-SVK
                                                          Chapter 11

       Debtor in Possession

CERTIFICATE OF NO OBJECTION TO THIRD MONTHLY FEE REQUEST OF
PACHULSKI STANG ZIEHL & JONES LLP, COUNSEL FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR THE PERIOD
JUNE 1, 2011 THROUGH JUNE 30, 2011

       NOW COMES, the Official Committee of Unsecured Creditors (the "Committee"), by its attorneys, Howard Solochek & Weber, S.C. and Pachulski Stang Ziehl & Jones LLP and who filed and caused to be served notice of the following matter(s) to all appropriate parties as called for under the Bankruptcy Code and Rules:

- Third Monthly Fee Request of Pachulski Stang Ziehl & Jones LLP, Counsel for the Official Committee of Unsecured Creditors, for the Period June 1, 2011 Through June 30, 2011

- Proposed Order Granting Third Monthly Fee Request of Pachulski Stang Ziehl & Jones LLP, Counsel for the Official Committee of Unsecured Creditors, for the Period June 1, 2011 Through June 30, 2011

       AND, the deadline to file and serve objections having passed, the Committee certifies to the Court that they or their counsel have not received any objections to the above-referenced Application, nor is the Committee or their counsel aware of any objections having been filed.

Prepared by:
Albert Solochek
Jason Pilmaier
Howard Solochek & Weber, S.C.
324 E. Wisconsin Ave., Suite 1100
Milwaukee, WI 53202
(414) 272-0760
(414) 272-7265
asolochek@hswmke.com
jpilmaier@hswmke.com

Dated in Milwaukee, Wisconsin this 22nd day of August, 2011.

        /s/
Albert Solochek
Jason Pilmaier
Howard Solochek & Weber, S.C.
324 E. Wisconsin Ave., Suite 1100
Milwaukee, WI 53202
(414) 272-0760
(414) 272-7265
asolochek@hswmke.com
jpilmaier@hswmke.com


James I. Stang
Kenneth H. Brown
Gillian N. Brown
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067
(310) 277-6910
(310) 201-0760
jstang@pszjlaw.com
kbrown@pszjlaw.com
gbrown@pszjlaw.com