UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re  
Archdiocese of Milwaukee,  
    Debtor.

Chapter 11  
Case No. 11-20059-svk

Appearances and Summary of Disposition  
Honorable Susan V. Kelley, Presiding

Date: August 30, 2011

Start Time: 9:45:50 a.m.

End Time: 9:58:06 a.m.

Proceeding: Telephone Hearing to Resolve Issues Concerning the Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Directing the Oral Examination of Certain Deponents and for Production of Documents

Courtroom Deputy: Laura D. Steele

Court Reporter: Courtsmart

Appearances: James Stang and Albert Solochek for the Official Committee of Unsecured Creditors  
Francis LoCoco for the Debtor in Possession  
Jeff Anderson for Certain Personal Injury Claimants  
Robert Elliott for Victim Unsecured Creditors  
James Murray for Archbishop Rembert G. Weakland

The Court clarified that access to the Rule 2004 examination transcripts that are filed with the Court will be limited to attorneys for parties in this case, and will not include the parties themselves, including the individual members of the creditors' committee. This disposition is without prejudice to reconsideration when the examinations have been conducted, to either further limit the access to the transcripts or provide access to persons other than the attorneys.

An audio recording of the hearing is available on the docket.