THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: September 02, 2011



Honorable Susan V. Kelley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARCHDIOCESE OF MILWAUKEE, | ) | Case No. 11-20059-SVK |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING THIRD MONTHLY FEE REQUEST
OF PACHULSKI STANG ZIEHL & JONES LLP,
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR THE PERIOD JUNE 1, 2011 THROUGH JUNE 30, 2011**

The Court having considered the *Third Monthly Fee Request of Pachulski Stang
Ziehl & Jones LLP, Counsel for the Official Committee of Unsecured Creditors, for
Interim Compensation and Reimbursement of Expenses* (the "Application"), and good
cause appearing therefore:

   **IT IS HEREBY ORDERED:**

1. The Application is approved.

2. Pursuant to the *Order Granting Debtor's Motion to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 158], the Debtor Archdiocese of Milwaukee is to pay Pachulski Stang Ziehl & Jones LLP ("PSZJ") the sums of: $**114,411.20**, which constitutes 80% of PSZJ fees and **$9,313.32** for all expenses incurred during the period June 1, 2011 through June 30, 2011 ("Compensation Period"). The aggregate total requested for the Compensation Period is **$123,724.52**.

3. This Order is without prejudice to any motion of PSZJ to seek payment of fees for this Compensation Period without the imposition of the $650 hourly fee cap that it has imposed on itself.

######