THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: September 28, 2011



Honorable Susan V. Kelley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Archdiocese of Milwaukee               Case No. 11-20059-SVK
                                       Chapter 11

    Debtor in Possession

ORDER AUTHORIZING PAYMENT OF THE APPLICATION OF COUNSEL FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF MONTHLY
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JULY 1, 2011 THROUGH JULY 31, 2011

    Upon the Application for Allowance of Interim Compensation and Reimbursement of

Expenses for the Period July 1, 2011 through July 31, 2011; and the Court having reviewed the

Albert Solochek
Jason Pilmaier
Howard, Solochek & Weber, S.C.
324 E. Wisconsin Avenue, Suite 1100
Milwaukee, WI 53202
(414) 272-0760 – Telephone
(414) 272-7265 – Facsimile
alsolochek@hswmke.com
jpilmaier@hswmke.com

moving papers, together with all records, files and proceedings had herein; and the Court being duly advised in the premises; now, therefore,

IT IS HEREBY ORDERED:

That Howard, Solochek & Weber, S.C., be and is hereby authorized monthly compensation for services for the Official Committee of Unsecured Creditors in the within estate in the sum of $14,726.00 (80% of $18,407.50) plus reimbursement of expenses in the amount of $328.13 for a total of $15,054.13.

##############