# EXHIBIT B

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067

August 31, 2011

Invoice Number 95713     05058  00003     GNB

Official Committee of Unsecured Creditors

Balance forward as of last invoice, dated: July 31, 2011
Net balance forward                                              $265,429.56
                                                                 $265,429.56

Re: Post-Appointment

**Statement of Professional Services Rendered Through**    **08/31/2011**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 08/01/11 | GNB | Telephone conference with Mike Finnegan, Albert Solochek, and Frank LoCoco (majority) regarding Rule 2004 (aged and infirm). | | 0.90 | 550.00 | $495.00 |
| 08/01/11 | GNB | Email PSZJ team and state court counsel regarding breakdown of settlement discussions concerning Rule 2004 (aged and infirm). | | 0.10 | 550.00 | $55.00 |
| 08/01/11 | JIS | Review D. Diesing email regarding R2004 motion; emails from State Court Counsel and response to D. Diesing. | | 0.10 | 650.00 | $65.00 |
| 08/03/11 | GNB | Email with Jason Pilmaier regarding August 12 hearing on Rule 2004 motion (aged and infirm). | | 0.10 | 550.00 | $55.00 |
| 08/04/11 | GFB | Review and analyze produced documents (1.4); draft email to Yoeli Barag regarding documents, review response (.1). | | 1.50 | 595.00 | $892.50 |
| 08/05/11 | GNB | Email with Gina F. Brandt regarding document review of Debtor's Rule 2004 production. | | 0.20 | 550.00 | $110.00 |
| 08/05/11 | GNB | (Aged and infirm) Read and consider responses to Rule 2004 motion (.7); Office conference with James I. Stang regarding same (.6). | | 1.30 | 550.00 | $715.00 |
| 08/05/11 | GFB | Review email from Eric Deleon regarding document production, and draft response; draft email to James I. Stang and Gillian N. Brown regarding project (.1); office conference with Mr. Stang regarding project (.1); review email from Ms. Brown regarding same and draft response; review email from Yoeli Barag regarding same, and draft response (.1); draft email to Ms. Brown regarding project; review email from Mr. Stang regarding same (.1); draft and respond to emails with Ms. Brown regarding project (.1); draft email to Mr. Barag regarding project scope, review responses from Mr. Barag and draft reply (.2). | | 0.70 | 595.00 | $416.50 |
| 08/05/11 | GFB | Review and analyze produced documents. | | 1.50 | 595.00 | $892.50 |
| 08/07/11 | GFB | Review and analyze produced documents. | | 9.70 | 595.00 | $5,771.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/08/11 | GNB | Review email from Albert Solochek regarding reply brief in support of Rule 2004 motion (aged and infirm) (.1); Email with Michael Finnegan regarding same (.1); Prepare James I. Stang for hearing regarding same (.2); Review email from Mike Finnegan regarding reply in support of Rule 2004 motion (aged and infirm) (.1). | 0.50 | 550.00 | $275.00 |
| 08/08/11 | GNB | Email with Gina F. Brandt regarding document review on Relativity and office conference with Gina F. Brandt regarding same (.1); Review email from Eric DeLeon at e-Stet regarding database issue (.1). | 0.20 | 550.00 | $110.00 |
| 08/08/11 | JIS | Review 2004 exam application and Debtor's opposition. | 0.50 | 650.00 | $325.00 |
| 08/08/11 | JIS | Review documents regarding Cousins Center ownership. | 1.00 | 650.00 | $650.00 |
| 08/08/11 | JER | Prepare hearing binder for James I. Stang (.9); prepare index of same. (.3) | 1.20 | 250.00 | $300.00 |
| 08/08/11 | JER | Cite check retrieve cases cited in Debtor's opposition to Committee's Rule 2004 Motion regarding the aged and infirmed. | 1.60 | 250.00 | $400.00 |
| 08/08/11 | GFB | Draft memorandum of documents produced (.9); office conference with Gillian Brown regarding same (.2); review Relativity database and edit memorandum (1.1). | 2.20 | 595.00 | $1,309.00 |
| 08/08/11 | GFB | Draft email to Yoeli Barag regarding search parameters; review response; review emails from Gillian Brown regarding same; draft email to Megan Wilson regarding same. | 0.20 | 595.00 | $119.00 |
| 08/09/11 | GNB | Review emails from Mike Finnegan and Albert Solochek regarding reply brief in support of Rule 2004 motion (aged and infirm) (.1); Research law in support of reply brief in support of Rule 2004 motion (aged and infirm) (.1); Office conference with Jorge E. Rojas regarding same (.2); Prepare James I. Stang for hearing regarding same (.1). | 0.50 | 550.00 | $275.00 |
| 08/09/11 | GNB | Office conference with Gina F. Brandt regarding document review on Relativity, deficiencies in production, and support for various theories. | 0.20 | 550.00 | $110.00 |
| 08/09/11 | JER | Meet with Gillian Brown regarding case law research for reply in support of Rule 2004 motion. | 0.30 | 250.00 | $75.00 |
| 08/09/11 | MAM | Review brief relating to aged and infirm papers. | 0.20 | 220.00 | $44.00 |
| 08/10/11 | GNB | Draft reply brief in support of Rule 2004 motion (aged and infirm). | 3.40 | 550.00 | $1,870.00 |
| 08/10/11 | GFB | Review email from Megan Wilson regarding Relativity review, draft response; review reply and respond thereto. | 0.10 | 595.00 | $59.50 |
| 08/11/11 | GNB | Revise and finalize reply brief in support of Rule 2004 motion (aged and infirm) (2.1); Email with Albert Solochek regarding filing (and filing under seal) of same (.1). | 2.20 | 550.00 | $1,210.00 |
| 08/11/11 | JIS | Telephone conference with A. Solochek regarding reply and issues for 8/12 hearing. | 0.10 | 650.00 | $65.00 |
| 08/11/11 | JIS | Review R2004 exam reply and telephone conference with G. Brown with comments to same/review emails reflecting comments. | 0.30 | 650.00 | $195.00 |
| 08/11/11 | JIS | Telephone conference with Gillian N. Brown regarding R2004 exam pleading and reply. | 0.10 | 650.00 | $65.00 |
| 08/12/11 | GNB | Review Anderson objection and Elliott affidavit in support | 0.30 | 550.00 | $165.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | of Rule 2004 motion (aged and infirm). | | | |
| 08/12/11 | JIS | Preparation for hearing regarding R2004 exam (1.20), including transcript review and coordination with local counsel and co-counsel and co-movant; attend hearing regarding R2004 exam (1.50). | 2.70 | 650.00 | $1,755.00 |
| 08/15/11 | GNB | Review Frank LoCoco email regarding Rule 2004 examinations of Sklba and Weakland, and email with Albert Solochek regarding same and email with Michael Finnegan regarding same (.1); Email Frank LoCoco regarding production to Relativity (.1). | 0.20 | 550.00 | $110.00 |
| 08/16/11 | GNB | Review Court's Summary of Disposition relating to August 12 hearing. | 0.10 | 550.00 | $55.00 |
| 08/16/11 | GNB | Review draft email from Matthew K. Babcock to John Marek regarding Archdiocese of Milwaukee G/L accounts. | 0.10 | 550.00 | $55.00 |
| 08/17/11 | GNB | (Aged and infirm) Email with Mike Finnegan and Albert Solochek regarding tomorrow's call with Frank LoCoco regarding documents to be produced by September 23 in advance of Rule 2004 oral examinations. | 0.10 | 550.00 | $55.00 |
| 08/18/11 | GNB | Email with Albert Solochek, Jeffrey Anderson, and Mike Finnegan regarding document production relating to oral examinations of Sklba, Weakland, and Budzinski. | 0.10 | 550.00 | $55.00 |
| 08/18/11 | GNB | Email Daryl Diesing and John Marek regarding account information. | 0.10 | 550.00 | $55.00 |
| 08/18/11 | JIS | Draft R2004 exam order. | 0.50 | 650.00 | $325.00 |
| 08/20/11 | GNB | Email Gina F. Brandt regarding documents not produced in response to general Rule 2004 motion. | 0.10 | 550.00 | $55.00 |
| 08/21/11 | GNB | (Rule 2004 – aged and infirm) Email James I. Stang regarding proposed edits to order from August 12 hearing. | 0.10 | 550.00 | $55.00 |
| 08/22/11 | GNB | Work with Gina F. Brandt regarding letter to Debtor's counsel concerning absence of documents produced responsive to Rule 2004 motion (Docket no. 176). | 0.30 | 550.00 | $165.00 |
| 08/22/11 | GNB | (Aged and infirm) Email with Albert Solochek and state court counsel regarding Rule 2004 examinations (.3); Email with state court counsel regarding same (.1); Telephone conference with Albert Solochek and Frank LoCoco regarding document production (.2). | 0.60 | 550.00 | $330.00 |
| 08/22/11 | JIS | Telephone conference with Finnegan regarding changes to Rule 2004 exam order and email circulation of order. | 0.10 | 650.00 | $65.00 |
| 08/22/11 | JIS | Review/revise order regarding 2004 exams. | 0.30 | 650.00 | $195.00 |
| 08/23/11 | GNB | Review Debtor's responses to Rule 2004 requests. | 0.10 | 550.00 | $55.00 |
| 08/23/11 | GNB | (Aged and Infirm) Review emails from Albert Solochek regarding Rule 2004 oral exams in October/November. | 0.20 | 550.00 | $110.00 |
| 08/23/11 | GFB | Review emails from Gillian Brown regarding ADOM discovery project, and draft response regarding same. | 0.10 | 595.00 | $59.50 |
| 08/23/11 | JIS | Review audiotape of R2004 exam and respond to F. LoCoco comments. | 1.50 | 650.00 | $975.00 |
| 08/24/11 | GNB | (Aged and infirm) Email with James I. Stang regarding documents to be produced before oral examinations. | 0.10 | 550.00 | $55.00 |
| 08/24/11 | JIS | Review balance of transcript of R2004 exam and finalize order. | 1.00 | 650.00 | $650.00 |
| 08/25/11 | GFB | Review email from Gillian Brown regarding ADOM discovery responses; review attachment. | 0.20 | 595.00 | $119.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/25/11 | JIS | Review emails regarding R2004 exam and modify order regarding same. | 0.30 | 650.00 | $195.00 |
| 08/26/11 | JIS | Telephone conference with Al Solochek regarding Committee involvement in document production examination. | 0.10 | 650.00 | $65.00 |
| 08/26/11 | GNB | (Aged and infirm) Review emails between Mike Finnegan, Albert Solochek, and Frank LoCoco regarding document review and oral examination attendance. | 0.20 | 550.00 | $110.00 |
| 08/26/11 | JIS | Follow up review of emails regarding R2004 order; telephone conference to Court regarding same. | 0.50 | 650.00 | $325.00 |
| 08/26/11 | JIS | Review emails regarding R2004 exam comments; review message from claim no. 200 and telephone call back regarding status. | 0.30 | 650.00 | $195.00 |
| 08/26/11 | JIS | Telephone conference with Frank LoCoco regarding R2004 order. | 0.20 | 650.00 | $130.00 |
| 08/27/11 | GFB | Review responses and produced documents. | 0.40 | 595.00 | $238.00 |
| 08/29/11 | GNB | (Aged and infirm) Email with James I. Stang and with Jason Pilmaier regarding subpoenas to Sklba, Weakland, and Budzynski, and legal research relating to same. | 0.20 | 550.00 | $110.00 |
| 08/29/11 | GNB | (Aged and infirm) Office conference with James I. Stang regarding Rule 2004 document production by September 23 and oral examinations of Sklba, Weakland, and Budzynski. | 0.30 | 550.00 | $165.00 |
| 08/29/11 | GNB | (Aged and infirm) Telephone conference with James I. Stang, Albert Solochek, and Michael Finnegan regarding Rule 2004 oral examinations and document production, and preparation for same. | 0.40 | 550.00 | $220.00 |
| 08/29/11 | GFB | Review email from Gillian Brown regarding ADOM document review, and draft response regarding same. | 0.10 | 595.00 | $59.50 |
| 08/29/11 | JIS | Office conference with Gillian N. Brown regarding document production. | 0.20 | 650.00 | $130.00 |
| 08/29/11 | JIS | Telephone conference with Gillian N. Brown, A. Solochek, M. Finnegan regarding R2004 exam order and F. LoCoco email regarding production procedure. | 0.40 | 650.00 | $260.00 |
| 08/29/11 | JIS | Review court's minute order regarding "parties" and audio tape in preparation for 8/30 hearing. | 0.50 | 650.00 | $325.00 |
| 08/30/11 | GNB | Email Gina F. Brandt regarding analysis of gaps in Debtor's document production from June 13 and email with James I. Stang regarding same. | 0.10 | 550.00 | $55.00 |
| 08/30/11 | GNB | (Aged and infirm) Office conference with James I. Stang regarding today's hearing with the Court concerning order on August 12 hearing (.2); Review order regarding same (.1); Email Mike Finnegan regarding document review issues (.1); Review Albert Solochek email regarding same (.1). | 0.50 | 550.00 | $275.00 |
| 08/30/11 | JIS | Conference call Court regarding R2004 exam order (.50); review pleadings for hearing (.20). | 0.60 | 650.00 | $390.00 |
| 08/30/11 | JIS | Telephone conference with Frank LoCoco regarding document production on R2004. | 0.10 | 650.00 | $65.00 |
| 08/31/11 | GNB | (Aged and infirm) Review email from Jeffrey Anderson regarding Rule 2004 oral examinations of Sklba, Weakland, and Budzynski. | 0.10 | 550.00 | $55.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/31/11 | GNB | Review email from Gina F. Brandt regarding analysis of gaps in Debtor's document production from June 13. | 0.10 | 550.00 | $55.00 |
| 08/31/11 | GFB | Work on analysis of ADOM's responses and produced documents: review Relativity for documents; draft chart of produced documents analyze Response (1.8); draft email to Gillian N. Brown and James I. Stang regarding project (.1) | 1.90 | 595.00 | $1,130.50 |
| | | **Task Code Total** | **47.30** | | **$26,996.00** |

### Bankruptcy Litigation [L430]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/04/11 | GNB | Telephone conference with Matthew K. Babcock regarding financial analysis/questions relating to Cemetery Trust. | 0.30 | 550.00 | $165.00 |
| 08/04/11 | GNB | (Cemetery Trust Litigation) Prepare Answer and Counterclaims (.3); Office conference with James I. Stang and Kenneth H. Brown regarding same (.2). | 0.50 | 550.00 | $275.00 |
| 08/08/11 | GNB | (Cemetery Trust Litigation) Research law regarding avoidance claims and draft motion for authority to litigate Debtor's claims. | 4.70 | 550.00 | $2,585.00 |
| 08/09/11 | GNB | (Cemetery Trust Litigation) Email with Matthew K. Babcock regarding litigation theories and factual background (.1); Continuing drafting avoidance actions, (1.2); Research law relating to derivative standing (2.0); Telephone conference with Matthew K. Babcock regarding Cemetery Trust financial issues (.8). | 4.10 | 550.00 | $2,255.00 |
| 08/10/11 | GNB | (Cemetery Trust Litigation) Revise analysis of avoidance claims (2.1); Revise letter to Debtor's counsel regarding same (.2); Draft email to Debtor's counsel and Tim Nixon regarding quarterly payments owed from Cemetery Trust to Debtor (.1); Multiple telephone conferences with Matthew K. Babcock regarding financial analysis of flow of funds to and from Cemetery Trust account at U.S. Bank (.6). | 3.00 | 550.00 | $1,650.00 |
| 08/12/11 | GNB | (Cemetery Trust) Telephone conference with Daryl Diesing regarding email and phone call next week concerning financial flow; Voicemail for Matthew K. Babcock regarding same. | 0.10 | 550.00 | $55.00 |
| 08/15/11 | GNB | (Cemetery Trust litigation) Email with James I. Stang regarding strategy issues. | 0.10 | 550.00 | $55.00 |
| 08/16/11 | GNB | (Cemetery Trust litigation) Prepare Answer and counterclaims. | 0.30 | 550.00 | $165.00 |
| 08/16/11 | GNB | (Cemetery Trust litigation) Review Albert Solochek edits to letter to Debtor's counsel demanding Debtor to defend and prosecute. | 0.10 | 550.00 | $55.00 |
| 08/16/11 | GNB | (Cemetery Trust litigation) Revise derivative standing motion. | 4.10 | 550.00 | $2,255.00 |
| 08/16/11 | JER | Review and analyze CDOW bill for Gillian Brown regarding fee caps, time spent and fee incurred (related to Cemetery Trust Litigation). | 0.90 | 250.00 | $225.00 |
| 08/17/11 | GNB | (Cemetery Trust Litigation) Revise motion for authority to bring avoidance actions, et al., relating to Cemetery Trust. | 0.90 | 550.00 | $495.00 |
| 08/19/11 | GNB | (Cemetery Trust Litigation) Email with Albert Solochek | 0.30 | 550.00 | $165.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | regarding Answer (.1); Telephone conference with James I. Stang regarding motion for derivative standing (.2). | | | |
| 08/19/11 | JIS | Review standing motion and telephone conference with Gillian N. Brown with comments. | 0.70 | 650.00 | $455.00 |
| 08/21/11 | GNB | (Cemetery Trust Litigation) Revise and edit motion for derivative standing (.7), and email Committee regarding same (.1). | 0.80 | 550.00 | $440.00 |
| 08/22/11 | GNB | (Cemetery Trust Litigation) Draft Answer, Affirmative Defenses, and Counterclaims (.1); Email with Albert Solochek demand for derivative standing (.1); Finalize letter to Debtor's counsel regarding demand for Debtor to pursue avoidance claims (.1); Voicemail for Tim Nixon regarding answer deadline (.1); Draft email to Tim Nixon regarding same (.2). | 0.60 | 550.00 | $330.00 |
| 08/23/11 | GNB | (Cemetery Trust Litigation) Email with Albert Solochek regarding Answer (.1); Telephone conference with Matthew K. Babcock regarding information requested from Debtor's Chief Financial Officer and follow up regarding same (.1); Email Tim Nixon regarding extension of time to answer complaint (.2); Email with Albert Solochek regarding same (.1); Review Daryl Diesing email regarding Cybergenics demand for Debtor to prosecute avoidance claims (.1); Email with James I. Stang regarding same (.1); Office conference with James I. Stang regarding same (.2); Draft response to same (.7); Review and edit motion to extend time to respond to complaint (.2). | 1.80 | 550.00 | $990.00 |
| 08/23/11 | JIS | Office conference with Gillian N. Brown regarding meetings with Debtor on Cemetery Trust. | 0.20 | 650.00 | $130.00 |
| 08/24/11 | GNB | (Cemetery Trust Litigation) Review email from Frank LoCoco regarding motion for derivative standing (.1); Telephone conference, office conference, and email exchanges with James I. Stang regarding same (.1); Prepare response to same (.1); Review revisions to stipulation to extend responsive pleading deadline (.1); Draft email response to Frank LoCoco regarding derivative standing issues and communications between financial professionals (.3). | 0.70 | 550.00 | $385.00 |
| 08/24/11 | JIS | Review email to Daryl Diesing regarding Cemetery litigation avoidance claims. | 0.40 | 650.00 | $260.00 |
| 08/25/11 | GNB | (Cemetery Trust Litigation) Email with Albert Solochek regarding August 30 status conference. | 0.10 | 550.00 | $55.00 |
| 08/26/11 | GNB | (Cemetery Trust Litigation) Review emails from Albert Solochek regarding stipulation on motion to authorize/file Answer, and regarding continuance of August 30 status conference. | 0.10 | 550.00 | $55.00 |
| 08/27/11 | GNB | (Cemetery Trust litigation) Email Jason Pilmaier regarding filing of motion to authorize derivative standing. | 0.10 | 550.00 | $55.00 |
| 08/29/11 | GNB | (Cemetery Trust Litigation) Office conference with James I. Stang regarding Debtor's draft stipulation relating to motion to authorize derivative standing (.1); Email with Albert Solochek regarding same (.1); Revise and edit Debtor's draft stipulation relating to motion to authorize Committee's derivative standing (.6). | 0.80 | 550.00 | $440.00 |
| 08/29/11 | JIS | Office conference with Gillian N. Brown for review of standing stipulation. | 0.20 | 650.00 | $130.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/30/11 | GNB | (Cemetery Trust Litigation) Revise and edit Debtor's draft stipulation relating to motion to authorize Committee's derivative standing (.2); Email with Albert Solochek regarding same (.1). | 0.30 | 550.00 | $165.00 |
| 08/30/11 | JIS | Review and revise standing stipulation. | 0.50 | 650.00 | $325.00 |
| 08/31/11 | GNB | (Cemetery Trust Litigation) Email Daryl Diesing and Tim Nixon regarding stipulation relating to Committee's derivative standing, and review Timothy Nixon email regarding same (.1); Email with James I. Stang regarding same (.1); Emails with Albert Solochek regarding same (.2); Email with Daryl Diesing regarding same (.1); Telephone conference with Albert Solochek, Daryl Diesing, and Tim Nixon regarding stipulation relating to Committee's derivative standing (.5); Draft revised stipulation based on same (.5); Email with James I. Stang regarding same (.1). | 1.60 | 550.00 | $880.00 |
| 08/31/11 | JIS | Review emails regarding standing demand and reply. | 0.10 | 650.00 | $65.00 |
| 08/31/11 | JIS | Review standing stipulation revision and email to Gillian N. Brown. | 0.20 | 650.00 | $130.00 |
| 08/31/11 | JIS | Office conference with Gillian N. Brown regarding standing motion. | 0.10 | 650.00 | $65.00 |
| 08/31/11 | JIS | Office conference with Gillian N. Brown regarding conference call on standing stipulation. | 0.20 | 650.00 | $130.00 |
| | | **Task Code Total** | **28.90** | | **$15,885.00** |

### Case Administration [B110]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/03/11 | GNB | Review Albert Solochek email regarding matrix of survivor confidential information. | 0.10 | 550.00 | $55.00 |
| 08/03/11 | EG | Review and calendar critical dates. | 0.10 | 550.00 | $55.00 |
| 08/05/11 | JER | Update critical dates. | 0.70 | 250.00 | $175.00 |
| 08/10/11 | JER | Update service list. | 0.30 | 250.00 | $75.00 |
| 08/12/11 | JER | Update critical dates. | 0.80 | 250.00 | $200.00 |
| 08/16/11 | JER | Update critical dates. | 0.30 | 250.00 | $75.00 |
| 08/17/11 | GNB | Email WHD and KCC regarding PSZJ address change effective August 19. | 0.10 | 0.00 | $0.00 |
| 08/17/11 | GNB | Review Albert Solochek emails regarding Debtor's additional disclosure of confidential information. | 0.10 | 550.00 | $55.00 |
| 08/26/11 | GNB | Telephone conference with Jorge E. Rojas and email with Jorge E. Rojas regarding edits to critical dates calendar. | 0.10 | 550.00 | $55.00 |
| 08/26/11 | JER | Update critical dates. | 0.80 | 250.00 | $200.00 |
| 08/27/11 | JER | Perform edits to critical dates. | 0.30 | 250.00 | $75.00 |
| | | **Task Code Total** | **3.70** | | **$1,020.00** |

### Claims Admin/Objections[B310]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/23/01 | LAF | Find plaintiffs (returned mail). | 0.50 | 275.00 | $137.50 |
| 08/01/11 | EG | Draft email to Paige Doyle re: creditor bar date package. | 0.10 | 550.00 | $55.00 |
| 08/01/11 | GNB | Review Jeff Anderson letter to Daryl Diesing regarding improper communications with represented claimants. | 0.10 | 550.00 | $55.00 |
| 08/01/11 | JIS | Office conference with Erin Gray regarding responses to hotline inquiries. | 0.20 | 650.00 | $130.00 |
| 08/03/11 | EG | Calls with numerous creditors inquiring about bar date notices. | 0.30 | 550.00 | $165.00 |
| 08/03/11 | JIS | Review email regarding Daryl Diesing contact with creditor; review attachments and email response. | 0.10 | 650.00 | $65.00 |
| 08/03/11 | JIS | Review issues related to hotline inquiries. | 0.20 | 650.00 | $130.00 |
| 08/04/11 | GNB | Review letter from recipient of service regarding mailing matrix. | 0.10 | 550.00 | $55.00 |
| 08/05/11 | GNB | Review proof of claim (.1); Email with Albert Solochek regarding same (.1). | 0.20 | 550.00 | $110.00 |
| 08/09/11 | GNB | Review letter from potential claimant requesting proof of claim form and associated documents (.1); Telephone conference with James I. Stang regarding same, review Debtor website regarding same, and advise Diane Hinojosa regarding same (.1); Email with Erin E. Gray regarding claimant packages of information relating to bar date (.1). | 0.30 | 550.00 | $165.00 |
| 08/10/11 | EG | Draft letter to creditor and gather documents to compile bar date package. | 0.40 | 550.00 | $220.00 |
| 08/10/11 | EG | Draft email to P. Doyle re: creditor inquiries. | 0.10 | 550.00 | $55.00 |
| 08/10/11 | EG | Draft email to P. Doyle re: creditor inquiries. | 0.10 | 550.00 | $55.00 |
| 08/10/11 | EG | Draft email to P. Doyle re: creditor inquiries. | 0.10 | 550.00 | $55.00 |
| 08/10/11 | GNB | Telephone conference with David Asbach and Daryl Diesing regarding mailing matrix and claimants (.1); Email state court counsel regarding same (.1). | 0.20 | 550.00 | $110.00 |
| 08/15/11 | EG | Call with creditor. | 0.10 | 550.00 | $55.00 |
| 08/15/11 | EG | Call with creditor. | 0.10 | 550.00 | $55.00 |
| 08/15/11 | EG | Checked creditor email and voice mail. | 0.10 | 550.00 | $55.00 |
| 08/16/11 | GNB | Email with Diane Hinojosa regarding claims analysis. | 0.20 | 550.00 | $110.00 |
| 08/17/11 | EG | Check creditor voice mail and email. | 0.10 | 550.00 | $55.00 |
| 08/17/11 | EG | Draft letter to creditor who listed PSZJ as counsel on proof of claim form. | 0.30 | 550.00 | $165.00 |
| 08/17/11 | EG | Draft letter to creditor with bar date package. | 0.20 | 550.00 | $110.00 |
| 08/17/11 | GNB | Review letter from WHD to Albert Solochek regarding returned mail for bar date notices and email Albert Solochek regarding same. | 0.10 | 550.00 | $55.00 |
| 08/17/11 | DHH | Review and analysis of Claims A1-A5; redact claims and prepare claims summary and address chart. | 1.20 | 150.00 | $180.00 |
| 08/19/11 | GNB | Email with James I. Stang regarding searches for updated addresses for returned bar date packages. | 0.10 | 550.00 | $55.00 |
| 08/21/11 | GNB | Email Leslie Ann Forrester regarding locating better mailing addresses for returned bar date notice packages (.1); Email Albert Solochek regarding same, and email Daryl Diesing and Lindsey Johnson regarding same (.1). | 0.20 | 550.00 | $110.00 |
| 08/22/11 | GNB | Email Leslie A. Forrester regarding locating updates addresses for undeliverable bar date packages (.1); Email | 0.20 | 550.00 | $110.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | with Erin E. Gray regarding same (.1). | | | |
| 08/23/11 | LAF | Locate plaintiffs whose notices were returned. | 0.50 | 275.00 | $137.50 |
| 08/23/11 | DHH | Review, redact and update claim summary chart re Claim A-6. | 0.20 | 150.00 | $30.00 |
| 08/24/11 | EG | Draft and send letters to creditors with bar date packages. | 0.20 | 550.00 | $110.00 |
| 08/24/11 | EG | Draft and send letters to creditors with bar date packages. | 0.20 | 550.00 | $110.00 |
| 08/24/11 | EG | Draft and send letters to creditors with bar date packages. | 0.20 | 550.00 | $110.00 |
| 08/24/11 | EG | Draft and send letters to creditors with bar date packages. | 0.20 | 550.00 | $110.00 |
| 08/24/11 | EG | Call with creditor inquiring about bar date notice. | 0.10 | 550.00 | $55.00 |
| 08/24/11 | EG | Call with creditor inquiring about bar date notice. | 0.10 | 550.00 | $55.00 |
| 08/24/11 | EG | Call with creditor inquiring about bar date notice. | 0.10 | 550.00 | $55.00 |
| 08/24/11 | EG | Call with creditor inquiring about bar date notice. | 0.10 | 550.00 | $55.00 |
| 08/25/11 | LAF | Locate plaintiffs whose notices were returned. | 1.30 | 275.00 | $357.50 |
| 08/25/11 | GNB | Review and execute confidentiality agreement relating to abuse survivor claims. | 0.10 | 550.00 | $55.00 |
| 08/26/11 | GNB | Multiple telephone conferences with potential claimant (.3); Telephone conference with James I. Stang regarding same (.1). | 0.40 | 550.00 | $220.00 |
| 08/29/11 | EG | Update creditor calling log. | 0.30 | 550.00 | $165.00 |
| 08/29/11 | EG | Return call to creditor inquiring about bar date notice. | 0.10 | 550.00 | $55.00 |
| 08/29/11 | EG | Return call to creditor inquiring about bar date notice. | 0.10 | 550.00 | $55.00 |
| 08/29/11 | EG | Draft and send letter to creditors with bar date packages. | 0.10 | 550.00 | $55.00 |
| 08/29/11 | EG | Return call to creditor inquiring about bar date notice. | 0.10 | 550.00 | $55.00 |
| 08/29/11 | EG | Return call to creditor inquiring about bar date notice. | 0.10 | 550.00 | $55.00 |
| 08/29/11 | EG | Return call to creditor inquiring about bar date notice. | 0.10 | 550.00 | $55.00 |
| 08/29/11 | EG | Return call to creditor inquiring about bar date notice. | 0.10 | 550.00 | $55.00 |
| 08/29/11 | GNB | Review email from Lindsey Johnson regarding bar date materials, and email Erin E. Gray and Leslie A. Forrester regarding same. | 0.10 | 550.00 | $55.00 |
| 08/30/11 | GNB | Draft email to Lindsey Johnson regarding bar date packages. | 0.10 | 550.00 | $55.00 |
| 08/30/11 | GNB | Email with James I. Stang regarding newly discovered perpetrators of abuse. | 0.10 | 550.00 | $55.00 |
| 08/30/11 | GNB | Office conference with Erin E. Gray and email to Erin E. Gray regarding information for callers to toll-free number regarding proofs of claim. | 0.10 | 550.00 | $55.00 |
| 08/30/11 | JIS | Draft email regarding abusers identified on hotline. | 0.20 | 650.00 | $130.00 |
| 08/30/11 | JIS | Review and check spreadsheet for parish web links for bar date. | 0.20 | 650.00 | $130.00 |
| 08/30/11 | JIS | Telephone conference with Therese Gahler regarding claims filing procedure for non-confidential claims. | 0.20 | 650.00 | $130.00 |
| 08/30/11 | LAF | Locate plaintiff whose notices came back undeliverable. | 1.00 | 275.00 | $275.00 |
| 08/31/11 | EG | Office conference with Gillian Brown re: return mail for bar date packages. | 0.10 | 550.00 | $55.00 |
| 08/31/11 | EG | Review emails re: return mail for bar date packages. | 0.20 | 550.00 | $110.00 |
| 08/31/11 | EG | Draft email to Jim Stang re: proof of service for creditor packages. | 0.10 | 550.00 | $55.00 |
| 08/31/11 | EG | Call with Leslie Ann Forrester re: return mail for bar date | 0.20 | 550.00 | $110.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/31/11 | GNB | Email Erin E. Gray regarding certificate of service of bar date packages. | 0.10 | 550.00 | $55.00 |
| 08/31/11 | GNB | Review claims on docket. | 0.10 | 550.00 | $55.00 |
| 08/31/11 | JIS | Telephone conference with NM regarding claim process. | 0.20 | 650.00 | $130.00 |
| 08/31/11 | JIS | Review email regarding service of claim forms on telephone contacts. | 0.10 | 650.00 | $65.00 |
| 08/31/11 | LAF | Locate claimants whose notices were returned undeliverable. | 2.50 | 275.00 | $687.50 |
| | | **Task Code Total** | **16.20** | | **$6,895.00** |

**Compensation Prof. [B160]**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/11 | JER | Review and edit second interim fee exhibits. | 0.90 | 250.00 | $225.00 |
| 07/05/11 | JER | Finalize and coordinate filing of May fee application. | 0.60 | 250.00 | $150.00 |
| 07/05/11 | JER | Prepare draft of second interim fee application and related exhibits. | 2.40 | 250.00 | $600.00 |
| 07/21/11 | JER | Correspondence with PSZJ accounting department regarding June fee statement. | 0.30 | 250.00 | $75.00 |
| 08/03/11 | JER | Perform edits to June fee application. | 1.50 | 250.00 | $375.00 |
| 08/04/11 | GNB | Review order approving PSZJ May 2011 fee application. | 0.10 | 550.00 | $55.00 |
| 08/04/11 | GNB | Revise PSZJ June monthly fee application. | 0.90 | 550.00 | $495.00 |
| 08/05/11 | GNB | Review and edit revised Exhibit E to PSZJ's fee application for June 2011. | 0.10 | 550.00 | $55.00 |
| 08/05/11 | JER | Edit proposed order (Exhibit E) and send to co-counsel for filing. | 0.30 | 250.00 | $75.00 |
| 08/10/11 | GNB | Email with Albert Solochek and with Jorge E. Rojas regarding edit to order granting PSZJ's second quarterly interim fee application, and review revised proposed order granting PSZJ's second quarterly interim fee application. | 0.10 | 550.00 | $55.00 |
| 08/10/11 | JER | Edit proposed order and forward to co-counsel. | 0.30 | 250.00 | $75.00 |
| 08/15/11 | GNB | Review and edit PSZJ July 2011 bill. | 0.40 | 550.00 | $220.00 |
| 08/16/11 | GNB | Email with Jorge E. Rojas regarding July 2011 monthly fee application. | 0.10 | 550.00 | $55.00 |
| 08/16/11 | GNB | Revise and edit PSZJ July 2011 bill. | 0.10 | 550.00 | $55.00 |
| | | **Task Code Total** | **8.10** | | **$2,565.00** |

**Comp. of Prof./Others**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/05/11 | JER | Correspondence with Matt Babcock regarding compensation deadlines. | 0.10 | 250.00 | $25.00 |
| 08/21/11 | GNB | Review Kurtzman Carson's July 2011 invoice. | 0.10 | 550.00 | $55.00 |
| 08/22/11 | GNB | Review invoices from BMI and email Laurel Loehlin and Sue Spitko regarding same. | 0.20 | 550.00 | $110.00 |
| 08/24/11 | GNB | Email with Laurel Loehlin regarding BMI fee application. | 0.10 | 550.00 | $55.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/29/11 | GNB | Review e-stet invoice; Email with Frank LoCoco regarding same; Instruct Noni DeLeon to pay invoice. | 0.10 | 550.00 | $55.00 |
| 08/29/11 | GNB | Email with Matthew K. Babcock regarding BRG fee applications. | 0.10 | 550.00 | $55.00 |
| 08/30/11 | GNB | Review first interim quarterly fee application of BMI. | 0.10 | 550.00 | $55.00 |
| | | **Task Code Total** | **0.80** | | **$410.00** |

### Financing [B230]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/04/11 | GNB | Email Daryl Diesing regarding deficiencies in Debtor's monthly operating reports. | 0.10 | 550.00 | $55.00 |
| 08/08/11 | GNB | Email with Daryl Diesing regarding monthly operating report deficiencies. | 0.10 | 550.00 | $55.00 |
| 08/09/11 | GNB | Emails to coordinate tomorrow's call with David Asbach, Matthew K. Babcock, and Daryl Diesing (.1); Telephone conference with Matthew K. Babcock regarding same (.1). | 0.20 | 550.00 | $110.00 |
| 08/10/11 | GNB | Telephone conference with David Asbach, Matthew K. Babcock, and Daryl Diesing regarding deficiencies in Debtor's monthly operating reports (.3); Telephone conference with Matthew K. Babcock regarding same (.1); Email with Albert Solochek regarding same (.1); Email summary of today's call to Daryl Diesing, including review of confidentiality order (.2). | 0.70 | 550.00 | $385.00 |
| 08/12/11 | GNB | Review and consider Daryl Diesing email regarding cash receipt information (.1); Telephone conference with Daryl Diesing regarding same (.1); Email with Albert Solochek regarding same and email Daryl Diesing regarding same (.1). | 0.30 | 550.00 | $165.00 |
| 08/15/11 | GNB | Telephone conference with Matthew K. Babcock regarding monthly financial report information from John Marek and associated issues involving financial analyses and Cemetery Trust litigation. | 0.40 | 550.00 | $220.00 |
| 08/16/11 | GNB | Review letter from Pamela Bartoli regarding bank statements and email Matthew K. Babcock regarding same. | 0.10 | 550.00 | $55.00 |
| 08/16/11 | GNB | Review Matthew K. Babcock email to John Marek regarding monthly financial reports. | 0.10 | 550.00 | $55.00 |
| 08/19/11 | GNB | Email with Matthew K. Babcock regarding requests to John Marek for additional information. | 0.10 | 550.00 | $55.00 |
| 08/23/11 | GNB | Telephone conference with Matthew K. Babcock regarding information requested from John Marek regarding cash disbursements and cash receipts, and follow up regarding same (.1); Office conference with James I. Stang regarding same (.1); Email with Frank LoCoco regarding same (.1). | 0.30 | 550.00 | $165.00 |
| 08/24/11 | GNB | Review email from Daryl Diesing regarding information requested from John Marek regarding cash disbursements and cash receipts (.1); Telephone conference with James I. Stang regarding same (.1). | 0.20 | 550.00 | $110.00 |
| 08/25/11 | GNB | Email with Matthew K. Babcock regarding today's 1pm PDT call with Daryl Diesing and John Marek concerning monthly financial report and account detail (.1); Telephone conference with Matthew K. Babcock in preparation for | 1.10 | 550.00 | $605.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | today's call (.1); Telephone conference with Matthew K. Babcock, Daryl Diesing, and John Marek regarding monthly financial reports and regarding account numbers (.5); Telephone conference with Matthew K. Babcock regarding same (.3); Telephone conference with James I. Stang regarding same (.1). | | | |
| 08/25/11 | JIS | Review email to F. LoCoco regarding communications to/with Committee's financial advisor and CFO. | 0.10 | 650.00 | $65.00 |
| 08/29/11 | GNB | Email with Matthew K. Babcock regarding monthly operating report backup information from John Marek. | 0.20 | 550.00 | $110.00 |
| 08/30/11 | GNB | Email Daryl Diesing and Frank LoCoco regarding standing weekly meeting concerning financial issues. | 0.10 | 550.00 | $55.00 |
| 08/31/11 | GNB | Email with Matthew K. Babcock and with Daryl Diesing regarding financial issues telephone conference. | 0.10 | 550.00 | $55.00 |
| | | **Task Code Total** | 4.20 | | $2,320.00 |

### General Creditors Comm. [B150]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/02/11 | LAF | Update creditor website. | 0.30 | 275.00 | $82.50 |
| 08/04/11 | GNB | Revise creditor website. | 0.20 | 550.00 | $110.00 |
| 08/04/11 | GNB | Office conference with James I. Stang and Kenneth H. Brown regarding agenda items for tonight's Committee call. | 0.20 | 550.00 | $110.00 |
| 08/04/11 | JIS | Telephone conference with B.H. (creditor) regarding status. | 0.20 | 650.00 | $130.00 |
| 08/05/11 | LAF | Update creditor site. | 0.30 | 275.00 | $82.50 |
| 08/05/11 | GNB | Review revised website per my instructions to Leslie A. Forrester. | 0.10 | 550.00 | $55.00 |
| 08/11/11 | JIS | Conference call with Committee regarding R2004 exam; document production and bar date. | 0.40 | 650.00 | $260.00 |
| 08/15/11 | LAF | Update creditor site. | 0.30 | 275.00 | $82.50 |
| 08/16/11 | JIS | Review Cloyne diocese ruling regarding diocese structure. | 0.20 | 650.00 | $130.00 |
| 08/18/11 | GNB | Telephone conference with Committee reporting on recent events, and preparation for same. | 1.10 | 550.00 | $605.00 |
| 08/22/11 | GNB | Email with Committee member regarding claims. | 0.10 | 550.00 | $55.00 |
| 08/25/11 | GNB | Review email from Committee chair regarding Committee meeting (.1); Weekly call with Committee regarding status of open issues (.6). | 0.70 | 550.00 | $385.00 |
| 08/25/11 | JIS | Conference call with Committee regarding bar date, Cemetery, claims to date and general discovery. | 0.70 | 650.00 | $455.00 |
| | | **Task Code Total** | 4.80 | | $2,542.50 |

### Ret. of Prof./Other

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/02/11 | JIS | Telephone conference with Paul Richler regarding conflict check. | 0.10 | 650.00 | $65.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/11/11 | GNB | Review Morgan Lewis' edits to employment application, and make edits to same. | 0.50 | 550.00 | $275.00 |
| 08/12/11 | GNB | Email with Paul Richler regarding Morgan Lewis employment application. | 0.10 | 550.00 | $55.00 |
| 08/18/11 | GNB | Office conference with James I. Stang regarding retention of Morgan Lewis as special counsel. | 0.10 | 550.00 | $55.00 |
| | | **Task Code Total** | **0.80** | | **$450.00** |

**Travel**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/11/11 | JIS | Travel from New York to Milwaukee for R2004 exam. | 5.00 | 650.00 | $3,250.00 |
| | | **Task Code Total** | **5.00** | | **$3,250.00** |
| | | **Total professional services:** | **119.80** | | **$62,333.50** |

## Costs Advanced:

| Date | Code | Description | Amount |
|---|---|---|---|
| 07/07/2011 | CC | Conference Call [E105] AT&T Conference Call, JIS | $10.95 |
| 07/12/2011 | AF | Air Fare [E110] US Airways, Tkt # 0378662739790, LAX/Milwaukee/O'Hare/LAX, GNB | $1,294.30 |
| 07/13/2011 | CC | Conference Call [E105] AT&T Conference Call, GNB | $4.83 |
| 07/14/2011 | CC | Conference Call [E105] AT&T Conference Call, JIS | $12.27 |
| 07/15/2011 | BM | Business Meal [E111] McDonalds, woriking meal, GNB | $9.10 |
| 07/16/2011 | BM | Business Meal [E111] Starbucks, working meal, GNB | $4.88 |
| 07/16/2011 | GP | Guest Parking [E124] The Parking Spot, garage parking, GNB | $39.50 |
| 07/17/2011 | HT | Hotel Expense [E110] The Pfister, 1 night, GNB | $282.93 |
| 07/20/2011 | BM | Business Meal [E111] LA Bite- Oliver Cafe, working meal, M. Wilson | $16.16 |
| 07/21/2011 | CC | Conference Call [E105] AT&T Conference Call, JIS | $12.62 |
| 07/22/2011 | AF | Air Fare [E110] United Airlines, Tkt # 01686687664885, Milwaukee/O'Hare/LAX, GNB | $714.90 |
| 07/22/2011 | AF | Air Fare [E110] Airtran Airways, Tkt # 33286687664871, LAX/Milwaukee, GNB | $459.70 |
| 07/22/2011 | TE | Travel Expense [E110] Travel Agency Fee, GNB | $45.00 |
| 07/29/2011 | OS | e-Stet, Inv # LA002015.03, GNB | $435.00 |
| 08/01/2011 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 08/01/2011 | TE | Travel Expense [E110] J. R. Conte, PH.D., various expenses for Hotel, Airfare, taxi, etc. | $10,272.50 |
| 08/03/2011 | PAC | 05058.00003 PACER Charges for 08-03-11 | $0.08 |
| 08/03/2011 | RE | ( 42 @0.20 PER PG) | $8.40 |
| 08/05/2011 | PAC | 05058.00003 PACER Charges for 08-05-11 | $2.72 |
| 08/05/2011 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | $4.00 |
| 08/05/2011 | TE | Travel Expense [E110] JIS travel expense to Milwaukee, for | $100.00 |

|  |  |  |  |
|---|---|---|---|
|  |  | various hotel tips, taxi services and business meals (LA-pc) |  |
| 08/08/2011 | FE | 05058.00003 FedEx Charges for 08-08-11 | $12.98 |
| 08/08/2011 | WL | 05058.00003 Westlaw Charges for 08-08-11 | $46.12 |
| 08/08/2011 | WL | 05058.00003 Westlaw Charges for 08-08-11 | $360.46 |
| 08/09/2011 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | $2.70 |
| 08/09/2011 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | $4.00 |
| 08/09/2011 | RE2 | SCAN/COPY ( 41 @0.10 PER PG) | $4.10 |
| 08/09/2011 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 08/09/2011 | RE2 | SCAN/COPY ( 70 @0.10 PER PG) | $7.00 |
| 08/09/2011 | RE2 | SCAN/COPY ( 97 @0.10 PER PG) | $9.70 |
| 08/09/2011 | WL | 05058.00003 Westlaw Charges for 08-09-11 | $487.83 |
| 08/09/2011 | WL | 05058.00003 Westlaw Charges for 08-09-11 | $2,587.61 |
| 08/10/2011 | PAC | 05058.00003 PACER Charges for 08-10-11 | $1.44 |
| 08/10/2011 | PO | 05058.00003 :Postage Charges for 08-10-11 | $2.88 |
| 08/10/2011 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | $2.60 |
| 08/10/2011 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | $6.00 |
| 08/10/2011 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | $6.00 |
| 08/10/2011 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | $6.00 |
| 08/10/2011 | WL | 05058.00003 Westlaw Charges for 08-10-11 | $5.79 |
| 08/11/2011 | PAC | 05058.00003 PACER Charges for 08-11-11 | $2.64 |
| 08/11/2011 | WL | 05058.00003 Westlaw Charges for 08-11-11 | $66.02 |
| 08/12/2011 | PAC | 05058.00003 PACER Charges for 08-12-11 | $4.32 |
| 08/15/2011 | PAC | 05058.00003 PACER Charges for 08-15-11 | $2.56 |
| 08/16/2011 | PAC | 05058.00003 PACER Charges for 08-16-11 | $2.80 |
| 08/16/2011 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 08/16/2011 | WL | 05058.00003 Westlaw Charges for 08-16-11 | $188.03 |
| 08/17/2011 | PAC | 05058.00003 PACER Charges for 08-17-11 | $2.80 |
| 08/17/2011 | RE | ( 4 @0.20 PER PG) | $0.80 |
| 08/17/2011 | RE2 | SCAN/COPY ( 54 @0.10 PER PG) | $5.40 |
| 08/17/2011 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | $6.00 |
| 08/17/2011 | RE2 | SCAN/COPY ( 62 @0.10 PER PG) | $6.20 |
| 08/17/2011 | WL | 05058.00003 Westlaw Charges for 08-17-11 | $508.58 |
| 08/19/2011 | PAC | 05058.00003 PACER Charges for 08-19-11 | $9.04 |
| 08/19/2011 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 08/21/2011 | WL | 05058.00003 Westlaw Charges for 08-21-11 | $66.79 |
| 08/23/2011 | LN | 05058.00003 Lexis Charges for 08-23-11 | $851.66 |
| 08/23/2011 | PAC | 05058.00003 PACER Charges for 08-23-11 | $2.40 |
| 08/23/2011 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 08/23/2011 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | $0.70 |
| 08/23/2011 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | $0.80 |
| 08/23/2011 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | $1.00 |
| 08/23/2011 | RE2 | SCAN/COPY ( 62 @0.10 PER PG) | $6.20 |
| 08/23/2011 | RE2 | SCAN/COPY ( 87 @0.10 PER PG) | $8.70 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 08/23/2011 | RE2 | SCAN/COPY ( 87 @0.10 PER PG) | $8.70 |
| 08/23/2011 | RE2 | SCAN/COPY ( 96 @0.10 PER PG) | $9.60 |
| 08/23/2011 | RE2 | SCAN/COPY ( 97 @0.10 PER PG) | $9.70 |
| 08/23/2011 | WL | 05058.00003 Westlaw Charges for 08-23-11 | $284.29 |
| 08/24/2011 | PAC | 05058.00003 PACER Charges for 08-24-11 | $4.80 |
| 08/24/2011 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 08/24/2011 | RE2 | SCAN/COPY ( 180 @0.10 PER PG) | $18.00 |
| 08/25/2011 | PAC | 05058.00003 PACER Charges for 08-25-11 | $5.60 |
| 08/25/2011 | PO | 05058.00003 :Postage Charges for 08-25-11 | $8.64 |
| 08/25/2011 | WL | 05058.00003 Westlaw Charges for 08-25-11 | $971.22 |
| 08/26/2011 | FE | 05058.00003 FedEx Charges for 08-26-11 | $62.91 |
| 08/26/2011 | FX | (DOC 4 @1.00 PER PG) | $4.00 |
| 08/27/2011 | PAC | 05058.00003 PACER Charges for 08-27-11 | $2.64 |
| 08/29/2011 | OS | E-Stet Your Discovery, Inv. LA002015.04, monthly hosting and blowbacks, GNB | $1,000.76 |
| 08/29/2011 | PAC | 05058.00003 PACER Charges for 08-29-11 | $4.96 |
| 08/29/2011 | PO | 05058.00003 :Postage Charges for 08-29-11 | $2.88 |
| 08/29/2011 | RE | ( 6 @0.20 PER PG) | $1.20 |
| 08/29/2011 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | $6.00 |
| 08/30/2011 | PAC | 05058.00003 PACER Charges for 08-30-11 | $0.64 |
| 08/30/2011 | WL | 05058.00003 Westlaw Charges for 08-30-11 | $136.86 |
| 08/31/2011 | PAC | 05058.00003 PACER Charges for 08-31-11 | $3.12 |
| 08/31/2011 | WL | 05058.00003 Westlaw Charges for 08-31-11 | $1,028.44 |

Total Expenses: **$22,613.65**

## Summary:

| | |
|---|---|
| Total professional services | $62,333.50 |
| Total expenses | $22,613.65 |
| **Net current charges** | $84,947.15 |
| Net balance forward | $265,429.56 |
| **Total balance now due** | $350,376.71 |

| Code | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| DHH | Hinojosa, Diane H. | 1.40 | 150.00 | $210.00 |
| EG | Gray, Erin | 4.90 | 550.00 | $2,695.00 |
| GFB | Brandt, Gina F. | 18.60 | 595.00 | $11,067.00 |
| GNB | Brown, Gillian N. | 52.20 | 550.00 | $28,710.00 |
| JER | Rojas, Jorge E. | 13.60 | 250.00 | $3,400.00 |
| JIS | Stang, James I. | 22.10 | 650.00 | $14,365.00 |
| LAF | Forrester, Leslie A. | 6.70 | 275.00 | $1,842.50 |

| | | | | |
|---|---|---|---|---|
| MAM | Matteo, Mike A. | 0.20 | 220.00 | $44.00 |
| | | 119.80 | | $62,333.50 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 47.30 | $26,996.00 |
| BL | Bankruptcy Litigation [L430] | 28.90 | $15,885.00 |
| CA | Case Administration [B110] | 3.70 | $1,020.00 |
| CO | Claims Admin/Objections[B310] | 16.20 | $6,895.00 |
| CP | Compensation Prof. [B160] | 8.10 | $2,565.00 |
| CPO | Comp. of Prof./Others | 0.80 | $410.00 |
| FN | Financing [B230] | 4.20 | $2,320.00 |
| GC | General Creditors Comm. [B150] | 4.80 | $2,542.50 |
| RPO | Ret. of Prof./Other | 0.80 | $450.00 |
| TR | Travel | 5.00 | $3,250.00 |
| | | 119.80 | $62,333.50 |

## Expense Code Summary

| | |
|---|---|
| Air Fare [E110] | $2,468.90 |
| Working Meals [E1 | $30.14 |
| Conference Call [E105] | $40.67 |
| Federal Express [E108] | $75.89 |
| Fax Transmittal [E104] | $4.00 |
| Guest Parking [E124] | $39.50 |
| Hotel Expense [E110] | $282.93 |
| Lexis/Nexis- Legal Research [E | $851.66 |
| Outside Services | $1,435.76 |
| Pacer - Court Research | $52.56 |
| Postage [E108] | $14.40 |
| Reproduction Expense [E101] | $10.40 |
| Reproduction/ Scan Copy | $151.30 |
| Travel Expense [E110] | $10,417.50 |
| Westlaw - Legal Research [E106 | $6,738.04 |
| | $22,613.65 |