# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

**In re:**

**ARCHDIOCESE OF MILWAUKEE,**

**Debtor.**

Case No. 11-20059-svk

Chapter 11

Hon. Susan V. Kelley

## NOTICE OF DEBTOR'S (1) THIRD MOTION FOR ORDER EXTENDING THE TIME TO ASSUME OR REJECT AN UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY AND (2) SECOND MOTION FOR AN ORDER EXTENDING EXCLUSIVE PERIODS

**PLEASE TAKE NOTICE** that on October 28, 2011, the Archdiocese of Milwaukee, as debtor and debtor-in-possession ("Debtor" or "Archdiocese") filed (1) a third motion for entry of an order extending the time to assume or reject an unexpired lease of nonresidential real property (the "Lease Motion") and (2) a second motion for entry of an order extending exclusive periods (the "Exclusive Periods Motion", and collectively with the Lease Motion, the "Motions"); and

**PLEASE TAKE FURTHER NOTICE** that copies of the Motions are on file with the Court, Room 126, U.S. Courthouse, 517 E. Wisconsin Ave., Milwaukee, WI 53202-4581. You may also obtain copies of these pleadings by (a) contacting Pamela Bartoli at (414) 273-2100 or pbartoli@whdlaw.com; or (b) accessing the website of the Debtor's noticing agent, Kurtzman Carson Consultants, LLC at www.kccllc.net/archmil.

**YOUR RIGHTS MAY BE AFFECTED**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the request for relief as set forth in the Motions, or you want the Court to consider your views on the Motions, then **on or before November 11, 2011**, you or your attorney must:

Daryl L. Diesing
Bruce G. Arnold
Michael E. Gosman
WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street, Suite 1900
Milwaukee, Wisconsin 53202-4894
Telephone: (414) 273-2100
Facsimile: (414) 223-5000
Email: ddiesing@whdlaw.com

File with the court your objection to the Motions, explaining your position and the reasons for your objection. You may file electronically via the Court's Case Management/Electronic Case Filing system, or mail your objection to:

United States Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202

If you mail your request to the Clerk of Court for filing, you must mail it early enough so that the Clerk's Office will receive it on or before the date stated above. You must also mail or e-mail a copy to:

Daryl L. Diesing
Whyte Hirschboeck Dudek S.C.
555 East Wells Street, Ste. 1900
Milwaukee, WI 53202-3819
ddiesing@whdlaw.com

**PLEASE TAKE FURTHER NOTICE,** if you or your attorney does not take these steps, the Court may decide that you do not oppose the relief sought in the Motions, and enter an order granting the relief that is requested by the the Debtor.

Dated this 28th day of October, 2011.

ARCHDIOCESE OF MILWAUKEE
Debtor and Debtor-in-Possession
by its counsel,
Whyte Hirschboeck Dudek S.C.

By:  /s/ Michael E. Gosman
    Daryl L. Diesing
    State Bar No. 1005793
    Bruce G. Arnold
    State Bar No. 1002833
    Michael E. Gosman
    State Bar No. 1078872

POST OFFICE ADDRESS:
555 East Wells Street, Suite 1900
Milwaukee, WI 53202
Telephone: (414) 273-2100
Facsimile: (414) 223-5000
Email: ddiesing@whdlaw.com
      barnold@whdlaw.com
      mgosman@whdlaw.com