IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARCHDIOCESE OF MILWAUKEE, | ) | Case No. 11-20059-SVK |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO FED. R. BANKR. P. 2014 FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF THE LAW OFFICES OF PAUL A. RICHLER AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

TO: Interested Parties:

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") has filed an application to employ the Law Offices of Paul A. Richler ("Richler") as special insurance counsel to the Committee (the "Application"). A copy of the Application is attached to this Notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

James I. Stang (CA Bar No. 94435)
Kenneth H. Brown (CA Bar No. 100396)
Gillian N. Brown (CA Bar No. 205132)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: jstang@pszjlaw.com
kbrown@pszjlaw.com
gbrown@pszjlaw.com
DOCS_LA:245929.3 05058-003

If you do not want the Court to approve the Application, or if you would like the Court to consider your views on it then, within 14 calendar days of the date of this Notice, you or your attorney must do the following:

1. File with the Court, via electronic filing or at the address below, a written objection to the Application including a request for hearing:

> Clerk, U.S. Bankruptcy Court
> Room 126, Federal Courthouse
> 517 E. Wisconsin Avenue
> Milwaukee, WI 53202

2. If you mail your objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before 14 calendar days after the date of this Notice.

3. You must also mail a copy of your objection to counsel for the Official Committee for Unsecured Creditors:

> James I. Stang, Esq.
> Gillian N. Brown, Esq.
> Pachulski Stang Ziehl & Jones LLP
> 10100 Santa Monica Boulevard
> 13th Floor
> Los Angeles, CA 90067

[remainder of page left intentionally blank]

If you or your attorney do not take the steps detailed above, the Court may decide that you do not oppose the Application and may enter an order approving it without further notice or hearing.

Dated: November 14, 2011

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

By     */s/ James I. Stang*
        James I. Stang (CA Bar No. 94435)
        Kenneth H. Brown (CA Bar No. 100396)
        Gillian N. Brown (CA Bar No. 205132)
        Pachulski Stang Ziehl & Jones LLP
        10100 Santa Monica Blvd., 13th Floor
        Los Angeles, CA 90067
        Telephone: (310) 277-6910
        Facsimile: (310) 201-0760
        E-mail: jstang@pszjlaw.com
               kbrown@pszjlaw.com
               gbrown@pszjlaw.com

-and-

Albert Solochek (State Bar No. 1011075)
Jason R. Pilmaier (State Bar No. 1070638)
Howard, Solochek & Weber, S.C.
324 E. Wisconsin Ave., Suite 1100
Milwaukee, WI 53202
Telephone: (414) 272-0760
Facsimile: (414) 272-7265
E-mail: asolochek@hswmke.com
        jpilmaier@hswmke.com

Attorneys for The Committee of Unsecured Creditors

3

DOCS_LA:245929.3 05058-003

Case 11-20059-svk     Doc 478-4     Filed 11/14/11     Page 3 of 3