THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: November 15, 2011



Honorable Susan V. Kelley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| In re: | Case No. 11-20059-svk |
|---|---|
| **ARCHDIOCESE OF MILWAUKEE,** | Chapter 11 |
| Debtor. | Hon. Susan V. Kelley |

### ORDER APPROVING DEBTOR'S SECOND MOTION FOR ORDER EXTENDING EXCLUSIVE PERIODS

Upon the Second Motion of the Archdiocese of Milwaukee, as debtor and debtor-in-possession (the "Debtor"), for the entry of an order extending exclusivity periods ("Motion"); and it appearing that the relief requested is in the best interest of the Debtor's estate, its creditors, and other parties in interest; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of

Daryl L. Diesing
Bruce G. Arnold
Michael E. Gosman
WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street, Suite 1900
Milwaukee, Wisconsin 53202-4894
Telephone: (414) 273-2100
Facsimile: (414) 223-5000
Email: ddiesing@whdlaw.com

the Motion and the opportunity for a hearing on the Motion was appropriate under the particular circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore;

It is hereby ordered:

1. The Motion is GRANTED as set forth herein.

2. The Debtor's Exclusivity Period is extended through and including June 4, 2012.

3. The Debtor's Exclusive Solicitation Period is extended through and including August 3, 2012.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

#####