THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: November 15, 2011



Honorable Susan V. Kelley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Case No. 11-20059-svk |
| **ARCHDIOCESE OF MILWAUKEE,** | Chapter 11 |
| Debtor. | Hon. Susan V. Kelley |

**ORDER APPROVING DEBTOR'S MOTION FOR A THIRD EXTENSION OF
TIME TO ASSUME OR REJECT AN UNEXPIRED LEASE OF
NONRESIDENTIAL REAL PROPERTY**

Upon the Motion of the Archdiocese of Milwaukee, as debtor and debtor-in-possession (the "Debtor"), for a third extension of time to assume or reject an unexpired lease of nonresidential real property (the "Motion"),[1] the Debtor's triple net lease with De Sales Preparatory Seminary, Inc. of the Archbishop Cousins Catholic Center (the "Lease"); and it appearing that the relief requested is in the best interest of the Debtor's estate, its creditors, and

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion.
Daryl L. Diesing
Bruce G. Arnold
Michael E. Gosman
WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street, Suite 1900
Milwaukee, Wisconsin 53202-4894
Telephone: (414) 273-2100
Facsimile: (414) 223-5000
Email: ddiesing@whdlaw.com

other parties in interest; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion and the opportunity for a hearing on the Motion was appropriate under the particular circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore;

It is hereby ordered:

1. The Motion is granted as set forth herein.

2. The Debtor has to and including January 29, 2012 to assume or reject the Lease.

3. This Order is without prejudice to any proceeding or motion seeking a determination that the property subject to the Lease is property of the Debtor's estate.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

#####