UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

In re:

Archdiocese of Milwaukee                                    Case No. 11-20059-SVK
                                                            Chapter 11

           Debtor in Possession,

---

NOTICE OF MOTION TO INCREASE FEE CAP FOR EMPLOYMENT OF
BERKELEY RESEARCH GROUP, LLC, FINANCIAL ADVISOR FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

---

    TO: Interested Parties

    PLEASE TAKE NOTICE that the the Official Committee of Unsecured Creditors by its attorneys, Pachulski Stang Ziehl & Jones, LLP and Howard, Solochek & Weber, S.C. ("HSW") has filed a Motion to Increase Fee Cap for Employment of Berkeley Research Group, LLC, Financial Advisor for the Official Committee of Unsecured Creditors.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the Court to approve the application, or if you would like the Court to consider your views on it, then within 14 days of the date of this notice, you or your attorney must:

Prepared By:
Albert Solochek
Jason R. Pilmaier
324 E. Wisconsin Avenue, Suite 1100
Milwaukee, WI 53202-2037
(414) 272-0760 - Telephone
(414) 272-7265 - Facsimile
E-mail: alsolochek@hswmke.com
jpilmaier@hswmke.com

1. File with the court a written objection to the motion and a request for a hearing at:

> Clerk, U. S. Bankruptcy Court
> Room 126, Federal Courthouse
> 517 E. Wisconsin Avenue
> Milwaukee, WI 53202

2. If you mail your objection to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

> Albert Solochek, Esq.
> Howard, Solochek & Weber, S.C.
> 324 E. Wisconsin Avenue, #1100
> Milwaukee, WI 53202
>
> James I. Stang (CA Bar No. 94435)
> Kenneth H. Brown (CA Bar No. 100396)
> Gillian N. Brown (CA Bar No. 205132)
> Pachulski Stang Ziehl & Jones LLP
> 10100 Santa Monica Blvd., 13th Floor
> Los Angeles, CA 90067

If you mail your Response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the motion and may enter an order approving it without further notice or hearing.

Dated: November 30, 2011

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

By  */s/*
    James I. Stang (CA Bar No. 94435)
    Kenneth H. Brown (CA Bar No. 100396)
    Gillian N. Brown (CA Bar No. 205132)
    Pachulski Stang Ziehl & Jones LLP
    10100 Santa Monica Blvd., 13th Floor
    Los Angeles, CA  90067
    Telephone:  (310) 277-6910
    Facsimile:   (310) 201-0760
    E-mail:  jstang@pszjlaw.com
             kbrown@pszjlaw.com
             gbrown@pszjlaw.com

    -and-

    Albert Solochek (State Bar No. 1011075)
    Jason R. Pilmaier (State Bar No. 1070638)
    Howard, Solochek & Weber, S.C.
    324 E. Wisconsin Ave., Suite 1100
    Milwaukee, WI  53202
    Telephone:  (414) 272-0760
    Facsimile:  (414) 272-7265
    E-mail:   asolochek@hswmke.com
              jpilmaier@hswmke.com

    Attorneys for the Committee of Unsecured Creditors