# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | ) Case No. 11-20059-SVK |
| | ) |
| ARCHDIOCESE OF MILWAUKEE, | ) Chapter 11 |
| | ) |
| Debtor. | ) Hon. Susan V. Kelley |
| | ) |

## NOTICE OF HEARING REGARDING THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO FED.R.BANKR.P.2014 FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF THE LAW OFFICES OF PAUL A. RICHLER AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

TO: Interested Parties

PLEASE TAKE NOTICE that the Court will hold a hearing to consider the Application of the Official Committee of Unsecured Creditors Pursuant to Fed. R. Bankr. P. 2014 For Entry of an Order Authorizing and Approving the Employment of the Law Offices of Paul A. Richler as Special Insurance Counsel to the Official Committee of Unsecured Creditors previously filed with the Court.

Prepared By:
James I. Stang (CA Bar No. 94435)
Kenneth H. Brown (CA Bar No. 100396)
Pamela Egan Singer (CA Bar No. 224758)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: jstang@pszjlaw.com
 kbrown@pszjlaw.com
 pegan@pszjlaw.com

The hearing will be held on **December 15, 2011 at 1:00PM** before the Honorable Susan V. Kelley in Room 167, United States Bankruptcy Court for the Eastern District of Wisconsin, 517 E. Wisconsin Avenue, Milwaukee, WI 53202.

Dated: November 30, 2011.   PACHULSKI STANG ZIEHL & JONES LLP

By   /s/
James I. Stang (CA Bar No. 94435)
Kenneth H. Brown (CA Bar No. 100396)
Pamela E. Singer (CA Bar No. 224758)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., #1100
Los Angeles, CA 90067
Telephone: (310) 277-6910
E-mail:   jstang@pszjlaw.com
          kbrown@pszjlaw.com
          pegan@pszjlaw.com

-and-

Albert Solochek (State Bar No. 1011075)
Jason R. Pilmaier (State Bar No. 1070638)
Howard, Solochek & Weber, S.C.
324 E. Wisconsin Ave., Suite 1100
Milwaukee, WI 53202
Telephone: (414) 272-0760
Facsimile: (414) 272-7265
E-mail: asolochek@hswmke.com
        jpilmaier@hswmke.com

Attorneys for the Committee of Unsecured Creditors