MONTHLY FINANCIAL REPORT
OFFICE OF THE U.S. TRUSTEE
EASTERN DISTRICT OF WISCONSIN

Case Name: Archdicoese of Milwaukee          Case No.: 11-20059-svk

FOR MONTH OF FEBRUARY, 2012

I. FINANCIAL SUMMARY

### CASH RECEIPTS AND DISBURSEMENTS

| | | | | | |
|---|---|---|---|---|---|
| A. | CASH ON HAND START OF MONTH | | | $ | 7,907,202.04 |
| B. | RECEIPTS | $ | 2,925,484.21 | | |
| C. | TRANSFERS IN | $ | 2,667,272.69 | | |
| D. | FUNDS HELD FOR OTHERS | $ | - | | |
| E. | DISBURSEMENTS | $ | (2,324,079.09) | | |
| F. | TRANSFERS OUT | $ | (2,417,272.69) | | |
| G. | FUNDS HELD FOR OTHERS | $ | 41,770.30 | | |
| H. | NET RECEIPTS (DISBURSEMENTS) | | | $ | 893,175.42 |
| I. | CASH ON HAND END OF MONTH | | | $ | 8,800,377.46 |
| J. | PETTY CASH ON HAND | | | $ | 1,808.38 |
| K. | CEMETERY CASH | | | $ | 108,800.14 |
| | STATEMENT CASH | | | $ | 8,910,985.98 |

### PROFIT AND LOSS STATEMENT ACCRUAL BASIS

| | | | |
|---|---|---|---|
| A. | NET SALES | $ | 2,065,888.82 |
| B. | COST OF SALES | $ | - |
| C. | GROSS PROFIT | $ | 2,065,888.82 |
| D. | TOTAL OPERATING EXPENSES | $ | (1,708,185.52) |
| E. | NET INCOME (LOSS) FROM OPERATIONS | $ | 357,703.30 |
| F. | NON-OPERATING, NON-RECURRING REVENUE (EXPENSES) | $ | (59,868.47) |
| G. | REIMBURSED OPERATIONS | $ | (29,148.98) |
| H. | CEMETERY OPERATIONS, NET | $ | (17,311.80) |
| I. | NET INCOME (LOSS) | $ | 251,374.05 |

Archdiocese of Milwaukee

STATEMENTS OF ACTIVITIES
For the Eight Months Ending February 29, 2012

| | Month | YTD |
|---|---:|---:|
| **CHANCERY** | | |
| **SUPPORT AND REVENUE** | | |
| Contributions | $ 2,022,818.72 | $ 5,920,117.11 |
| Parish assessments | $ (27,513.00) | $ 6,755,594.50 |
| Parish assessments adjustment to budget | | $ - |
| Tuition and fees | $ 37,095.12 | $ 358,022.54 |
| Activities and programs | $ 1,373.71 | $ 22,093.13 |
| Miscellaneous revenues | $ 32,114.27 | $ 448,302.07 |
| Net assets released from restrictions | | $ - |
| Total Support and Revenue | $ 2,065,888.82 | $ 13,504,129.35 |
| | | |
| **CHANCERY OPERATING EXPENSES** | | |
| Payroll and fringe benefits | $ 555,425.83 | $ 4,379,457.37 |
| Maintenance, insurance, utility costs | $ 156,094.19 | $ 762,628.41 |
| Travel and Education | $ 18,040.78 | $ 191,487.76 |
| Supplies and services | $ 61,842.49 | $ 655,488.41 |
| Assessments | $ - | $ 233,586.50 |
| Purchased Services | $ 188,281.82 | $ 1,659,774.92 |
| Professional Services | $ 388,134.53 | $ 2,412,296.07 |
| Charity and donations | $ 269,631.51 | $ 2,157,063.32 |
| Miscellaneous expenses | $ 70,734.37 | $ 635,487.98 |
| Pension related changes other than NPPC | | $ - |
| Total Operating Expenses | $ 1,708,185.52 | $ 13,087,270.74 |
| | | |
| CHANCERY INCOME BEFORE FIXED ASSET, NON-OPERATIONAL GAIN (LOSS), AND EXTRAORDINARY EXPENSE | $ 357,703.30 | $ 416,858.61 |
| | | |
| **FIXED ASSETS** | | |
| Fixed Asset Purchases | $ - | $ - |
| Depreciation Expense | $ (18,985.83) | $ (151,886.64) |
| Impairment of Leasehold Improvements | $ - | $ - |
| Gain(Loss) on sale of property and equipment, net | $ - | $ - |
| Total Fixed Asset Expense (Income) | $ (18,985.83) | $ (151,886.64) |
| | | |
| **NON-OPERATING ACTIVITIES** | | |
| Investment Income | $ 44,969.19 | $ 366,867.56 |
| Net Realized Gains (Losses) | $ 1,321.72 | $ 96,908.07 |
| Net Unrealized Gains (Losses) | $ (45,898.81) | $ 256,161.00 |
| Interest Expense | $ (41,274.74) | $ (206,911.60) |
| Other Non-operating Reveues (Expenses) | | $ - |
| Total non-operating activities | $ (40,882.64) | $ 513,025.03 |
| | | |
| Extraordinary Events, net | | |
| CHANCERY NET GAIN (LOSS) | $ 297,834.83 | $ 777,997.00 |
| REIMBURSED OPERATIONS NET GAIN (LOSS) | $ (29,148.98) | $ (74,557.86) |
| CHANGE IN NET ASSETS BEFORE CUMULATIVE EFFECT AND CEMETERY OPERATIONS | $ 268,685.85 | $ 703,439.14 |
| CUMULATIVE EFFECT OF CHANGE IN ACCOUNTING PRINCIPLE | | |
| CHANCERY CHANGE IN NET ASSETS | $ 268,685.85 | $ 703,439.14 |
| | | |
| **CEMETERY OPERATIONS** | | |
| Cemetery Gain (Loss) | $ (17,311.80) | $ (37,156.87) |
| CEMETERY CHANGE IN NET ASSETS | $ (17,311.80) | $ (37,156.87) |
| TOTAL CHANGE IN NET ASSETS | $ 251,374.05 | $ 666,282.27 |

YTD Numbers Reference Fiscal Year July 1, 2011 - June 30, 2012

III.

## Archdiocese of Milwaukee
## Bank Balances
## February 29, 2012

| Account / Bank | | Beginning Cash Balance | Deposits | Less: Transfers In | Less: Funds Held for Others | Net Receipts | Withdrawals | Less: Transfers Out | Less: Funds Held for Others | Net Disb. | Ending Cash Balance per Books |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Catholic Stewardship Appeal | Chase Bank *7022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Catholic Stewardship Appeal (Donor Restricted) | US Bank *3445 | 4,593,539.38 | 51,912.98 | (1,143.42) | 0.00 | 50,769.56 | (211,838.98) | 0.00 | 0.00 | (211,838.98) | 4,433,613.38 |
| Catholic Stewardship Appeal (Donor Restricted) | US Bank *3254 | 17,515.84 | 1,716,644.65 | 0.00 | 0.00 | 1,716,644.65 | (3,068.16) | 1,143.42 | 0.00 | (1,924.74) | 1,731,092.33 |
| Payroll (*Special Account*) | US Bank *6925 | 446,711.22 | 645,635.07 | (645,635.07) | 0.00 | 0.00 | (645,635.07) | 0.00 | 0.00 | (645,635.07) | 446,711.22 |
| Archdiocese of Milwaukee (general) | Park Bank *3465 | 1,593,739.77 | 962,563.69 | 0.00 | 0.00 | 962,563.69 | (1,769,705.94) | 1,750,000.00 | 0.00 | (19,706.94) | 786,596.52 |
| Fixed Income Investment Account (ckg) | Chase Bank *7391 | 89,477.55 | 293,870.00 | (250,000.00) | 0.00 | 43,870.00 | (311,180.19) | 0.00 | (41,770.30) | (352,950.49) | 72,167.36 |
| Archdiocese of Milwaukee (general ckg) | Johnson Bank *8246 | 420,154.59 | 1,783,570.46 | (1,770,000.00) | 0.00 | 13,570.46 | (1,752,229.07) | 666,129.27 | 0.00 | (1,086,099.80) | 451,495.98 |
| Archdiocese of Milwaukee-Household Acct. | US Bank *2731 | 1,505.80 | 494.20 | (494.20) | 0.00 | 0.00 | (531.96) | 0.00 | 0.00 | (531.96) | 1,468.04 |
| Maritime Ministry | M&I Bank *7032 | 3,924.68 | 0.16 | 0.00 | 0.00 | 0.16 | 0.00 | 0.00 | 0.00 | 0.00 | 3,924.84 |
| Newman Center | Associated Bank *2104 | 12,013.06 | 510.00 | 0.00 | 0.00 | 510.00 | (5,391.11) | 0.00 | 0.00 | (5,391.11) | 7,131.95 |
| Archdiocese of Milwaukee (Donor Restricted B1) | US Bank *2413 | 212,524.45 | 7.02 | 0.00 | 0.00 | 7.02 | 0.00 | 0.00 | 0.00 | 0.00 | 212,531.47 |
| Archdiocese of Milwaukee (Donor Restricted B2) | US Bank *2421 | 212,524.60 | 7.02 | 0.00 | 0.00 | 7.02 | 0.00 | 0.00 | 0.00 | 0.00 | 212,531.62 |
| Archdiocese of Milwaukee (Donor Restricted G1) | Town Bank *2396 | 53,540.67 | 29.78 | 0.00 | 0.00 | 29.78 | 0.00 | 0.00 | 0.00 | 0.00 | 53,570.45 |
| Archdiocese of Milwaukee (Donor Restricted R1) | US Bank *2629 | 250,030.43 | 137,511.87 | 0.00 | 0.00 | 137,511.87 | 0.00 | 0.00 | 0.00 | 0.00 | 387,542.30 |
| | | 7,907,202.04 | 5,592,756.90 | (2,667,272.69) | 0.00 | 2,925,484.21 | (4,699,581.48) | 2,417,272.69 | (41,770.30) | (2,324,079.09) | 8,800,377.46 |

**Short-Term Investments:**

| Account / Bank | | Beginning Cash Balance | Deposits | Less: Transfers In | Less: Funds Held for Others | Net Receipts | Withdrawals | Less: Transfers Out | Less: Funds Held for Others | Net Disb. | Ending Cash Balance per Books |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Archdiocese of Milwaukee (money market) | Johnson Bank *8394 | 240,931.42 | 57.43 | 0.00 | 0.00 | 57.43 | (15.00) | 0.00 | 0.00 | (15.00) | 240,973.85 |
| Fixed Income Investment Account (mm) | Chase Bank *9056 | 1,160,751.73 | 171.37 | 0.00 | 0.00 | 171.37 | (250,000.00) | 250,000.00 | 0.00 | 0.00 | 910,923.10 |
| | | 1,401,683.15 | 228.80 | 0.00 | 0.00 | 228.80 | (250,015.00) | 250,000.00 | 0.00 | (15.00) | 1,151,896.95 |

## Archdiocese of Milwaukee
## Bank Accounts Used by Cemetery Operations
### February 29, 2012

| | Beginning Cash Balance | Receipts | Transfers to Archdiocese | Transfers to Other Cemetery Accounts | Fees | Ending Balance |
|---|---|---|---|---|---|---|
| **Cemeteries** | | | | | | |
| Park Bank *9575 | $73,670.15 | $77,783.32 | ($65,880.15) | ($26,151.84) | ($1,757.89) | $57,663.59 |
| Park Bank *6257 | $0.00 | $121,887.14 | ($111,302.14) | | | $10,585.00 |
| Park Bank *6273 | $2,660.98 | $130,760.55 | ($92,869.98) | | | $40,551.55 |
| | $76,331.13 | $330,431.01 | ($270,052.27) | ($26,151.84) | ($1,757.89) | $108,800.14 |

# Archdiocese of Milwaukee
## Cash Receipts
## February 2012

| Receipt Category | Amount |
|---|---|
| Contributions | $ 2,006,680.09 |
| Assessments | $ - |
| Tuition and Fees | $ 34,368.83 |
| Cemetery Cash Receipts / Transfers | $ 259,519.67 |
| Investment Income | $ 55.85 |
| Realized Gains | $ - |
| Gains on Sales of Fixed Assets | $ - |
| Miscellaneous Revenues | $ 16,738.61 |
| Clearing | $ 13,844.09 |
| A/R & N/R Payments | $ 594,277.07 |
| **Total Receipts** | **$ 2,925,484.21** |

Notes:
| | |
|---|---|
| Funds Transferred in from other Archdiocesan Accts. | $ 2,667,272.69 |
| Funds Held for Others | $ - |

# Archdiocese of Milwaukee
## Cash Disbursements
## February 2012

| Disbursements Category | Amount |
|---|---:|
| Salary and Wages | $ 453,379.21 |
| Payroll Taxes | $ 158,420.30 |
| Employee Benefits | $ 218,496.54 |
| Employee Withholdings | $ 36,495.68 |
| Facility and Operating | $ 281,777.48 |
| Travel and Education | $ 16,882.79 |
| Supplies | $ 113,651.32 |
| Assessments | $ 200.00 |
| Purchased Services | $ 170,679.82 |
| Legal/Professional | $ 441,709.47 |
| Grants | $ 269,927.51 |
| Interest and Bank Fees | $ 19,851.08 |
| Other | $ 78,321.96 |
| Reimbursed Expense | $ 48,720.74 |
| Clearing | $ 15,565.19 |
| Fee Assistance | $ - |
| **Total Disbursements** | **$ 2,324,079.09** |

Notes:

| | |
|---|---:|
| Funds Transferred to other Archdiocesan Accts. | $ 2,417,272.69 |
| Funds Held for Others | $ (41,770.30) |

Archdiocese of Milwaukee
STATEMENT OF FINANCIAL POSITION

February 29, 2012

|  | 2/29/2012 |
|---|---|
| **ASSETS** | |
| **CURRENT ASSETS** | |
| Cash and cash equivalents | $ 8,910,985.98 |
| Short-term investments | $ 3,460,793.81 |
| Receivables, net | $ 5,548,860.33 |
| Other assets | $ 1,321,044.63 |
| Total Current Assets | 19,241,684.75 |
| Ground burial and mausoleum crypt sites | $ 5,608,979.04 |
| Property and equipment, net | $ 5,032,642.52 |
| **INVESTMENTS AND OTHER ASSETS** | |
| Long-term investments | $ 11,137,802.96 |
| Cemeteries Pre-Need Trust Fund Account | $ 3,712,928.70 |
| Charitable gift annuities investments | $ 674,544.17 |
| Other assets | $ 1,089,255.54 |
| Total Investments and Other Assets | 16,614,531.37 |
| **TOTAL ASSETS** | 46,497,837.68 |
| Note: Invested funds held for others totaled | $ 2,788,330.79 |
| **LIABILITIES AND NET ASSETS** | |
| **CURRENT LIABILITIES** | |
| Current maturities of charitable gift annuities | $ 84,328.16 |
| Accounts payable | $ 419,153.59 |
| Accrued Expenses | $ 546,391.17 |
| Chapter 11 Expenses | $ 985,075.81 |
| Contributions payable | $ 2,557,224.00 |
| Total Current Liabilities | 4,592,172.73 |
| Charitable gift annuities | $ 457,088.84 |
| Deferred revenue | $ 3,712,928.70 |
| **PRE-PETITION DEBT** | |
| Note payable | $ 4,649,912.50 |
| Pre-Chapter 11 payables | $ 1,238,898.88 |
| Contractual contributions payable | $ 2,850,554.00 |
| Accrued post-retirement and pension benefits | $ 15,124,294.00 |
| Total Pre-Petition Debt | 23,863,659.38 |
| Total Liabilities | 32,625,849.65 |
| **NET ASSETS** | |
| Unclassified current year operations | $ 666,282.27 |
| Unrestricted | |
| Undesignated operating (deficit) | $ (4,392,883.84) |
| Designated | $ 5,961,166.27 |
| Total unrestricted | 1,568,282.43 |
| Temporarily restricted | $ 7,921,057.28 |
| Permanently restricted | $ 3,716,366.05 |
| Total Net Assets | 13,871,988.03 |
| TOTAL LIABILITIES AND NET ASSETS | 46,497,837.68 |
| Note: Invested funds held for others totaled | $ 2,788,330.79 |

ARCHDIOCESE OF MILWAUKEE
V. SUPPORTING SCHEDULES
February 29, 2012

1. <u>OTHER MONIES ON HAND</u> (Specify type, location, and amount; i.e. petty cash, certificates of deposit, etc.)

| Type | Location | Amount |
|---|---|---|
| Petty Cash | | $1,808.38 |

2. <u>AGING OF ACCOUNTS PAYABLE & ACCOUNTS RECEIVABLE</u> (exclude pre-petition accounts payable):

|  |  | Accts Payable | Accts Receivable |
|---|---|---|---|
| Current | Under 30 Days | $419,153.59 | |
| Overdue | 31-60 Days | | |
| Overdue | 61-90 Days | | |
| Overdue | 91-120 Days | | |
| Overdue | Over 121 Days | | |
| Current | Under 1 Year | | $4,130,673.16 |
| Overdue | Over 1 Year | | ($23,931.05) * |
| | Total | $419,153.59 | $4,106,742.11 |
| | | | |
| Cemeteries | | | $1,442,118.22 ** |

Itemize all post-petition payables over 30 days old on a separate schedule.
* Reserve for uncollectable accounts is reviewed and adjusted at fiscal year-end.
** Cemeteries A/R System is not currently aged

3. <u>ACCRUED PROFESSIONAL FEES (POST PETITION)</u>

| Name/Profession | Amount Due |
|---|---|
| Whyte Hirschboeck Dudek - legal | $ 762,456.96 |
| Buelow Vetter - legal | $ 2,776.00 |
| O'Neil Cannon Hollman DeJong & Laing - legal | $ 3,224.50 |
| Quarles & Brady - legal | $ 91,935.15 |
| Baker Tilly - audit | $ 5,000.00 |
| Pachulski Stang, Ziehl & Jones | $ 49,267.10 |
| Howard, Solochek & Weber | $ - |
| Berkeley Research Group | $ 65,736.10 |
| Paul A. Richler | $ 4,680.00 |

4. <u>STATUS OF PAYMENTS TO SECURED CREDITORS & LESSORS</u>

| Name of Creditor/Lessor | Frequency of Regular Payments | Amount of Regular Payment | Date of Last Payment | Amount of Payments Delinquent |
|---|---|---|---|---|
| Park Bank | Monthly | $19,665.25 | 2/29/2012 | $0.00 |
| Ricoh Americas Corporation | Monthly | $635.11 | 2/24/2012 | $0.00 |
| Ricoh Americas Corporation | Monthly | $1,248.28 | 2/24/2012 | $0.00 |
| Ricoh Americas Corporation | Monthly | $122.94 | 2/10/2012 | $0.00 |
| Ricoh Americas Corporation | intermittent | usage based | 2/9/2012 | $0.00 |
| Time Warner Cable | Monthly | $804.00 | 2/12/2012 | $0.00 |
| Pitney Bowes Global Fin. Serv. LLC | Quarterly | $1,182.11 | 1/13/2012 | $0.00 |
| Pitney Bowes Global Fin. Serv. LLC | Quarterly | $690.00 | 1/3/2012 | $0.00 |

## Archdiocese of Milwaukee
## Tax Liability Schedule
## February 29, 2012

| Description | Date Paid | Amount Paid | Amount Accrued | Amount Overdue |
|---|---|---|---|---|
| FICA Withholdings | Feb | 30,173.09 | | |
| Employer FICA | Feb | 40,853.96 | | |
| Federal Employee Withholding | Feb | 63,202.96 | | |
| Federal Unemployment Taxes | n/a | | | |
| Federal Income Taxes | n/a | | | |
| State Income Taxes | n/a | | | |
| State Unemployment Taxes | n/a | | | |
| State Employee Withholding | Feb | 32,139.63 | | |
| State Sales and Use Tax | Feb | | 77.01 | |
| Real Estate Taxes | n/a | | | |
| Personal Property Taxes | n/a | | | |
| Other Taxes (Specify) | n/a | | | |
| Total | | 166,369.64 | 77.01 | - |

## VII. DECLARATION

I, _John Marek_, declare under penalty of perjury that the information contained in this Financial Report is true and complete to the best of my knowledge.

_John Marek   CFO_
Print Name & Capacity of Person
signing this Declaration

Date: _15 March 2012_

_John Marek_
Signature

Name, Title & Telephone No. of Preparer:

_John Marek_

_CFO_

_414.769.3300_

9
Case 11-20059-svk    Doc 677    Filed 03/15/12    Page 10 of 10