MONTHLY FINANCIAL REPORT
OFFICE OF THE U.S. TRUSTEE
EASTERN DISTRICT OF WISCONSIN

Case Name: Archdiocese of Milwaukee       Case No.: 11-20059-svk

FOR MONTH OF SEPTEMBER, 2013

I. FINANCIAL SUMMARY

### CASH RECEIPTS AND DISBURSEMENTS

| | | | | |
|---|---|---|---:|---:|
| A. | CASH ON HAND START OF MONTH | | | $ 8,343,876.64 |
| B. | RECEIPTS | $ | 2,095,063.46 | |
| C. | TRANSFERS IN | $ | 2,500,065.29 | |
| D. | FUNDS HELD FOR OTHERS | $ | 92,756.43 | |
| E. | DISBURSEMENTS | $ | (1,882,083.49) | |
| F. | TRANSFERS OUT | $ | (2,400,065.29) | |
| G. | FUNDS HELD FOR OTHERS | $ | (18,956.84) | |
| H. | NET RECEIPTS (DISBURSEMENTS) | | | $ 386,779.56 |
| I. | CASH ON HAND END OF MONTH | | | $ 8,730,656.20 |
| J. | PETTY CASH ON HAND | | | $ 1,793.77 |
| K. | CEMETERY CASH | | | $ 219,128.44 |
| | STATEMENT CASH | | | $ 8,951,578.41 |

### PROFIT AND LOSS STATEMENT ACCRUAL BASIS

| | | | |
|---|---|---:|---:|
| A. | NET SALES | $ | 666,641.63 |
| B. | COST OF SALES | $ | - |
| C. | GROSS PROFIT | $ | 666,641.63 |
| D. | TOTAL OPERATING EXPENSES | $ | (1,724,039.46) |
| E. | NET INCOME (LOSS) FROM OPERATIONS | $ | (1,057,397.83) |
| F. | NON-OPERATING, NON-RECURRING REVENUE (EXPENSES) | $ | 30,700.57 |
| G. | REIMBURSED OPERATIONS | $ | (26,023.42) |
| H. | CEMETERY OPERATIONS, NET | $ | 8,946.10 |
| I. | NET INCOME (LOSS) | $ | (1,043,774.58) |

Archdiocese of Milwaukee

STATEMENTS OF ACTIVITIES
For the Three Months Ending September 30, 2013

|  | Month | YTD |
|---|---:|---:|
| **CHANCERY** | | |
| **SUPPORT AND REVENUE** | | |
| Contributions | $ 500,307.17 | $ 1,818,422.40 |
| Parish assessments | $ - | $ - |
| Tuition and fees | $ 66,963.28 | $ 165,389.20 |
| Activities and programs | $ 3,102.88 | $ 5,646.78 |
| Miscellaneous revenues | $ 96,268.30 | $ 179,933.94 |
| Total Support and Revenue | $ 666,641.63 | $ 2,169,392.32 |
| | | |
| **CHANCERY OPERATING EXPENSES** | | |
| Payroll and fringe benefits | $ 605,239.89 | $ 1,833,478.20 |
| Maintenance, insurance, utility costs | $ 130,746.28 | $ 205,828.96 |
| Travel and Education | $ 38,915.46 | $ 60,118.37 |
| Supplies and services | $ 82,407.40 | $ 253,473.97 |
| Assessments | $ 90,586.75 | $ 168,587.67 |
| Purchased Services | $ 184,900.40 | $ 534,484.44 |
| Professional Services | $ 227,249.85 | $ 673,752.39 |
| Charity and donations | $ 264,048.58 | $ 566,763.32 |
| Miscellaneous expenses | $ 99,944.85 | $ 238,507.29 |
| Pension related changes other than NPPC | $ - | $ - |
| Total Operating Expenses | $ 1,724,039.46 | $ 4,534,994.61 |
| | | |
| CHANCERY INCOME BEFORE FIXED ASSET, NON-OPERATIONAL GAIN (LOSS), AND EXTRAORDINARY EXPENSE | $ (1,057,397.83) | $ (2,365,602.29) |
| | | |
| **FIXED ASSETS** | | |
| Fixed Asset Purchases | $ - | $ - |
| Depreciation Expense | $ (13,208.11) | $ (39,624.33) |
| Impairment of Leasehold Improvements | $ - | $ - |
| Gain(Loss) on sale of property and equipment,net | $ - | $ - |
| Total Fixed Asset Expense (Income) | $ (13,208.11) | $ (39,624.33) |
| | | |
| **NON-OPERATING ACTIVITIES** | | |
| Investment Income | $ 30,485.51 | $ 91,208.26 |
| Net Realized Gains (Losses) | $ 1,672.47 | $ (8,498.92) |
| Net Unrealized Gains (Losses) | $ 39,328.36 | $ (38,579.57) |
| Interest Expense | $ (27,577.66) | $ (69,662.87) |
| Other Non-operating Reveues (Expenses) | $ - | $ - |
| Total non-operating activities | $ 43,908.68 | $ (25,533.10) |
| | | |
| Extraordinary Events, net | $ - | $ - |
| CHANCERY NET GAIN (LOSS) | $ (1,026,697.26) | $ (2,430,759.72) |
| REIMBURSED OPERATIONS NET GAIN (LOSS) | $ (26,023.42) | $ (60,678.66) |
| CHANGE IN NET ASSETS BEFORE CUMULATIVE EFFECT AND CEMETERY OPERATIONS | $ (1,052,720.68) | $ (2,491,438.38) |
| CUMULATIVE EFFECT OF CHANGE IN ACCOUNTING PRINCIPLE | | |
| CHANCERY CHANGE IN NET ASSETS | $ (1,052,720.68) | $ (2,491,438.38) |
| | | |
| **CEMETERY OPERATIONS** | | |
| Cemetery Gain (Loss) | $ 8,946.10 | $ (405,465.65) |
| CEMETERY CHANGE IN NET ASSETS | $ 8,946.10 | $ (405,465.65) |
| TOTAL CHANGE IN NET ASSETS | $ (1,043,774.58) | $ (2,896,904.03) |

YTD Numbers Reference Fiscal Year July 1, 2013 - June 30, 2014

III.

Archdiocese of Milwaukee
Bank Balances
September 30, 2013

| Account / Bank | | Beginning Cash Balance | Deposits | Less: Transfers In | Less: Funds Held for Others | Net Receipts | Withdrawals | Less: Transfers Out | Less: Funds Held for Others | Net Disb. | Ending Cash Balance per Books |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Catholic Stewardship Appeal(Donor Restricted) | US Bank *9491 | 5,335,528.84 | 362,796.29 | 0.00 | 0.00 | 362,796.29 | (414,143.91) | 200,000.00 | 0.00 | (214,143.91) | 5,284,181.22 |
| Catholic Stewardship Appeal(Donor Restricted) | US Bank *1679 | 6,980.80 | 0.00 | 0.00 | 0.00 | 0.00 | (4.65) | 0.00 | 0.00 | (4.65) | 6,976.15 |
| Payroll (*Special Account*) | US Bank *6925 | 441,403.10 | 699,943.70 | (699,943.70) | 0.00 | 0.00 | (699,943.70) | 0.00 | 0.00 | (699,943.70) | 441,403.10 |
| Archdiocese of Milwaukee (general) | Park Bank *3465 | 1,009,665.12 | 1,441,198.37 | (200,000.00) | 0.00 | 1,241,198.37 | (1,518,874.54) | 1,500,000.00 | 0.00 | (18,874.54) | 931,988.95 |
| Fixed Income Investment Account (ckg) | Chase Bank *7391 | 283,845.04 | (14,967.92) | 0.00 | (46,924.00) | (61,891.92) | (34,906.10) | 0.00 | 18,956.84 | (15,949.26) | 233,971.02 |
| Archdiocese of Milwaukee (general ckg) | Johnson Bank *8246 | 693,477.72 | 2,151,966.35 | (1,600,000.00) | 0.00 | 551,966.35 | (1,629,278.15) | 700,017.29 | 0.00 | (929,260.86) | 1,216,165.92 |
| Archdiocese of Milwaukee-Household Acct. | US Bank *2731 | 1,926.41 | 73.59 | (73.59) | 0.00 | 0.00 | (303.33) | 0.00 | 0.00 | (303.33) | 1,696.67 |
| Newman Center | Associated Bank *2104 | 224.30 | 0.00 | 0.00 | 0.00 | 0.00 | (48.00) | 48.00 | 0.00 | 0.00 | 176.30 |
| Newman Center | US Bank *7297 | 4,763.66 | 1,009.58 | (48.00) | 0.00 | 961.58 | (3,603.24) | 0.00 | 0.00 | (3,603.24) | 2,170.00 |
| Archdiocese of Milwaukee (Donor Restricted G1) | Town Bank *2396 | 53,982.34 | 17.75 | 0.00 | 0.00 | 17.75 | 0.00 | 0.00 | 0.00 | 0.00 | 54,000.09 |
| Archdiocese of Milwaukee (Donor Restricted R1) | US Bank *2629 | 410,135.12 | 13.48 | 0.00 | 0.00 | 13.48 | 0.00 | 0.00 | 0.00 | 0.00 | 410,148.60 |
| Archdiocese of Milwaukee S Restricted | Chase Bank *2906 | 6,874.59 | 45,832.43 | 0.00 | (45,832.43) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52,707.02 |
| Archdiocese of Milwaukee (Restricted SD) | US Bank *2420 | 95,069.60 | 1.56 | 0.00 | 0.00 | 1.56 | 0.00 | 0.00 | 0.00 | 0.00 | 95,071.16 |
| | | 8,343,876.64 | 4,687,885.18 | (2,500,065.29) | (92,756.43) | 2,095,063.46 | (4,301,105.62) | 2,400,065.29 | 18,956.84 | (1,882,083.49) | 8,730,656.20 |

Short-Term Investments:

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Archdiocese of Milwaukee (money market) | Johnson Bank *8394 | 241,623.37 | 39.72 | 0.00 | 0.00 | 39.72 | (15.00) | 0.00 | 0.00 | (15.00) | 241,648.09 |
| | | 241,623.37 | 39.72 | 0.00 | 0.00 | 39.72 | (15.00) | 0.00 | 0.00 | (15.00) | 241,648.09 |

Archdiocese of Milwaukee
Bank Accounts Used by Cemetery Operations
September 30, 2013

| | Beginning Cash Balance | Receipts | Transfers to Archdiocese | Transfers to Other Cemetery Accounts | Fees | Ending Balance |
|---|---|---|---|---|---|---|
| Cemeteries | | | | | | |
| Park Bank *9575 | $197,877.06 | $108,502.50 | ($51,037.89) | ($59,335.00) | ($2,365.16) | $193,641.51 |
| Park Bank *6257 | $47,382.50 | $96,367.39 | ($123,282.39) | | | $20,467.50 |
| Park Bank *6273 | $99,346.68 | $109,474.08 | ($203,801.33) | | | $5,019.43 |
| | $344,606.24 | $314,343.97 | ($378,121.61) | ($59,335.00) | ($2,365.16) | $219,128.44 |

Archdiocese of Milwaukee
Cash Receipts
September 2013

| Receipt Category | Amount |
|---|---|
| Contributions | $ 473,901.17 |
| Assessments | $ - |
| Tuition and Fees | $ 91,008.16 |
| Cemetery Cash Receipts / Transfers | $ 376,911.61 |
| Investment Income | $ 32.79 |
| Realized Gains | $ - |
| Gains on Sales of Fixed Assets | $ - |
| Miscellaneous Revenues | $ 559,124.48 |
| Clearing | $ 9,381.75 |
| A/R & N/R Payments | $ 584,703.50 |
| **Total Receipts** | **$ 2,095,063.46** |

Notes:

| | |
|---|---|
| Funds Transferred in from other Archdiocesan Accts. | $ 2,500,065.29 |
| Received for Custodial Funds Held for Others | $ 92,756.43 |

# Archdiocese of Milwaukee
## Cash Disbursements
### September 2013

| Disbursements Category | Amount |
|---|---:|
| Salary and Wages | $ 489,320.47 |
| Payroll Taxes | $ 188,051.88 |
| Employee Benefits | $ 225,527.29 |
| Employee Withholdings | $ 41,271.68 |
| Facility and Operating | $ 110,932.03 |
| Travel and Education | $ 80,341.47 |
| Supplies | $ 77,076.08 |
| Assessments | $ 42,849.25 |
| Purchased Services | $ 171,939.04 |
| Legal/Professional | $ - |
| Grants | $ 256,248.58 |
| Interest and Bank Fees | $ 20,572.97 |
| Other | $ 97,966.20 |
| Reimbursed Expense | $ 70,172.06 |
| Clearing | $ 9,814.49 |
| Fee Assistance | $ - |
| **Total Disbursements** | **$ 1,882,083.49** |

Notes:

| | |
|---|---:|
| Funds Transferred to other Archdiocesan Accts. | $ 2,400,065.29 |
| Disbursed from Custodial Funds Held for Others | $ 18,956.84 |

Archdiocese of Milwaukee
STATEMENT OF FINANCIAL POSITION

September 30, 2013

|  | 9/30/2013 |
|---|---|
| **ASSETS** | |
| **CURRENT ASSETS** | |
| Cash and cash equivalents | $ 8,951,578.41 |
| Short-term investments | $ 1,829,821.10 |
| Receivables, net | $ 2,661,265.11 |
| Other assets | $ 1,160,263.42 |
| Total Current Assets | 14,602,928.04 |
| Ground burial and mausoleum crypt sites | $ 5,950,057.68 |
| Property and equipment, net | $ 4,270,248.95 |
| **INVESTMENTS AND OTHER ASSETS** | |
| Long-term investments | $ 10,086,864.67 |
| Cemeteries Pre-Need Trust Fund Account | $ 3,651,175.83 |
| Charitable gift annuities investments | $ 578,622.56 |
| Other assets | $ 1,037,990.63 |
| Total Investments and Other Assets | 15,354,653.69 |
| TOTAL ASSETS | 40,177,888.36 |
| Note: Custodial Investments held for Others | $ 2,645,771.95 |
| **LIABILITIES AND NET ASSETS** | |
| **CURRENT LIABILITIES** | |
| Current maturities of charitable gift annuities | $ 74,750.00 |
| Accounts payable | $ 488,851.38 |
| Accrued Expenses | $ 613,015.82 |
| Chapter 11 Expenses | $ 3,219,474.49 |
| Contributions payable | $ 2,401,429.96 |
| Total Current Liabilities | 6,797,521.65 |
| Charitable gift annuities | $ 389,660.00 |
| Deferred revenue | $ 3,651,175.83 |
| **PRE-PETITION DEBT** | |
| Note payable | $ 4,649,912.50 |
| Pre-Chapter 11 payables | $ 582,639.30 |
| Contractual contributions payable | $ 3,378,536.59 |
| Accrued post-retirement and pension benefits | $ 16,940,543.00 |
| Total Pre-Petition Debt | 25,551,631.39 |
| Total Liabilities | 36,389,988.87 |
| **NET ASSETS** | |
| Unclassified current year operations | $ (2,896,904.03) |
| Unclassified prior year operations | $ - |
| Unrestricted | |
| Undesignated operating (deficit) | $ (10,596,898.01) |
| Designated | $ 4,559,567.19 |
| Total unrestricted | (8,934,234.85) |
| Temporarily restricted | $ 9,005,768.29 |
| Permanently restricted | $ 3,716,366.05 |
| Total Net Assets | 3,787,899.49 |
| TOTAL LIABILITIES AND NET ASSETS | 40,177,888.36 |
| Note: Custodial Investments held for Others | $ 2,645,771.95 |

ARCHDIOCESE OF MILWAUKEE
V. SUPPORTING SCHEDULES
September 30, 2013

1. <u>OTHER MONIES ON HAND</u> (Specify type, location, and amount; i.e. petty cash, certificates of deposit, etc.)

| Type | Location | Amount |
|---|---|---|
| Petty Cash | | $1,793.77 |

2. <u>AGING OF ACCOUNTS PAYABLE & ACCOUNTS RECEIVABLE</u> (exclude pre-petition accounts payable):

| | | Accts Payable | Accts Receivable |
|---|---|---|---|
| Current | Under 30 Days | $488,851.38 | |
| Overdue | 31-60 Days | | |
| Overdue | 61-90 Days | | |
| Overdue | 91-120 Days | | |
| Overdue | Over 121 Days | | |
| Current | Under 1 Year | | $1,013,228.39 |
| Overdue | Over 1 Year | | $0.00 * |
| | Total | $488,851.38 | $1,013,228.39 |
| Cemeteries | | | $1,648,036.72 ** |

Itemize all post-petition payables over 30 days old on a separate schedule.
* Reserve for uncollectable accounts is reviewed and adjusted at fiscal year-end.
** Cemeteries A/R System is not currently aged

3. <u>ACCRUED PROFESSIONAL FEES (POST PETITION)</u>

| Name/Profession | Amount Due |
|---|---|
| Whyte Hirschboeck Dudek - legal | $ 1,391,323.87 |
| Buelow Vetter - legal | $ 17,444.00 |
| O'Neil Cannon Hollman DeJong & Laing - legal | $ 25,735.50 |
| Quarles & Brady - legal | $ 189,854.91 |
| Baker Tilly - audit | $ 50,730.84 |
| Pachulski Stang, Ziehl & Jones | $ 1,264,206.70 |
| Howard, Solochek & Weber | $ 103,528.58 |
| Berkeley Research Group | $ 65,053.90 |
| Marci Hamilton | $ 32,996.63 |
| Paul A. Richler | $ 53,599.56 |
| Leverson & Metz | $ 25,000.00 |

4. <u>STATUS OF PAYMENTS TO SECURED CREDITORS & LESSORS</u>

| Name of Creditor/Lessor | Frequency of Regular Payments | Amount of Regular Payment | Date of Last Payment | Amount of Payments Delinquent |
|---|---|---|---|---|
| Park Bank | Monthly | $20,343.37 | 9/30/2013 | $0.00 |
| Office Copying Equipment | Monthly | $1,175.67 | 9/6/2013 | $0.00 |
| Time Warner Cable | Monthly | $804.00 | 9/20/2013 | $0.00 |
| Pitney Bowes Global Fin. Serv. LLC | Quarterly | $1,162.11 | 9/27/2013 | $0.00 |
| Pitney Bowes Global Fin. Serv. LLC | Quarterly | $690.00 | 9/27/2013 | $0.00 |

## Archdiocese of Milwaukee
## Tax Liability Schedule
## September 30, 2013

| Description | Date Paid | Amount Paid | Amount Accrued | Amount Overdue |
|---|---|---|---|---|
| FICA Withholdings | Sep | 47,308.01 | | |
| Employer FICA | Sep | 47,308.01 | | |
| Federal Employee Withholding | Sep | 66,101.54 | | |
| Federal Unemployment Taxes | n/a | | | |
| Federal Income Taxes | n/a | | | |
| State Income Taxes | n/a | | | |
| State Unemployment Taxes | n/a | | | |
| State Employee Withholding | Sep | 35,365.50 | | |
| State Sales and Use Tax | Sep | | 0.00 | |
| Real Estate Taxes | | | | |
| Other Taxes (990-T) | | | - | |
| Total | | 196,083.06 | - | - |

## VII. DECLARATION

I, _John Marek_, declare under penalty of perjury that the information contained in this Financial Report is true and complete to the best of my knowledge.

_John Marek CFO_
Print Name & Capacity of Person
signing this Declaration

Date: _15. X. 13_

_[signature: John Marek]_
Signature

Name, Title & Telephone No. of Preparer:

_John Marek_
_CFO_
_4147693300_