IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARCHDIOCESE OF MILWAUKEE, | ) | Case No. 11-20059-SVK |
| | ) | |
| Debtor. | ) | |

**EIGHTH INTERIM QUARTERLY FEE APPLICATION OF THE LAW OFFICES OF PAUL A. RICHLER, SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM COMPENSATION**

By this eighth interim fee application (the "Application"), the Law Offices of Paul A. Richler ("Richler"), special insurance counsel for the Official Committee of Unsecured Creditors (the "Committee"), respectfully requests issuance of an order pursuant to 11 U.S.C. §330, Federal Rule of Bankruptcy Procedure 2016, Local Rule 2016 of the United States Bankruptcy Court for the Eastern District of Wisconsin, the Court's *Order Granting Debtor's Motion to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Compensation

James I. Stang (CA Bar No. 94435)
Kenneth H. Brown (CA Bar No. 100396)
Gillian N. Brown (CA Bar No. 205132)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: jstang@pszjlaw.com
        kbrown@pszjlaw.com
        gbrown@pszjlaw.com

1

DOCS_LA:272224.3 05058/003

Order") [Docket No. 158], and the Court's *Order Granting Modification of Debtor's Motion to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "<u>Amended Compensation Order</u>") [Docket No. 1784] for approval of all fees Richler incurred during the period April 1, 2013 through May 31, 2013 (the "<u>Compensation Period</u>") totaling **$8,880.00 in fees and $0 in expenses** (of which the Court has previously approved the payment of $5,232.00 [Docket No. 2407], s*ee* ¶8, below); and authorizing the Debtor to pay Richler **$3,648.00**, which constitutes 100% of his April fees ($2,340.00) and the 20% held back from his May fees ($1,308.00).

1. On January 4, 2011, the Archdiocese of Milwaukee (the "<u>Debtor</u>") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §101 et seq.

2. On or about January 24, 2011, the United States Trustee appointed the Committee to represent the Debtor's unsecured creditors.

3. On November 14, 2011, the Committee filed an application with this Court for authorization to employ Richler as special insurance counsel for the Committee [Docket No. 478]. On December 20, 2011, this Court entered an order authorizing the Committee to employ Richler as special insurance counsel for the Committee [Docket No. 513].

4. On or about November 13, 2012, the Debtor filed its *Complaint for Declaratory Relief* seeking declaratory relief regarding the coverage provided by its insurance policies. (Adv. No. 12-02835-SVK) (the "Insurance Litigation"). By the Insurance Litigation, the Debtor seeks a declaration clarifying the scope of coverage in the Debtor's policies, interpreting policy language, and determining insurers' financial responsibility.

5. On May 3, 2013, the Court filed the *Order Approving Stipulation Regarding Fee Cap for the Official Committee of Unsecured Creditors Professionals in Coverage Litigation Against Various Underwriters at Lloyd's, London and Stonewall Insurance Company* (the "Insurance Fee Cap Order"). The Insurance Fee Cap Order provides for a $200,000 fee cap, exclusive of costs or disbursements, for all legal work the Committee's professionals rendered on or after October 5, 2012 with regard to the Insurance Litigation. During the Compensation Period, Richler billed $8,880.00 (of which the Court has previously approved the payment of $5,232.00), in fees that fall under the Insurance Fee Cap Order.

6. Pursuant to the Compensation Order, professionals may request on a monthly basis to receive approval of and payment for 80% of their total fees and 100% of their expenses. (Richler did not incur any expenses during the Compensation Period.) On a quarterly basis, professionals may file an interim fee application requesting approval and payment of the 20% of fees held back in the prior monthly fee applications.

Richler seeks approval of the fees he incurred during the Compensation Period and payment of those fees subject to the Amended Compensation Order.

7. Richler has not made any application for approval of or payment of any of the fees he incurred during the period April 1, 2013 through April 30, 2013.

8. On September 26, 2013, Richler filed his *Sixth Monthly Application of the Law Offices of Paul A. Richler, Special Insurance Counsel to the Official Committee of Unsecured Creditors, for Interim Compensation and Reimbursement of Expenses (May 1, 2013 through May 31, 2013)* [Docket No. 2397]. On October 17, 2013, the Court entered an *Order Granting the Sixth Monthly Application of the Law Offices of Paul A. Richler, Special Insurance Counsel to the Official Committee of Unsecured Creditors, for Interim Compensation and Reimbursement of Expenses (May 1, 2013 through May31, 2013)* [Docket No. 2407] approving payment in the sum of $5,232.00.

9. Richler rendered services during the Compensation Period totaling 14.8 hours. By this Application, Richler seeks approval of all fees and expenses incurred during the Compensation Period, and payment of the unpaid balance of **$3,648.00**.

10. Richler maintains contemporaneous records of the time he expended for the professional services and expenses he performed in connection with this chapter 11 case. These records provide a detailed description of the services he rendered during the Compensation Period. Richler notes that his fees and expenses are customary

charges made to other of his clients in the ordinary course of his billing practice, with the exception of the reduction of his hourly billing rate in this case from $650 to $600.

11. To assist the Court in its review of Richler's fees, **Exhibit A** contains Richler's invoices for the Compensation Period. These invoices are separated by month and into the following subject matter categories:

    a. <u>Communicate with other Outside Counsel</u>: (Total hours: 4.1, total fees $2,460.00): During the Compensation Period, Richler conferred with the Committee's counsel, Pachulski Stang Ziehl & Jones LLP ("<u>PSZJ</u>"), regarding the status of the Insurance Litigation, insurers' claim objections and whether London Market Insurers' ("<u>LMI</u>") were providing the Debtor with a defense in that litigation. Additionally, Richler held discussions with Debtor's counsel and state court counsel concerning the preparation of responsive pleadings to LMI's opposition to Debtor's Motion for Judgment on the Pleadings and LMI's Motion for Partial Summary Judgment.

    b. <u>Communicate with the Committee</u>: (Total hours: 1.1, total fees $660.00): During the Compensation Period, Richler conferred with the Committee regarding the status of the Insurance Litigation.

    c. <u>Review/Analyze</u>: (Total hours: 9.6, total fees $5,760.00): During the Compensation Period, Richler reviewed and analyzed LMI's opposition to Debtor's Motion for Judgment on the Pleadings and LMI's Motion for Partial

5

DOCS_LA:272224.3 05058/003

Case 11-20059-svk    Doc 2413    Filed 10/22/13    Page 5 of 8

Summary Judgment. Richler performed extensive legal research to assist the Debtor and state court counsel in framing their responsive arguments. Richler reviewed and revised the Debtor's draft Reply in support to its Motion for Judgment on the Pleadings. Additionally, Richler reviewed and analyzed the claim objections that LMI filed. Finally, Richler consulted with Debtor's counsel, state court counsel, PSZJ, and the Committee concerning these pending insurance motions.

12. During the Compensation Period, Richler did not incur any expenses.

13. Without regard to the Compensation Period, Richler has not represented any entity in this case having an adverse interest to the Committee.

WHEREFORE, Richler and PSZJ prays this Court enter an Order in the form attached hereto as **Exhibit B**, and subject to the Amended Compensation Order, approving compensation of **all** fees that Richler incurred during the period April 1, 2013

[remainder of page left intentionally blank]

DOCS_LA:272224.3 05058/003

through May 31, 2013 in the amount of **$8,880.00**; and authorizing the Debtor to pay Richler **$3,648.00**, which constitutes 100% of his April fees ($2,340.00) and the 20% held back from his May fees ($1,308.00); and deeming that the amount of **$3,648.00** be applied toward the Insurance Litigation Fee Cap.

Dated:   October 22, 2013

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

By   */s/ Gillian N. Brown*
James I. Stang (CA Bar No. 94435)
Kenneth H. Brown (CA Bar No. 100396)
Gillian N. Brown (CA Bar No. 205132)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
E-mail:  jstang@pszjlaw.com
kbrown@pszjlaw.com
gbrown@pszjlaw.com

-and-

Albert Solochek (State Bar No. 1011075)
Jason R. Pilmaier (State Bar No. 1070638)
Howard, Solochek & Weber, S.C.
1845 N. Farwell Ave, Suite 301
Milwaukee, WI  53202
Telephone:  (414) 272-0760
Facsimile:  (414) 272-7265
E-mail:  asolochek@hswmke.com
jpilmaier@hswmke.com

Attorneys for the Official Committee of Unsecured Creditors

7
DOCS_LA:272224.3 05058/003

Case 11-20059-svk    Doc 2413    Filed 10/22/13    Page 7 of 8

Dated: October 22, 2013

Respectfully submitted,

LAW OFFICES OF PAUL A. RICHLER

By  */s/ Paul A. Richler*
Paul A. Richler (CA Bar No. 59909)
15332 Antioch Street, Suite 305
Pacific Palisades, CA  90272
Telephone:  (310) 862-0045
Facsimile:   (310) 862-0045
Email:   prichler@richlerlaw.com

Special Counsel for the Official Committee of Unsecured Creditors