THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: November 12, 2013



Susan V. Kelley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARCHDIOCESE OF MILWAUKEE, | ) | Case No. 11-20059-SVK |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING THE EIGHTH INTERIM
QUARTERLY FEE APPLICATION OF THE LAW OFFICES
OF PAUL A. RICHLER, SPECIAL INSURANCE COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
<u>INTERIM COMPENSATION</u>**

The Court having considered the *Eighth Interim Quarterly Fee Application of the Law Offices of Paul A. Richler, Special Insurance Counsel to the Official Committee of Unsecured Creditors, for Interim Compensation* (the "<u>Application</u>"), and good cause appearing therefore:

**IT IS HEREBY ORDERED:**

1. The Application is approved.

2. Pursuant to the *Order Granting Debtor's Motion to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 158], as modified by the *Order Granting Modification of Debtor's Motion to Establish*

DOCS_LA:272231.3 05058/003

Case 11-20059-svk    Doc 2434    Filed 11/12/13    Page 1 of 2

*Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 1784] (the "Amended Compensation Order"), the Court approves **all** fees that the Law Offices of Paul A. Richler ("Richler") incurred during the period April 1, 2013 to May 31, 2013 (the "Compensation Period"), in the amount of **$8,880.00** (of which the has previously approved the payment of $5,232.00 [Docket No. 2407]; and authorizing the Debtor Archdiocese of Milwaukee to pay Richler **$3,648.00**, which constitutes 100% of his April fees ($2,340.00) and the 20% held back from his May fees ($1,308.00) and $0.00 in expenses.

3. Pursuant to the Amended Compensation Order, the Debtor Archdiocese of Milwaukee's duty to pay professionals has been suspended.

4. Richler fees requested by this Application, in the amount of **$3,648.00** are to be applied against the $200,000 fee cap budgeted for the Official Committee of Unsecured Creditors' professionals as set forth in the *Order Approving Stipulation Regarding Fee Cap for the Official Committee of Unsecured Creditors Professionals in Coverage Litigation Against Various Underwriters at Lloyd's, London and Stonewall Insurance Company* [Docket No. 44 in Adv. No. 12-02835-svk].

5. The fees awarded herein are subject to final review and recoupment.

######