UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Archdiocese of Milwaukee     Case No. 11-20059-SVK
                             Chapter 11

      Debtor in Possession

ELEVENTH INTERIM APPLICATION OF HOWARD SOLOCHEK & WEBER, S.C.,
LOCAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
(FROM AUGUST 1, 2013 TO OCTOBER 31, 2013)

      The quarterly application (the "Application") of Howard, Solochek & Weber, S.C., local counsel for the Official Committee of Unsecured Creditors (the "Committee"), for an order pursuant to 11 U.S.C. §330, F.R.B.P. 2016 and Rule 2016 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Wisconsin, respectfully requests as follows:

      1.    On January 4, 2011 (the "Filing Date"), Archdiocese of Milwaukee (the "Debtor") commenced these proceedings by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Code").

      2.    On or about January 24, 2011, (Docket No. 86), the United States Trustee appointed the Committee to represent the unsecured creditors of the Debtor pursuant to 11 U.S.C. §1102(a)(1).

      3.    On February 5, 2011, (Docket No. 109), the Committee filed an application with this Court for authorization to employ Applicant pursuant to 11 U.S.C. 1103.

      4.    On February 24, 2011, (Docket No. 154), this Court entered an order authorizing the Committee to employ the Applicant as local counsel for the Committee.

1

5. Applicant has rendered services from August 1, 2013 through October 31, 2013 totaling 109.10 hours.

6. Applicant maintains contemporaneous records of the time expended for the professional services and expenses performed in connection with this Chapter 11 case and such records are maintained in the ordinary course of its business. These records provide a detailed description of the services rendered and expenses incurred during the period for which this Application is being made. A summary of the Applicant's time records is attached. This summary is broken down according to subject matter categories relating specifically to this Chapter 11 case. If the Court requires any further descriptions on these time entries, Applicant will provide additional information.

7. Applicant believes that the post-petition services for the period August 1, 2013 through October 31, 2013 ("Compensation Period") are reasonably worth the sum of **$23,477.50** and expenses in the amount of **$52.92** as set forth in the summary attached. Applicant notes that these fees are customary charges made to other firm clients in the ordinary course of its billing practice. To assist the Court in its review of the fees sought by Applicant, Applicant has separated its time entries into the following categories:

a. <u>Case Administration</u>: (Total hours: 73.40, total fees $15,905.00) This category includes time spent by Applicant attending to coordination and compliance activities in connection with the performance of its duties as local counsel for the Committee, including: coordination of electronic filings; compliance with Local Rules, and compliance with Judge's Court rules.

b. <u>Application</u>: (Total hours: 6.50, total fees $1,315.00). This category is related to fee applications of Applicant and other interested parties.

c. <u>Claims of Creditors</u>: (Total hours: .70, total fees $147.50). This category is related to matters regarding proofs of claim, claims filed and hearing on claims.

d. <u>Creditor's Committee</u>: (Total hours: 6.30, total fees $1,325.00) This category includes time spent preparing for and attending Committee meetings and miscellaneous Committee-related tasks.

e. <u>Court Hearings</u>: (Total hours: 10.40, total fees $2,240.00). This category includes time spent preparing for and attending hearings and communications regarding the same.

f. <u>Appeals</u>: (Total hours:_____, total fees: $_____). This category includes time spend reviewing pleadings and matters relating to appeals.

g. <u>Contested Matters/Motions</u>: (Total hours: ___, total fees $_____). This category includes time spent reviewing miscellaneous motions and communications regarding the same.

h. <u>Disclosure Statement and Plan</u>: (Total hours: ____, total fees $_____). This category relates to the review of the Debtor's Disclosure Statement and Plan of Reorganization.

i. <u>Compromises</u>: (Total hours: ____, total fees $_____). This category relates to matters regarding review of transfers and conveyances of the Debtor, including adversary proceedings.

j. <u>Discovery</u>: (Total hours: 11.80, total fees $2,545.00). This category relates to matters regarding discovery, local rule compliance and attendance at discovery hearings and depositions.

k. <u>Automatic Stay</u>: (Total hours: _____, total fees $_____). This category relates to issues involving relief from the automatic stay.

WHEREFORE, Applicant prays this Court to enter an Order granting Applicant compensation for fees incurred and as yet unpaid from August 1, 2013 through October 31, 2013 in the amount of **$23,477.50** and for expenses incurred from August 1, 2013 through October 31, 2013 in the amount of **$52.92** for a total amount of **$23,530.42**.

Dated this 13th day of November, 2013.

        HOWARD SOLOCHEK & WEBER, S.C.

        /s/*Albert Solochek*
        Albert Solochek
        Jason R. Pilmaier
        1845 N. Farwell Ave., Suite 301
        Milwaukee, WI 53202
        Local Counsel for the Official Committee of Unsecured Creditors