MONTHLY FINANCIAL REPORT
OFFICE OF THE U.S. TRUSTEE
EASTERN DISTRICT OF WISCONSIN

Case Name: <u>Archdiocese of Milwaukee</u>  Case No.: 11-20059-svk

FOR MONTH OF OCTOBER, 2013

I. FINANCIAL SUMMARY

### CASH RECEIPTS AND DISBURSEMENTS

| | | | |
|---|---|---:|---:|
| A. | CASH ON HAND START OF MONTH | | $ 8,730,656.20 |
| B. | RECEIPTS | $ 2,532,176.86 | |
| C. | TRANSFERS IN | $ 3,097,648.28 | |
| D. | FUNDS HELD FOR OTHERS | $ 80,661.59 | |
| E. | DISBURSEMENTS | $ (2,427,524.32) | |
| F. | TRANSFERS OUT | $ (3,097,648.28) | |
| G. | FUNDS HELD FOR OTHERS | $ (35,910.72) | |
| H. | NET RECEIPTS (DISBURSEMENTS) | | $ 149,403.41 |
| I. | CASH ON HAND END OF MONTH | | $ 8,880,059.61 |
| J. | PETTY CASH ON HAND | | $ 1,793.77 |
| K. | CEMETERY CASH | | $ 745,831.45 |
| | STATEMENT CASH | | $ 9,627,684.83 |

### PROFIT AND LOSS STATEMENT ACCRUAL BASIS

| | | |
|---|---|---:|
| A. | NET SALES | $ 8,071,499.77 |
| B. | COST OF SALES | $ - |
| C. | GROSS PROFIT | $ 8,071,499.77 |
| D. | TOTAL OPERATING EXPENSES | $ (1,722,889.22) |
| E. | NET INCOME (LOSS) FROM OPERATIONS | $ 6,348,610.55 |
| F. | NON-OPERATING, NON-RECURRING REVENUE (EXPENSES) | $ 447,119.92 |
| G. | REIMBURSED OPERATIONS | $ (51,555.41) |
| H. | CEMETERY OPERATIONS, NET | $ (278,883.10) |
| I. | NET INCOME (LOSS) | $ 6,465,291.96 |

Case 11-20059-svk    Doc 2437    Filed 11/15/13    Page 1 of 10

Archdiocese of Milwaukee

STATEMENTS OF ACTIVITIES
For the Four Months Ending October 31, 2013

|  | Month | YTD |
|---|---:|---:|
| **CHANCERY** | | |
| **SUPPORT AND REVENUE** | | |
| Contributions | $ 860,115.83 | $ 2,678,538.23 |
| Parish assessments | $ 7,054,071.00 | $ 7,054,071.00 |
| Tuition and fees | $ 106,342.37 | $ 271,731.57 |
| Activities and programs | $ 1,072.50 | $ 6,719.28 |
| Miscellaneous revenues | $ 49,898.07 | $ 229,832.01 |
| Total Support and Revenue | $ 8,071,499.77 | $ 10,240,892.09 |
| **CHANCERY OPERATING EXPENSES** | | |
| Payroll and fringe benefits | $ 616,011.98 | $ 2,449,490.18 |
| Maintenance, insurance, utility costs | $ 57,369.67 | $ 263,198.63 |
| Travel and Education | $ 72,934.88 | $ 133,053.25 |
| Supplies and services | $ 79,446.11 | $ 332,920.08 |
| Assessments | $ 35,151.67 | $ 203,739.34 |
| Purchased Services | $ 229,380.00 | $ 763,864.44 |
| Professional Services | $ 210,402.81 | $ 884,155.20 |
| Charity and donations | $ 344,064.33 | $ 910,827.65 |
| Miscellaneous expenses | $ 78,127.77 | $ 316,635.06 |
| Pension related changes other than NPPC | $ - | $ - |
| Total Operating Expenses | $ 1,722,889.22 | $ 6,257,883.83 |
| CHANCERY INCOME BEFORE FIXED ASSET, NON-OPERATIONAL GAIN (LOSS), AND EXTRAORDINARY EXPENSE | $ 6,348,610.55 | $ 3,983,008.26 |
| **FIXED ASSETS** | | |
| Fixed Asset Purchases | $ - | $ - |
| Depreciation Expense | $ (13,208.11) | $ (52,832.44) |
| Impairment of Leasehold Improvements | $ - | $ - |
| Gain(Loss) on sale of property and equipment, net | $ 315,310.00 | $ 315,310.00 |
| Total Fixed Asset Expense (Income) | $ 302,101.89 | $ 262,477.56 |
| **NON-OPERATING ACTIVITIES** | | |
| Investment Income | $ 33,635.55 | $ 124,843.81 |
| Net Realized Gains (Losses) | $ 8,199.52 | $ (299.40) |
| Net Unrealized Gains (Losses) | $ 123,617.34 | $ 85,037.77 |
| Interest Expense | $ (20,434.38) | $ (90,097.25) |
| Other Non-operating Reveues (Expenses) | $ - | $ - |
| Total non-operating activities | $ 145,018.03 | $ 119,484.93 |
| Extraordinary Events, net | $ - | $ - |
| CHANCERY NET GAIN (LOSS) | $ 6,795,730.47 | $ 4,364,970.75 |
| REIMBURSED OPERATIONS NET GAIN (LOSS) | $ (51,555.41) | $ (112,234.07) |
| CHANGE IN NET ASSETS BEFORE CUMULATIVE EFFECT AND CEMETERY OPERATIONS | $ 6,744,175.06 | $ 4,252,736.68 |
| CUMULATIVE EFFECT OF CHANGE IN ACCOUNTING PRINCIPLE | | |
| CHANCERY CHANGE IN NET ASSETS | $ 6,744,175.06 | $ 4,252,736.68 |
| **CEMETERY OPERATIONS** | | |
| Cemetery Gain (Loss) | $ (278,883.10) | $ (684,348.75) |
| CEMETERY CHANGE IN NET ASSETS | $ (278,883.10) | $ (684,348.75) |
| TOTAL CHANGE IN NET ASSETS | $ 6,465,291.96 | $ 3,568,387.93 |

YTD Numbers Reference Fiscal Year July 1, 2013 - June 30, 2014

III.

## Archdiocese of Milwaukee
## Bank Balances
## October 31, 2013

| Account / Bank | | Beginning Cash Balance | Deposits | Less: Transfers In | Less: Funds Held for Others | Net Receipts | Withdrawals | Less: Transfers Out | Less: Funds Held for Others | Net Disb. | Ending Cash Balance per Books |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Catholic Stewardship Appeal(Donor Restricted) | US Bank *9491 | 5,284,181.22 | 512,440.11 | 0.00 | 0.00 | 512,440.11 | (590,162.24) | 300,000.00 | 0.00 | (290,162.24) | 5,206,459.09 |
| Catholic Stewardship Appeal(Donor Restricted) | US Bank *1679 | 6,976.15 | 0.00 | 0.00 | 0.00 | 0.00 | (4.69) | 0.00 | 0.00 | (4.69) | 6,971.46 |
| Payroll (*Special Account*) | US Bank *6925 | 441,403.10 | 706,834.96 | (706,834.96) | 0.00 | 0.00 | (707,846.01) | 0.00 | 0.00 | (707,846.01) | 440,392.05 |
| Archdiocese of Milwaukee (general) | Park Bank *3465 | 931,988.95 | 2,093,616.67 | (390,341.69) | 0.00 | 1,703,274.98 | (1,996,709.75) | 2,000,000.00 | 0.00 | 3,290.25 | 1,028,895.87 |
| Fixed Income Investment Account (ckg) | Chase Bank *7391 | 233,971.02 | 344,281.78 | 0.00 | (18,810.00) | 325,471.78 | (126,972.41) | 90,341.69 | 35,910.72 | (720.00) | 451,280.39 |
| Archdiocese of Milwaukee (general ckg) | Johnson Bank *8246 | 1,216,165.92 | 1,990,339.29 | (2,000,000.00) | 0.00 | (9,660.71) | (2,136,359.62) | 707,138.29 | 0.00 | (1,429,221.33) | 1,070,145.59 |
| Archdiocese of Milwaukee-Household Acct. | US Bank *2731 | 1,696.67 | 303.33 | (303.33) | 0.00 | 0.00 | (572.33) | 0.00 | 0.00 | (572.33) | 1,427.67 |
| Newman Center | Associated Bank *2104 | 176.30 | 0.00 | 0.00 | 0.00 | 0.00 | (176.30) | 168.30 | 0.00 | (8.00) | (0.00) |
| Newman Center | US Bank *7297 | 2,170.00 | 786.45 | (168.30) | 0.00 | 618.15 | (2,090.97) | 0.00 | 0.00 | (2,090.97) | 865.48 |
| Archdiocese of Milwaukee (Donor Restricted G1) | Town Bank *2396 | 54,000.09 | 17.01 | 0.00 | 0.00 | 17.01 | 0.00 | 0.00 | 0.00 | 0.00 | 54,017.10 |
| Archdiocese of Milwaukee (Donor Restricted R1) | US Bank *2629 | 410,148.60 | 13.93 | 0.00 | 0.00 | 13.93 | 0.00 | 0.00 | 0.00 | 0.00 | 410,162.53 |
| Archdiocese of Milwaukee S Restricted | Chase Bank *2906 | 52,707.02 | 61,851.59 | 0.00 | (61,851.59) | 0.00 | (189.00) | 0.00 | 0.00 | (189.00) | 114,369.61 |
| Archdiocese of Milwaukee (Restricted SD) | US Bank *2420 | 95,071.16 | 1.61 | 0.00 | 0.00 | 1.61 | 0.00 | 0.00 | 0.00 | 0.00 | 95,072.77 |
| | | 8,730,656.20 | 5,710,486.73 | (3,097,648.28) | (80,661.59) | 2,532,176.86 | (5,561,083.32) | 3,097,648.28 | 35,910.72 | (2,427,524.32) | 8,880,059.61 |

**Short-Term Investments:**

| Account / Bank | | Beginning Cash Balance | Deposits | Less: Transfers In | Less: Funds Held for Others | Net Receipts | Withdrawals | Less: Transfers Out | Less: Funds Held for Others | Net Disb. | Ending Cash Balance per Books |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Archdiocese of Milwaukee (money market) | Johnson Bank *8394 | 241,648.09 | 41.05 | 0.00 | 0.00 | 41.05 | (15.00) | 0.00 | 0.00 | (15.00) | 241,674.14 |
| | | 241,648.09 | 41.05 | 0.00 | 0.00 | 41.05 | (15.00) | 0.00 | 0.00 | (15.00) | 241,674.14 |

## Archdiocese of Milwaukee
## Bank Accounts Used by Cemetery Operations
## October 31, 2013

| | Beginning Cash Balance | Receipts | Transfers to Archdiocese | Transfers to Other Cemetery Accounts | Fees | Ending Balance |
|---|---|---|---|---|---|---|
| Cemeteries | | | | | | |
| Park Bank *9575 | $193,641.51 | $131,283.53 | ($170,101.51) | ($40,510.00) | ($2,226.30) | $112,087.23 |
| Park Bank *6257 | $20,467.50 | $601,792.01 | ($50,536.00) | | | $571,723.51 |
| Park Bank *6273 | $5,019.43 | $166,550.66 | ($109,549.38) | | | $62,020.71 |
| | $219,128.44 | $899,626.20 | ($330,186.89) | ($40,510.00) | ($2,226.30) | $745,831.45 |

# Archdiocese of Milwaukee
## Cash Receipts
## October 2013

| Receipt Category | | Amount |
|---|---|---:|
| Contributions | $ | 911,786.12 |
| Assessments | $ | - |
| Tuition and Fees | $ | 105,573.01 |
| Cemetery Cash Receipts / Transfers | $ | 311,031.89 |
| Investment Income | $ | 32.55 |
| Realized Gains | $ | - |
| Gains on Sales of Fixed Assets | $ | - |
| Miscellaneous Revenues | $ | 22,059.84 |
| Clearing | $ | 24,188.00 |
| A/R & N/R Payments | $ | 1,157,505.45 |
| **Total Receipts** | **$** | **2,532,176.86** |

Notes:
| | | |
|---|---|---:|
| Funds Transferred in from other Archdiocesan Accts. | $ | 3,097,648.28 |
| Received for Custodial Funds Held for Others | $ | 80,661.59 |

Archdiocese of Milwaukee
Cash Disbursements
October 2013

| Disbursements Category | Amount |
| --- | ---: |
| Salary and Wages | $ 492,073.34 |
| Payroll Taxes | $ 189,386.88 |
| Employee Benefits | $ 330,064.53 |
| Employee Withholdings | $ 44,157.52 |
| Facility and Operating | $ 369,648.35 |
| Travel and Education | $ 51,342.02 |
| Supplies | $ 74,231.38 |
| Assessments | $ 47,737.50 |
| Purchased Services | $ 246,745.54 |
| Legal/Professional | $ - |
| Grants | $ 328,832.33 |
| Interest and Bank Fees | $ 31,326.77 |
| Other | $ 133,020.91 |
| Reimbursed Expense | $ 64,319.97 |
| Clearing | $ 24,637.28 |
| Fee Assistance | $ - |
| **Total Disbursements** | **$ 2,427,524.32** |

Notes:
| | |
| --- | ---: |
| Funds Transferred to other Archdiocesan Accts. | $ 3,097,648.28 |
| Disbursed from Custodial Funds Held for Others | $ 35,910.72 |

Archdiocese of Milwaukee
STATEMENT OF FINANCIAL POSITION

October 31, 2013

|  | 10/31/2013 |
|---|---:|
| **ASSETS** | |
| **CURRENT ASSETS** | |
| Cash and cash equivalents | $ 9,627,684.83 |
| Short-term investments | $ 1,873,343.50 |
| Receivables, net | $ 8,616,618.15 |
| Other assets | $ 1,162,956.53 |
| Total Current Assets | 21,280,603.01 |
| Ground burial and mausoleum crypt sites | $ 5,928,146.76 |
| Property and equipment, net | $ 4,240,051.22 |
| **INVESTMENTS AND OTHER ASSETS** | |
| Long-term investments | $ 10,194,221.66 |
| Cemeteries Pre-Need Trust Fund Account | $ 3,678,435.22 |
| Charitable gift annuities investments | $ 580,342.58 |
| Other assets | $ 1,037,990.63 |
| Total Investments and Other Assets | 15,490,990.09 |
| **TOTAL ASSETS** | 46,939,791.08 |
| Note: Custodial Investments held for Others | $ 2,663,872.68 |
| **LIABILITIES AND NET ASSETS** | |
| **CURRENT LIABILITIES** | |
| Current maturities of charitable gift annuities | $ 74,750.00 |
| Accounts payable | $ 266,487.69 |
| Accrued Expenses | $ 1,094,246.48 |
| Chapter 11 Expenses | $ 3,428,507.30 |
| Contributions payable | $ 2,463,281.55 |
| Total Current Liabilities | 7,327,273.02 |
| Charitable gift annuities | $ 389,660.00 |
| Deferred revenue | $ 3,678,435.22 |
| **PRE-PETITION DEBT** | |
| Note payable | $ 4,389,512.50 |
| Pre-Chapter 11 payables | $ 582,639.30 |
| Contractual contributions payable | $ 3,378,536.59 |
| Accrued post-retirement and pension benefits | $ 16,940,543.00 |
| Total Pre-Petition Debt | 25,291,231.39 |
| Total Liabilities | 36,686,599.63 |
| **NET ASSETS** | |
| Unclassified current year operations | $ 3,568,387.93 |
| Unclassified prior year operations | $ - |
| Unrestricted | |
| Undesignated operating (deficit) | $ (10,596,898.01) |
| Designated | $ 4,559,567.19 |
| Total unrestricted | (2,468,942.89) |
| Temporarily restricted | $ 9,005,768.29 |
| Permanently restricted | $ 3,716,366.05 |
| Total Net Assets | 10,253,191.45 |
| TOTAL LIABILITIES AND NET ASSETS | 46,939,791.08 |
| Note: Custodial Investments held for Others | $ 2,663,872.68 |

ARCHDIOCESE OF MILWAUKEE
V. SUPPORTING SCHEDULES
October 31, 2013

1. <u>OTHER MONIES ON HAND</u> (Specify type, location, and amount; i.e. petty cash, certificates of deposit, etc.)

| Type | Location | Amount |
|---|---|---|
| Petty Cash | | $1,793.77 |

2. <u>AGING OF ACCOUNTS PAYABLE & ACCOUNTS RECEIVABLE</u> (exclude pre-petition accounts payable):

| | | Accts Payable | Accts Receivable | |
|---|---|---|---|---|
| Current | Under 30 Days | $266,487.69 | | |
| Overdue | 31-60 Days | | | |
| Overdue | 61-90 Days | | | |
| Overdue | 91-120 Days | | | |
| Overdue | Over 121 Days | | | |
| Current | Under 1 Year | | $6,993,717.25 | |
| Overdue | Over 1 Year | | $0.00 | * |
| | Total | $266,487.69 | $6,993,717.25 | |
| Cemeteries | | | $1,622,900.90 | ** |

Itemize all post-petition payables over 30 days old on a separate schedule.
* Reserve for uncollectable accounts is reviewed and adjusted at fiscal year-end.
** Cemeteries A/R System is not currently aged

3. <u>ACCRUED PROFESSIONAL FEES (POST PETITION)</u>

| Name/Profession | Amount Due |
|---|---|
| Whyte Hirschboeck Dudek - legal | $ 1,540,162.14 |
| Buelow Vetter - legal | $ 19,489.50 |
| O'Neil Cannon Hollman DeJong & Laing - legal | $ 25,735.50 |
| Quarles & Brady - legal | $ 191,354.91 |
| Baker Tilly - audit | $ 50,730.84 |
| Pachulski Stang, Ziehl & Jones | $ 1,320,855.74 |
| Howard, Solochek & Weber | $ 103,528.58 |
| Berkeley Research Group | $ 65,053.90 |
| Marci Hamilton | $ 32,996.63 |
| Paul A. Richler | $ 53,599.56 |
| Leverson & Metz | $ 25,000.00 |

4. <u>STATUS OF PAYMENTS TO SECURED CREDITORS & LESSORS</u>

| Name of Creditor/Lessor | Frequency of Regular Payments | Amount of Regular Payment | Date of Last Payment | Amount of Payments Delinquent |
|---|---|---|---|---|
| Park Bank | Monthly | $20,413.88 | 10/31/2013 | $0.00 |
| Office Copying Equipment | Monthly | $1,175.67 | 10/4/2013 | $0.00 |
| Time Warner Cable | Monthly | $804.00 | 10/12/2013 | $0.00 |
| Pitney Bowes Global Fin. Serv. LLC | Quarterly | $1,162.11 | 9/27/2013 | $0.00 |
| Pitney Bowes Global Fin. Serv. LLC | Quarterly | $690.00 | 9/27/2013 | $0.00 |

# Archdiocese of Milwaukee
## Tax Liability Schedule
### October 31, 2013

| Description | Date Paid | Amount Paid | Amount Accrued | Amount Overdue |
|---|---|---|---|---|
| FICA Withholdings | Oct | 48,142.37 | | |
| Employer FICA | Oct | 48,142.37 | | |
| Federal Employee Withholding | Oct | 65,729.44 | | |
| Federal Unemployment Taxes | n/a | | | |
| Federal Income Taxes | n/a | | | |
| State Income Taxes | n/a | | | |
| State Unemployment Taxes | n/a | | | |
| State Employee Withholding | Oct | 36,074.10 | | |
| State Sales and Use Tax | Oct | | 2.50 | |
| Real Estate Taxes | | | | |
| Other Taxes (990-T) | | | - | |
| Total | | 198,088.28 | 2.50 | - |

## VII. DECLARATION

I, _John Marek_, declare under penalty of perjury that the information contained in this Financial Report is true and complete to the best of my knowledge.

_John Marek_
Print Name & Capacity of Person
signing this Declaration

Date: _15.XI.13_

_[signature]_
Signature

Name, Title & Telephone No. of Preparer:
_John Marek_
_CFO_
_4147893300_