THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: November 18, 2013



Susan V. Kelley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| ARCHDIOCESE OF MILWAUKEE, | ) | Case No. 11-20059-SVK |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING THE ELEVENTH INTERIM QUARTERLY FEE
APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP, COUNSEL
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
<u>FOR THE PERIOD APRIL 1, 2013 THROUGH MAY 31, 2013</u>**

The Court having considered the *Eleventh Interim Quarterly Fee Application of Pachulski Stang Ziehl & Jones LLP, Counsel for the Official Committee of Unsecured Creditors, for Interim Compensation and Reimbursement of Expenses for the Period April 1, 2013 through May 31, 2013* (the "<u>Application</u>"), and good cause appearing therefore:

**IT IS HEREBY ORDERED:**

1. The Application is approved.

2. Pursuant to the *Order Granting Debtor's Motion to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 158], as modified by the *Order Granting Modification of Debtor's Motion to Establish*

*Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 1784] (the "Amended Compensation Order"), the Court approves all fees and expenses Pachulski Stang Ziehl & Jones LLP ("PSZJ") incurred during the period April 1, 2013 through May 31, 2013 (the "Compensation Period") in the amount of $214,163.26, consisting of $197,672.50 in fees and $16,490.76 in expenses.

3. The Debtor Archdiocese of Milwaukee is authorized to pay PSZJ **$39,534.50**, which constitutes the 20% hold-back of the fees PSZJ incurred during the Compensation Period.

4. Pursuant to the Amended Compensation Order, the Debtor's duty to pay professionals has been suspended.

5. During the Compensation Period, PSZJ incurred $2,269.50 in fees that fall under the Insurance Fee Cap Order.in fees that are to be applied against the $200,000 fee cap budgeted for Committee's professionals as set forth in the *Order Approving Stipulation Regarding Fee Cap for the Official Committee of Unsecured Creditors Professionals in Coverage Litigation Against Various Underwriters at Lloyd's, London and Stonewall Insurance Company* [Docket No. 44 in Adv. No. 12-02835-svk].

6. The fees awarded herein are subject to final review and recoupment.

7. This Order is without prejudice to any motion of PSZJ to seek payment of fees for this Compensation Period without the imposition of the $650 hourly fee cap that it has imposed on itself.

######