THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 4, 2014



Susan V. Kelley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Case No. 11-20059-svk |
| **ARCHDIOCESE OF MILWAUKEE,** | Chapter 11 |
| Debtor. | Hon. Susan V. Kelley |

**ORDER APPROVING MOTION TO EXTEND TIME TO FILE SUPPLEMENTAL
PLAN DOCUMENTS**

This matter coming before the Court on the Debtor's *Motion to Extend Time to File Supplemental Plan Documents* in the above-captioned chapter 11 proceeding,

It is hereby ordered:

1. The Debtor's deadline to file the Supplemental Plan Document describing the Therapy Payment Process is extended to March 5, 2014.

WHD/10194366.1

#####