# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Case No. 11-20059-svk |
| **ARCHDIOCESE OF MILWAUKEE,** | Chapter 11 |
| Debtor. | Hon. Susan V. Kelley |

## NOTICE OF HEARING TO APPROVE DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE** that on February 12, 2014, the Archdiocese of Milwaukee (the "Debtor") filed its *Disclosure Statement for the Chapter 11 Plan of Reorganization Dated February 12, 2014 Proposed by the Archdiocese of Milwaukee* (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a hearing on approval of the Disclosure Statement on **Thursday, April 17, 2014, at 10:00 a.m. in Room 167, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202-4581**.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult one.)

**PLEASE TAKE FURTHER NOTICE** that copies of the Disclosure Statement are on file with the Court, Room 126, U.S. Courthouse, 517 E. Wisconsin Ave., Milwaukee, WI 53202-4581. You may also obtain copies of this pleading by (a) contacting Christopher Lerario at (414) 978-5779 or clerario@whdlaw.com; or (b) accessing the website of the Debtor's noticing agent, Kurtzman Carson Consultants, LLC at www.kccllc.net/archmil.

If you want the Court to consider your views on the Disclosure Statement, then **on or before April 4, 2014**, you or your attorney must file with the Court your objection to the Disclosure Statement, explaining your position and the reasons for your objection. You may file electronically via the Court's Case Management/Electronic Case Filing system, or mail your objection to:

Daryl L. Diesing
Bruce G. Arnold
Francis H. LoCoco
Lindsey M. Greenawald
Whyte Hirschboeck Dudek S.C.
555 East Wells Street, Suite 1900
Milwaukee, Wisconsin 53202-3819
Telephone: (414) 978-5523
Facsimile: (414) 223-5000
ddiesing@whdlaw.com

United States Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202

If you mail your objection to the Clerk of Court for filing, you must mail it early enough so that the Clerk's Office will receive it on or before **April 4, 2014**. You must also mail or e-mail a copy to:

Daryl L. Diesing
Whyte Hirschboeck Dudek S.C.
555 East Wells Street, Ste. 1900
Milwaukee, WI 53202-3819
ddiesing@whdlaw.com

**PLEASE TAKE FURTHER NOTICE** that objections should be in writing and should state with particularity the grounds for such objection. In the case of an objection to the adequacy of disclosure, the objecting party is encouraged to provide the specific text of the additional disclosure that the objecting party believes to be appropriate.

**PLEASE TAKE FURTHER NOTICE** that if you or your attorney does not take these steps, the Court may decide that you do not oppose the relief sought and may enter an order granting the relief.

Dated this 6th day of March, 2014.

Respectfully submitted,

ARCHDIOCESE OF MILWAUKEE
Debtor and Debtor in Possession
By its counsel,
Whyte Hirschboeck Dudek S.C.

By: /s/ Daryl L. Diesing
Daryl L. Diesing
Bruce G. Arnold
Francis H. LoCoco
Lindsey M. Greenawald

P.O ADDRESS:
555 East Wells Street, Suite 1900
Milwaukee, Wisconsin 53202-3819
Telephone: (414) 978- 5523
Facsimile: (414) 223-5000
Email: ddiesing@whdlaw.com
barnold@whdlaw.com
flococo@whdlaw.com
lgreenawald@whdlaw.com