THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 22, 2014



Susan V. Kelley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:

ARCHDIOCESE OF MILWAUKEE,

Debtor.

Case No. 11-20059-svk

Chapter 11

Hon. Susan V. Kelley

ORDER TO INCREASE FEE CAP
FOR BUELOW VETTER BUIKEMA OLSON & VLIET, LLC
AS SPECIAL COUNSEL TO DEBTOR

Upon the Motion (the "Motion") of Archdiocese of Milwaukee, as debtor and debtor-in-possession (the "Debtor"), for entry of an order modifying the previously established fee cap estimate for Buelow Vetter Buikema Olson & Vliet, LLC ("BVBOV") as the Debtor's special counsel; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. §

Daryl L. Diesing
Bruce G. Arnold
Francis H. LoCoco
Lindsey M. Greenawald
Whyte Hirschboeck Dudek S.C.
555 East Wells Street, Suite 1900
Milwaukee, Wisconsin 53202-3819
Telephone: (414) 273-5523
Facsimile: (414) 223-5000
Email: ddiesing@whdlaw.com

1

157(b)(2); and it appearing that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion and the opportunity for a hearing on the Motion was appropriate under the particular circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore;

It is hereby ordered:

1. The Motion is GRANTED.

2. Pursuant to Local Rule 2014(b), the BVBOV fee cap is increased to $100,000.00.

3. The contents of the remainder of the January 27, 2011 *Order Authorizing the Employment and Retention of Buelow Vetter Buikema Olson & Vliet, LLC as Special Counsel to the Debtor and Debtor in Possession Nunc Pro Tunc as of the Petition Date* will remain unchanged.

4. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

5. Notwithstanding Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

WHD/10330830.1

#####