THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 25, 2014



Susan V. Kelley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:  Case No. 11-20059-svk

**ARCHDIOCESE OF MILWAUKEE,**  Chapter 11

Debtor.  Hon. Susan V. Kelley

### SCHEDULING ORDER REGARDING CONFIRMATION OF PLAN

The court having conducted a scheduling conference on April 22, 2014, orders as follows:

1. The Official Committee of Unsecured Creditors (the "Committee") is to file its motion regarding subject matter jurisdiction by **May 6, 2014**.

2. Responses to the motion regarding subject matter jurisdiction should be filed by **May 22, 2014**.

Daryl L. Diesing
Bruce G. Arnold
Francis H. LoCoco
Whyte Hirschboeck Dudek S.C.
555 East Wells Street, Suite 1900
Milwaukee, Wisconsin 53202-3819
Telephone: (414) 978-5523
Facsimile: (414) 223-5000
Email: ddiesing@whdlaw.com

3. The deadline for all parties to file their preliminary lists of witnesses, including a summary of each witness' testimony, is **July 3, 2014.**

4. The deadline to file objections to confirmation is **September 5, 2014.**

5. The deadline for all parties to supplemental their list of witnesses, including a summary of each witness' testimony, is **September 19, 2014.**

6. The deadline for all parties to file their confirmation hearing exhibits is **October 1, 2014.**

7. The deadline for all parties to file responses to objections to confirmation is **October 6, 2014.** All parties may supplement their confirmation hearing exhibits on or before **October 9, 2014**, to address matters arising from the responses to the objections to confirmation.

8. The plan confirmation hearing will be held on **October 14, 15, 16, and 17, 2014** starting at 10:00 a.m. (Central Time) on October 14, 2014.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

WHD/10338896.2

#####