IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Case No. 11-20059-svk |
| **ARCHDIOCESE OF MILWAUKEE,** | Chapter 11 |
| Reorganized Debtor. | Hon. Susan V. Kelley |

**VERIFIED FINAL REPORT**

I, John J. Marek, Chief Financial Officer of the Archdiocese of Milwaukee (the "Reorganized Debtor") during the Chapter 11 proceeding, do hereby declare that, to the best of my knowledge, information and belief, the following is a breakdown of the results of the above-captioned Chapter 11 case:

1. As of the date of filing of this Final Report, the Debtor and its estate incurred the following expenses administering the Chapter 11 case:

*[Remainder of Page Intentionally Left Blank]*

Daryl L. Diesing
Bruce G. Arnold
Francis H. LoCoco
Lindsey M. Greenawald
Whyte Hirschboeck Dudek S.C.
555 East Wells Street, Suite 1900
Milwaukee, Wisconsin 53202-3819
Telephone: (414) 978-5523
Facsimile: (414) 223-5000
Email: ddiesing@whdlaw.com

| Name of Professional | Fees | Expenses |
|---|---|---|
| **Debtor's Professionals** | | |
| Baker Tilly Virchow Krause, LLP | $378,028.59 | $2,536.77 |
| Buelow Vetter Buikema Olson & Vliet, LLC | $122,168.50 | $56.60 |
| Kurtzman Carson Consultants LLC | $423,130.45 | $259,888.82 |
| Leverson Lucey & Metz S.C. | $60,030.50 | $0.00 |
| O'Neil, Cannon, Hollman, DeJong & Laing S.C. | $90,197.75 | $144.71 |
| Quarles & Brady LLP | $457,025.30 | $1,678.39 |
| Whyte Hirschboeck Dudek S.C. | $9,964,767.42 | $90,761.70 |
| *Subtotal* | *$11,495,348.51* | *$355,066.99* |
| **Committee's Professionals** | | |
| Berkeley Research Group | $394,170.00 | $1,359.21 |
| Business Management International | $6,012.00 | $12.00 |
| Howard Solochek & Weber S.C. | $577,597.50 | $16,247.13 |
| Marci A. Hamilton | $112,920.00 | $3,467.74 |
| Pachulski, Stang Ziehl & Jones LLP | $5,954,112.68 | $643,236.26 |
| The Law Officers of Paul A. Richler | $266,239.34 | $11,100.36 |
| *Subtotal* | *$7,311,051.52* | *$675,422.70* |
| **Other Professionals** | | |
| Stephen Gerlach | $103,021.50 | $0.00 |
| *Subtotal* | *$103,021.50* | *$0.00* |
| **Statutory Fees** | | |
| U.S. Trustee Fees | $277,400.00 | $0.00 |
| *Subtotal* | *$277,400.00* | *$0.00* |
| **Total** | **$19,186,821.53** | **$1,030,489.69** |

2. No trustee or examiner was appointed in this case. Thus, no fees were incurred for a trustee or trustee's counsel.

3. The Reorganized Debtor is current on all fees owed pursuant to $28 U.S.C. § 1930 ("U.S. Trustee Fees") through first quarter of 2016. Within thirty (30) days after the date of the entry of the final decree, the Reorganized Debtor will pay all U.S. Trustee Fees due for the current quarter through the closing of the case.

4. The Archdiocese, the Official Committee of Unsecured Creditors, State Court Counsel, and the Cemetery Trust participated in a voluntary mediation from July 15, 2015 through July 17, 2015, leading to a global settlement embodied in the *Second Amended Chapter 11 Plan of Reorganization dated September 25, 2015, Proposed by the Archdiocese of Milwaukee* [Dkt. No. 3198] (the "Plan"), which was confirmed by this Court's order dated November 13, 2015 (the "Confirmation Order").

5. The Plan became effective on November 30, 2015 (the "Effective Date").

6. In connection with the substantial consummation of the Plan, the requirements of Article VI of the Plan have been satisfied, and the Debtor has reorganized under the Plan. In addition, all required fees under 28 U.S.C. § 1930 have been paid and no known disputes or unresolved motions, claims objections, or other contested matters remain outstanding.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 15 day of June, 2016

_____
John J. Marek