# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter: 11 |
| ARCHDIOCESE OF MILWAUKEE, | Case No: 11-20059 |
| Debtor(s). | |

## MOTION OF WISCONSIN DEPARTMENT OF JUSTICE TO REOPEN CASE FOR LIMITED PURPOSE OF DECIDING MOTION OF WISCONSIN DEPARTMENT OF JUSTICE FOR ACCESS TO CERTAIN SEALED RECORDS

The State of Wisconsin, Department of Justice, moves pursuant to 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 5010 to reopen this case for the limited purpose deciding the contemporaneously filed Motion of Wisconsin Department of Justice for Access to Certain Sealed Records.

A case may be reopened for any cause, including "to administer assets, to accord relief to the debtor, or for other cause." 11 U.S.C. § 350(b). "The decision to reopen a bankruptcy case is within the broad discretion of the bankruptcy court." *Redmond v. Fifth Third Bank*, 624 F.3d 793, 798 (7th Cir. 2010).

Here, the contemporaneously filed Motion of Wisconsin Department of Justice for Access to Certain Sealed Records demonstrates cause for reopening

S. Michael Murphy
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
608/266-5457
608/294-2907 (Fax)
murphysm@doj.state.wi.us

this case for the limited purpose of deciding that motion. Movant State of Wisconsin, Department of Justice therefore respectfully requests that this case be reopened for that purpose.

JOSHUA L. KAUL
Attorney General of Wisconsin

Electronically signed by:

s/s. Michael Murphy
S. MICHAEL MURPHY
Assistant Attorney General
State Bar #1078149

Attorneys for State of Wisconsin,
Department of Justice

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-5457
(608) 294-2907 (Fax)
murphysm@doj.state.wi.us

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

ARCHDIOCESE OF MILWAUKEE,
        Debtor(s).

Chapter: 11

Case No: 11-20059

---

## NOTICE OF MOTION OF WISCONSIN DEPARTMENT OF JUSTICE TO REOPEN CASE FOR THE PURPOSE OF DECIDING MOTION OF WISCONSIN DEPARTMENT OF JUSTICE FOR ACCESS TO CERTAIN SEALED RECORDS

---

TO:    Bruce G. Arnold, Daryl L. Diesing, and Lindsey M. Greenawald
       Husch Blackwell LLP
       555 E. Wells Street, Suite 1900
       Milwaukee, WI 53202
       *Attorneys for Debtor*

       Michael E Gosman, Lindsay M. Greenawald and Francis H. LoCoco
       Whyte Hirschboeck Dudek S.C
       3030 W. Highland Blvd.
       Milwaukee, WI 53208
       *Attorneys for Debtor*

       Mark L. Metz
       Leverson Lucey & Metz S.C.
       200 South Washington Street, Suite 100
       Green Bay, WI 54301-4298
       *Attorneys for Debtor*

       Michelle S. Y. Cramer, U.S. Trustee
       Debra L. Schneider, U.S. Trustee
       David W. Asbach, Assistant U.S. Trustee
       517 E. Wisconsin Ave., Suite 430
       Milwaukee, WI 53202
       *Attorneys for U.S. Trustee*

Gillian N. Brown, Kenneth H. Brown, and James I. Stang
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
*Attorneys for Official Committee of Unsecured Creditors*

Jason R. Pilmaier, Eric S. Teske, and Albert Solochek
Howard, Solochek & Weber S.C.
324 E. Wisconsin Ave., Suite 1100
Milwaukee, WI 53202
*Attorneys for Official Committee of Unsecured Creditors+*

Charles Linneman
c/o Jeff Anderson
366 Jackson Street
St. Paul, MN 51101
*Creditor Committee Chair*

**Please take Notice**, the State of Wisconsin, Department of Justice ("the State") by its attorneys, Attorney General Joshua L. Kaul, and Assistant Attorney General S. Michael Murphy, has filed a motion with the Court asking the Court to reopen this case for the purpose of allowing access to certain sealed records.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the State's Motion, or if you want the Court to consider your views on the Motion, then **on or before twenty-one (21) days after the date of this Notice, August 19, 2023,** you or your

attorney must file an original written "Request For Hearing And Object To Motion To Reopen" with the Court at:

Clerk, U. S. Bankruptcy Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

and send a copy to:

Assistant Attorney General S. Michael Murphy
Wisconsin Department of Justice
P O Box 7857
Madison, WI 53707-7857

**IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF SOUGHT IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated this 9th day of August, 2023

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/ S. Michael Murphy
S. MICHAEL MURPHY
Assistant Attorney General
State Bar #1078149

Attorneys for State of Wisconsin

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-5457
(608) 294-2907 (Fax)
murphysm@doj.state.wi.us