UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| In re: | Chapter: 11 |
|---|---|
| ARCHDIOCESE OF MILWAUKEE, | Case No: 11-20059 |
| Debtor(s). | |

**ORDER GRANTING WISCONSIN DEPARTMENT OF JUSTICE ACCESS TO CERTAIN SEALED RECORDS**

Upon the Motion of Wisconsin Department of Justice For Limited Access to Certain Sealed Records, the Court being fully advised of the premises;

**IT IS HEREBY ORDERED THAT:**

1. Within 14 days of entry of this Order, the Clerk of Court shall make available to the Wisconsin Department of Justice (DOJ) hard copies of all sealed claims and attachments, including Claims of Abuse Survivors, together

with any objection to such claims, briefing on such objections, and ruling on such objections.

2. Any documents made available to DOJ pursuant to this Order shall not be entered on the public docket.

3. If a person who filed a claim in the bankruptcy case, including a sealed claim, has also reported abuse to DOJ, DOJ may ask permission from that claimant to have documents made available to DOJ related to the claim become part of an investigative and/or prosecutorial file. If permission is granted, those documents may become part of an investigative and/or prosecutorial file.

4. To the extent DOJ issues any public report regarding its Clergy and Faith Leader Initiative, information from documents made available to DOJ pursuant to this Order may inform the content of such report, but personally identifiable information about any person obtained exclusively from such documents shall not be made public without that person's consent.

5. Except as otherwise provided herein, DOJ shall keep all sealed documents confidential. DOJ may not publish any such documents or release copies. Any sealed document made available to DOJ pursuant to this Order may not be released in response to a public records request.

6. No document made available to DOJ will be produced in any proceeding, including in any criminal proceeding, absent an order from a court of competent jurisdiction requiring such disclosure. In connection with seeking

such an order, reasonable notice must be provided to: (i) counsel for the Archdiocese, (ii) the office of the U.S. Trustee, (iii) counsel for the chair of the creditor's committee, (iv) counsel for the creditor's committee; and (v) any living individual (or their counsel) whose name appears in the claim and whose contact information is known or reasonably attainable.

####