UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter: 11 |
| ARCHDIOCESE OF MILWAUKEE,<br>Debtor(s). | Case No: 11-20059 |

## AFFIDAVIT OF S. MICHAEL MURPHY

STATE OF WISCONSIN )
                               ) ss.
DANE COUNTY           )

      S. Michael Murphy, being first duly sworn, upon oath deposes and says that:

      1.    I am an attorney with the Department of Justice, of the State of Wisconsin (DOJ).

      2.    Exhibit A, attached, is true and accurate copies of a letter that I sent to Attorney Frank LoCoco on October 19, 2022, and a copy of a response that I received, dated November 17, 2022. Both documents have been redacted to remove the names of individuals.

      3.    Exhibit B, attached, is a true and accurate copy of a letter that I sent to Attorney Frank LoCoco on August 22, 2023, without the enclosure. The letter included as an enclosure the report of an interview with a survivor completed by the Division of Criminal Investigation. The survivor provided the

Department with permission to provide to the church the information she shared with the Department. The survivor died before the Department filed its motion in the bankruptcy court, however, so the Department did not have an opportunity to clarify the scope of her consent. Therefore, the Department has chosen not to include the interview report with the present filing.

    4.    Exhibit C, attached, is true and accurate copies of a Proof of Claim that I downloaded from the public docket in this bankruptcy case. The claim has been redacted to remove the names of individuals.

*S. Michael Murphy* (signature)

S. Michael Murphy

Subscribed and sworn to before me
this 25th day of September, 2023.

_____
Notary Public, State of Wisconsin
My commission expires: 9/11/2027