UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter: 11 |
| ARCHDIOCESE OF MILWAUKEE, | Case No: 11-20059 |
| Debtor(s). | |

## AFFIDAVIT OF WENDY PHIFER

STATE OF WISCONSIN )
                               ) ss.
DANE COUNTY              )

WENDY PHIFER, being first duly sworn, upon oath deposes and says that:

1. I am employed as a paralegal in the Public Protection Unit (PPU) of the Department of Justice (DOJ), of the State of Wisconsin. I have held this position since October 2019.

2. As a paralegal in PPU, I primarily work on civil consumer protection enforcement investigations and lawsuits. I make this affidavit based upon my personal knowledge, review of the records maintained by the Department, and publicly available information.

3. Paralegals in PPU regularly use Accurint as a tool in its investigations and lawsuits. PPU uses Accurint to identify contact information

for people, to update addresses we have, and identify people who have passed away. We do this so we can contact potential witnesses, send out targeted mailings, and to distribute restitution payments.

4. Accurint is service provided by LexisNexis that is available to governments to locate individuals. Accurint locates information on individuals by utilizing data-linking methods to quickly extract information from tens of billions of records. Accurint, *https://www.accurint.com/aboutus.html* (last visited Sept. 18, 2023).

5. The DOJ has a license that allows it to use Accurint to search for information about individuals. Under the license, an Accurint advance person search costs $0.50 per search and a comprehensive report costs $6.00.

6. In 2019, I completed a DOJ training on best practices to effectively use Accurint to locate people and, in 2022, a LexisNexis provided training on Address Verification. DOJ employees who are authorized users of the DOJ's Accurint license, and use Accurint in their jobs, are provided these trainings.

7. Exhibit A, attached, is a true and accurate copy of a training handout published by LexisNexis titled "Getting Started & Best Practices Guide." LexisNexis makes this and other training handouts available to the DOJ as part of its Accurint license. The document is also available online at

*https://www.accurint.com/pdf/accurintguide.pdf* (last visited Sept. 18, 2023).

8. Exhibit B, attached, is a true and accurate copy of a training handout published by LexisNexis titled "Top Ten Tips and Techniques for Accurint." LexisNexis makes this and other training handouts available to the DOJ as part of its Accurint license. The document is also available online at *https://www.ncacdss.org/wp-content/uploads/Top-10-Tips-for-Accurint.pdf* (last visited Sept. 18, 2023).

9. Since 2019, I have regularly used Accurint multiple times a month to locate current addresses and telephone numbers of individuals for investigations and lawsuits I am working on. This includes, but is not limited to, contacting individuals for interviews, mailing notices or surveys, and mailing restitution to consumers. The other paralegals in PPU also regularly use Accurint for these purposes.

10. On three occasions, I have used Accurint to update businesses' mailing lists to mail restitution payments to consumers. For each restitution mailing, the mailing list was generated in large part from information the business provided to the DOJ. The businesses provided information from their transactions with the consumer which included full names, addresses, and telephone numbers. The consumer information provided by the businesses was

three to five years old and may have been no longer current. Using Accurint, I was able to confirm or update the information and also learn whether anyone on the list passed away. The three restitution mailings that I handled involved over 200 consumers.

11. I have also used Accurint to update mailing lists for contact during an investigation or lawsuit. This is typically done to mail out surveys or to reach out to targeted groups of individuals who may have information relevant to the matter we are working on. In these cases, the mailing list is usually generated from known information about the consumer that the business has provided. In most instances, the known information is several years old.

12. When I use Accurint to update mailing lists, I use the known addresses, telephone numbers, and other information we possess to confirm that my search results are for the person I am looking for, not a false positive like someone with a similar name or a relative.

13. In my experience, Accurint is a reliable tool to identify an individual's current address, especially when you have confirmed information about the person such as prior addresses or telephone numbers. Accurint searches that utilize known addresses or telephone numbers routinely result in check marked "most probable current address," meaning Accurint has verified this address from two or more sources and Accurint has a high level of

confidence that it is the current address. (Ex. A:9–10). Based on my follow-up efforts contacting people at those addresses, the "most probable current address" identified by Accurint is highly reliable.

_____
WENDY PHIFER

Subscribed and sworn to before me this
22nd day of September, 2023.

_____
Notary Public, State of Wisconsin
My commission is permanent.

confidence that it is the current address. (Ex. A:9–10). Based on my follow-up efforts contacting people at those addresses, the "most probable current address" identified by Accurint is highly reliable.

                                                          WENDY PHIFER

Subscribed and sworn to before me this 22nd day of September, 2023.

_____
Notary Public, State of Wisconsin
My commission is permanent.