LexisNexis® Risk Solutions

# Customer Education



# LexisNexis® Accurint®
# Getting Started & Best Practices Guide

In order to meet all of your training needs, LexisNexis® Customer Education offers additional training, visit us at http://Learn.LexisNexis.com, contact us toll-free at 800.201.6411, or email us at CustomerEducation@LexisNexis.com

LexisNexis® Customer Support 866.277.8407



Phifer Aff. Ex. A:1
Case 11-20059-gmh    Doc 3501-1    Filed 09/27/23    Page 1 of 14

# Getting Started & Best Practices Guide

**Contents**

Signing On ..................................................................................................................... 3
Selecting a Permissible Purpose ................................................................................... 4
Home Page Overview ................................................................................................... 5
    People Category .................................................................................................. 5
    Businesses Category ........................................................................................... 5
    Assets Category .................................................................................................. 5
    Licenses Category .............................................................................................. 6
    Phones Category ................................................................................................ 6
    Courts Category ................................................................................................. 6
    My Account ........................................................................................................ 6
Person Search ................................................................................................................ 7
    Perform a Person Search .................................................................................... 7
    Search by Social Security number (SSN) ............................................................. 7
    Search by Name .................................................................................................. 8
    Person Search Results Overview ........................................................................ 9
Advanced Person Search ............................................................................................. 11
    Perform an Advanced Person Search ............................................................... 11
    LexisNexis® Link ID™ ....................................................................................... 11
People At Work ........................................................................................................... 12
Phones Category ......................................................................................................... 13
    Phones Plus ....................................................................................................... 13
    Basic Lookup .................................................................................................... 13
    Reverse Lookup ................................................................................................. 13
    Canadian Phones .............................................................................................. 14
Reports ........................................................................................................................ 14

1000 Alderman Drive, Alpharetta, GA 30005    Telephone 800.201.6411    Email CustomerEducation@LexisNexis.com    HTTP:LEARN.LEXISNEXIS.COM

Phifer Aff. Ex. A:2
Case 11-20059-gmh    Doc 3501-1    Filed 09/27/23    Page 2 of 14

# Getting Started & Best Practices Guide

## Signing On

1. Go to www.accurint.com.
2. Click Sign On.



1. Enter your User Name.
2. Reproduce the verification characters above the bottom field.
3. Click Next.

   Verification Characters provide you with greater security. We ask that you enter the numbers found in the box provided. Automated programs cannot 'read' the numbers you see in the box, only humans can. By entering the numbers, it ensures that you are logging into our system from the correct URL.



1. Enter your Password.
2. Click Sign On.



3

1000 Alderman Drive, Alpharetta, GA 30005    Telephone 800.201.6411    Email CustomerEducation@LexisNexis.com    HTTP:LEARN.LEXISNEXIS.COM

Phifer Aff. Ex. A:3
Case 11-20059-gmh    Doc 3501-1    Filed 09/27/23    Page 3 of 14

# Getting Started & Best Practices Guide

## Selecting a Permissible Purpose

![Permitted Use Certification screen showing options: Click to Continue Transactions Authorized by Consumer; Click to Continue Law Enforcement Purposes; Click to Continue Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer; Click to Continue Fraud Prevention or Detection; I Have No Permissible Purpose.]

Select the applicable GLBA and DPPA Permitted Uses.

*If you are unsure of your permissible purposes, please contact your administrator or management.*



**Tip**

### Change Your Permissible Uses

To change your permissible uses, select the hyperlinked permissible use located at the bottom of the search screen. You will be taken back to the two GLBA and DPPA permissible use screens, where you can revise your selections and continue with your search.

4

1000 Alderman Drive, Alpharetta, GA 30005    Telephone 800.201.6411    Email CustomerEducation@LexisNexis.com    HTTP:LEARN.LEXISNEXIS.COM

Phifer Aff. Ex. A:4
Case 11-20059-gmh    Doc 3501-1    Filed 09/27/23    Page 4 of 14

# Getting Started & Best Practices Guide

## Home Page Overview



### People Category
Basic information about individuals, including addresses, phone numbers, full dates of birth and Social Security numbers.

### Businesses Category
Various business searches are available within the Business Category, such as Corporation, UCC Filing, Dun & Bradstreet, and Delaware Corporation Searches. Public records available for businesses, including business locator and secretary of state filings, FBN's and FEIN numbers.

### Assets Category
Property, vehicles, watercraft and aircraft information.

5

1000 Alderman Drive, Alpharetta, GA 30005    Telephone 800.201.6411    Email CustomerEducation@LexisNexis.com    HTTP:LEARN.LEXISNEXIS.COM

Phifer Aff. Ex. A:5
Case 11-20059-gmh    Doc 3501-1    Filed 09/27/23    Page 5 of 14

# Getting Started & Best Practices Guide

## Licenses Category

License information, including DLs and state professional licenses – another source of person locator information.


**Best Practices**

### *Why do we search Professional Licenses?*
- People who need licenses in order to work in their profession will make sure that information is up-to-date.
- Many different states and types of licenses are covered. It is important to click the "coverage" button in order to know what licensure information is covered in which state.

## Phones Category

Phone look-ups and reverse phone look-ups in real time.

## Courts Category

All court documents, including civil filings and criminal records.

## My Account

Links in this section include the change password link, Customer Support and Frequently Asked Questions. Users classified as system administrators will have access to additional links that allows them to manage the account and users.

6

1000 Alderman Drive, Alpharetta, GA 30005    Telephone 800.201.6411    Email CustomerEducation@LexisNexis.com    HTTP:LEARN.LEXISNEXIS.COM

Phifer Aff. Ex. A:6
Case 11-20059-gmh    Doc 3501-1    Filed 09/27/23    Page 6 of 14

# Getting Started & Best Practices Guide

## Person Search

### Perform a Person Search

If you know the subject's Social Security Number (SSN), use it alone in your first search. Searching on a SSN gives you a chronological list of addresses for an individual and any name variations or aliases.

There are no required fields, so you can start searching with whatever piece(s) of information that you have. The amount and type of information that you enter will affect the results that you retrieve.

If you are unsure of the spelling of a person's name, check the Include name variations checkbox to search for variations of the subject's name if no exact match is found.





**Tip**

### Additional Features

**Radius field** - Use this field to help focus on a geographical area of interest. Research suggests that most people move within a 50 mile radius. The radius feature allows you to search for a person within a 99 mile radius of an address.
**Coverage** - Click Coverage on any search page to show the state and county coverage areas for each particular data source, keeping you more focused and efficient in using the service.
**Help** - Click Help on any search page to provide additional search instructions and/or search tips to help generate the best results.

### Search by Social Security number (SSN)

1. To search by Social Security number, key the full Social Security Number in the SSN field (hyphens optional). Searching by a SSN gives you a chronological list of addresses for an individual and any name variations or aliases.
2. Click the Search button or press Enter.

1000 Alderman Drive, Alpharetta, GA 30005    Telephone 800.201.6411    Email CustomerEducation@LexisNexis.com    HTTP:LEARN.LEXISNEXIS.COM

Phifer Aff. Ex. A:7
Case 11-20059-gmh    Doc 3501-1    Filed 09/27/23    Page 7 of 14

# Getting Started & Best Practices Guide

## Search by Name

Find current address and phone number(s) specific to individuals with a thin credit file, recently naturalized citizens or junior/senior relationships.

1. Enter Last Name and First Name.
2. Include City and State for common names.
3. Search address ranges using a colon or comma (e.g., 1200:1250 Main Street, Anytown, USA or 1200,1250 Main Street, Anytown, USA).
4. Search address using a wildcard * character (e.g., 12* Main Street, Anytown, USA).
5. Use a city, state and radius from 1-99 miles.



Tip

### Search by Name Tip

If you are unsure of the spelling of a person's name, check the box for Include similar-sounding last name. To include common nicknames (for example Dave for David or Beth for Elizabeth); check the Include nicknames of first-name check box.

8

1000 Alderman Drive, Alpharetta, GA 30005     Telephone 800.201.6411     Email CustomerEducation@LexisNexis.com     HTTP:LEARN.LEXISNEXIS.COM

Phifer Aff. Ex. A:8
Case 11-20059-gmh    Doc 3501-1    Filed 09/27/23    Page 8 of 14

# Getting Started & Best Practices Guide

## Person Search Results Overview

- Name, address and telephone numbers are displayed with the most probable current address at the top.
- A check mark indicates the most probable current address. This means that two or more sources have verified the address.
- The dates provided are ranges and are to be used as a guide.
- A D indicates a person is deceased. Place your mouse over this indicator to view the date of death.
- A Flag indicates caution.
- Click the See Examples link to view a sample of each report offered.





**Tip**

### Too Many Records Found

If too many records are found, the following message displays, "*The search you have requested resulted in over 1000 matches.*" Try adding criteria including Phone Number, Date of Birth and Age Range.

1000 Alderman Drive, Alpharetta, GA 30005    Telephone 800.201.6411    Email CustomerEducation@LexisNexis.com    HTTP:LEARN.LEXISNEXIS.COM

Phifer Aff. Ex. A:9
Case 11-20059-gmh    Doc 3501-1    Filed 09/27/23    Page 9 of 14

# Getting Started & Best Practices Guide



**Best Practices**

## Why do we ....

**search by Social Security Number?**

Since ideally each SSN is connected to a single person, it is the best way to search for an individual.

**search by Phone Number in Person Search?**

- The Person Search database leverages a greater number of sources than any other search.
- It uses powerful linking technology behind the scenes to show more than just where and to who a phone rings.

**search by data other than a Social Security Number?**

- More than one person may be attached to a SSN, either through fraud or mistake.
- A young person, a new citizen, recent older widows who relied heavily on their husbands' SSNs, and others with thin files may not have much information under their SSNs.
- A Sr./Jr. situation may result in the father's and son's information getting confused.

**look up an address, even if it is old?**

- An old address may lead us to a current address.
- Searching by an address will give you not only the subject, but others who have lived or are currently living at the address. These may be great contacts.
- If the person is renting, looking up an address (especially in property deeds) will give you the landlord's name and information. They are another great contact.
- When a checkmark appears next to an address, it indicates that data was found in the database as of that day, indicating with a high level of confidence a "right-party" contact.

1000 Alderman Drive, Alpharetta, GA 30005   Telephone 800.201.6411   Email CustomerEducation@LexisNexis.com   HTTP:LEARN.LEXISNEXIS.COM

Phifer Aff. Ex. A:10
Case 11-20059-gmh    Doc 3501-1    Filed 09/27/23    Page 10 of 14

# Getting Started & Best Practices Guide

## Advanced Person Search

### Perform an Advanced Person Search

Sometimes it is necessary to search on a deeper level to find your subjects. We have made that search easier with Advanced Person Search. This Search allows you to include additional information about your subject, such as a relative name or previous state of residence, or even use partial information you may have, to more accurately pinpoint where they may be currently located.

- Search using your subject's name and the first name of a relative. For example, if you are looking for John Doe and you know he has a relative with the first name of Jane.
- Search using your subject's name and include a name they may have previously used or may be currently using. For example, Jane Doe may have previously been known as Jane Smith.
- Search using your subject's name and state of residence as well as any previous state or states (maximum of two) in which they may have resided. For example, Jane Doe in Florida who previously resided in Connecticut and Rhode Island.
- Search using your subject's name, city and state and include the name of another city and state in which they may have lived. For example, Jane Doe in Sunrise, Florida, and Tallahassee, Florida.
- Search using your subject's name and the last four digits of their Social Security Number. For example, Jane Doe and 1234. You may even use a partial first name.



### LexisNexis® Link ID™

LexisNexis® Link ID automatically analyzes billions of records and quickly identifies and connects relevant information using a secure (non-Social Security based number) and unique 12-digit identifier. Link ID is also more secure than a Social Security number because it cannot be misused in order to commit fraud. It may potentially return more records than are returned in the original search using first name, last name, or date of birth. The result is a complete picture of an individual, leading to more accurate, timely and informed decisions.

11

1000 Alderman Drive, Alpharetta, GA 30005    Telephone 800.201.6411    Email CustomerEducation@LexisNexis.com    HTTP:LEARN.LEXISNEXIS.COM

Phifer Aff. Ex. A:11
Case 11-20059-gmh    Doc 3501-1    Filed 09/27/23    Page 11 of 14

# Getting Started & Best Practices Guide



**Best Practices**

## *Why Do We Use Advanced Person Search?*

- Advanced Person Search allows you to search by LexisNexis® Link ID™, a unique, 12-digit identifier which can more closely indicate who your subject is than a Social Security Number. The Link ID number only pulls records associated with a single individual. It may potentially return more records than are returned in the original Advanced Person Search using first name, last name, or date of birth. Link ID is also more secure than a Social Security Number because it cannot be misused in order to commit fraud.
- Entity roll up provides a person's names, aliases, associated SSNs, addresses and phone numbers in one area.
- Icons for property ownership, motor vehicle registrations, criminal records and phones plus records display which can provide additional information.

## People At Work

Select the People at Work search via the People Tab or the Next Steps feature.

- Search for individuals by their company name or company address.
- Advanced searching using SSN and telephone number to identify potential places of employment.
- Search results include name of the business and address information. It also includes phone numbers and titles when available.
- Review the company name and date range to assist in determining the employment status of your subject.





**Best Practices**

## *Why do we conduct a search in People at Work?*

Locating a current or previous employer can give contact information to further locate a person.

12

1000 Alderman Drive, Alpharetta, GA 30005    Telephone 800.201.6411    Email CustomerEducation@LexisNexis.com    HTTP:LEARN.LEXISNEXIS.COM

Phifer Aff. Ex. A:12
Case 11-20059-gmh    Doc 3501-1    Filed 09/27/23    Page 12 of 14

# Getting Started & Best Practices Guide

## Phones Category



### Phones Plus

Phones Plus locates unlisted and unpublished phone numbers, in addition to cell phone numbers. Search Phones Plus using these best practices:

- Reverse address matching
- 7 and 10 digit reverse telephone searching
- First name and last name searching

Phones Plus can include Directory Assistance listings with advanced searching.



**Best Practices**

### Why do we conduct a search in Phones Plus?

- Phones Plus gives a user access to over 25 billion cell and unlisted numbers in addition to electronic directory assistance.
- A user can start with a name or a number.
- The carrier and location of the service are also listed.

### Basic Lookup

Basic Lookup includes Directory Assistance searching using:

- Reverse phone look up (7 and 10 digit)
- Reverse address look up can include ex-roommates, parents, etc.

Limits searches to return results only on residences or only on businesses, or both.

### Reverse Lookup

Reverse Lookup allows users to match an existing telephone number to a potential subject or address.

13

Phifer Aff. Ex. A:13
Case 11-20059-gmh    Doc 3501-1    Filed 09/27/23    Page 13 of 14

# Getting Started & Best Practices Guide

## Canadian Phones
Canadian Phones search includes all 10 provinces and 3 territories.

## Reports
- Reports take the information from a specific subject's record and run that information through every available source.
- When ordering a report from a Search Results page, click on a report icon displayed near the subject's data.  Choose the result record that displays a Social Security Number.
- Reports provide further detail on the target subject or business and may identify:  related public records, business profiles, contact individuals, associated individuals and entities.
    - Finder Report:  May provide two degrees of relatives with an address summary, phone summary, and bankruptcy information.
    - Comprehensive Report:  May provide three degrees of relatives, liens and judgments, criminal records and professional licenses.
- Click Save Report for later access to save results prior to clicking on Request Report.



**Tip**

### Sample Reports
From a Search Results page, click the See Examples link to view a sample of each report offered.



**Best Practices**

### Why do we run a Report?
- Different types of reports can provide a great deal of information all at once.
- Some users prefer to run reports rather than do individual searches on each piece of information found in the report.  This is particularly true when they need large amounts of information on a debtor or the debtor has a particularly high balance.

The Accurint services are not provided by "consumer reporting agencies," as that term is defined in the Fair Credit Reporting Act (15 U.S.C. § 1681, et seq.) ("FCRA") and do not constitute "consumer reports," as that term is defined in the FCRA. Accordingly, the Accurint service may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another purpose in connection with which a consumer report may be used under the FCRA.

Due to the nature of the origin of public record information, the public records and commercially available data sources used in reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product or service aggregates and reports data, as provided by the public records and commercially available data sources, and is not the source of the data, nor is it a comprehensive compilation of the data. Before relying on any data, it should be independently verified.

LexisNexis and the Knowledge Burst logo are registered trademarks of Reed Elsevier Properties Inc., used under license. Accurint is a registered trademark of LexisNexis Risk Data Management Inc. Other products and services may be trademarks or registered trademarks of their respective companies.

Copyright 2010 LexisNexis Risk Solutions. All rights reserved.

14

1000 Alderman Drive, Alpharetta, GA 30005     Telephone 800.201.6411     Email CustomerEducation@LexisNexis.com     HTTP:LEARN.LEXISNEXIS.COM

Phifer Aff. Ex. A:14
Case 11-20059-gmh    Doc 3501-1    Filed 09/27/23    Page 14 of 14