# LexisNexis® Government 2011 Insight Conference
# Top Ten Tips and Techniques for Accurint®

1. **Less is More in Advanced Person Search.**
   There are no required fields in the search form. When you have a Social Security Number (SSN) for your subject, use it! This is always the fastest way to locate an individual. However, if all you have is piecemeal information, such as a street name and a first name, enter the criteria and see what results appear. You may save countless hours of investigation time by locating someone within public records rather than knocking on doors, interviewing additional sources, etc.

2. **Your search terms don't always have to match the heading of the search form.**
   In other words, a person's name can be run through Business Search to find businesses associated with that name, while running the same name through Motor Vehicle Search will result in vehicles associated with that name. Running a phone number through Advanced Person Search will allow you to discover additional people who have been associated with that number, such as someone with the same last name as your subject who is not otherwise associated within the data.

3. **Use Accurint to research businesses being run from homes within residential neighborhoods.**
   Running block ranges, street names or apartment complex addresses within Business Search can paint a more complete picture of a specific geographic area, which is important for officer safety. This technique is also helpful in locating a specific business when all you know is a general location and a partial name or business type.

4. **People at Work can provide clues about potential lower-level employees not listed in state business records.**
   Search a company name using People at Work to find out who has been associated with that company through the address. This tool is extremely useful for finding potential witnesses when a company and/or its owners are under investigation.

5. **Accurint® doesn't throw anything away.**
   Older addresses and phone numbers can be just as useful as recent/current ones when researching a subject. For example, a phone number from ten years ago could still be associated to an individual within the data, and the composite created by our advanced linking technology can provide a current phone number and address.

6. **Expand your access to Driver Licenses.**
   Accurint® offers non-governmental sources in addition to government-provided sources in Driver Licenses. This is a good way to find additional addresses for people, and to find licensed drivers at a specific address.

7. **Always check the coverage.**
   Before running a search in the niche databases (e.g., Professional Licenses, Property, ), be sure to click on the Coverage link under the Search button. It's important to know which states (or counties!) are included in the each database, and whether the data provided is current or historical.

8. **Addresses do not always indicate a person's residence.**
   Address information is associated to a person through a number of ways. To determine the most probable residence address, look for clues such as property address versus owner address, or a relatively high number of sources pointing to that address within a date range.

9. **When possible, always start with a Comprehensive Report.**
   Comprehensive Reports utilize our sophisticated linking technology to provide an in-depth view of your subject. If you are trying to turn every stone, consider running a few additional searches to find records that may not be included in the Comprehensive Report due to the limited nature of certain types of data (e.g., Marriages/Divorces).

10. **What you search is not always what you find.**
    Focus on the search results rather than the title of the search. For example, addresses on permits or licenses may be more current and accurate than addresses from other data sources. Using the Professional Licenses search can also be a great way to locate someone with a common name if you know that his or her vocation requires licensure.



**About LexisNexis® Risk Solutions**

LexisNexis® Risk Solutions is the leader in providing essential information that helps advance industry and society. Building on the legacy of proven LexisNexis® services from the past 30 years, our cutting-edge technology, unique data and advanced scoring analytics provide total solutions that address evolving client needs in the risk sector while upholding high standards of security and privacy. LexisNexis Risk Solutions serves commercial organizations and government agencies and is comprised of several affiliated corporations, each offering premier customer-focused solutions. For more information, visit lexisnexis.com/risk.

Accurint® Mobile does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint® Mobile may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA. Due to the nature of the origin of public record information, the public records and commercially available data sources used in reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. This product or service aggregates and reports data, as provided by the public records and commercially available data sources, and is not the source of the data, nor is it a comprehensive compilation of the data. Before relying on any data, it should be independently verified. Copyright © 2011 LexisNexis. All rights reserved. 0411