So Ordered.

Dated: October 29, 2023



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

---

In re:

ARCHDIOCESE OF MILWAUKEE,

Debtor.

Chapter: 11

Case No: 11-20059

---

### ORDER RESTRICTING PUBLIC ACCESS AND DIRECTING THE DOCKETING OF REDACTED DOCUMENT

---

The Court has considered the Motion to Restrict Public Access and Redact Document (the "Motion") filed by the State of Wisconsin Department of Justice. The Motion alleges that the Exhibit C, page 12, to the Affidavit of S. Michael Murphy, Docket Number 3493-3 (the "original document") contains certain personal identifiers that are subject to the redaction requirements of Federal Rule of Bankruptcy Procedure 9037. The Movant has submitted a proposed redacted document as an attachment to the Motion and has paid the redaction-motion filing fee.

IT IS THEREFORE ORDERED: the Clerk of Court is directed to docket the proposed redacted document in the public record and to restrict public access to the original unredacted document.

#####