IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: ) Case No. 11-20059-svk
)
ARCHDIOCESE OF MILWAUKEE, ) Chapter 11
)
Debtor. ) **ABUSE SURVIVOR PROOF OF CLAIM**
)

# IMPORTANT:
## THIS FORM MUST BE *RECEIVED* NO LATER THAN
## FEBRUARY 1, 2012 AT 4:00 P.M.

1. Please read the instructions included with this ABUSE SURVIVOR PROOF OF CLAIM FORM and complete ALL applicable questions. Please print clearly and use blue or black ink. Send the *original* to: **The United States Bankruptcy Court for the Eastern District of Wisconsin, Room 126, U.S. Courthouse, Attention: Archdiocese Clerk, 517 East Wisconsin Avenue, Milwaukee, Wisconsin 53202.**

2. You may wish to consult an attorney regarding this matter. You may also contact the attorneys for the Official Committee of Unsecured Creditors (Pachulski, Stang, Ziehl & Jones LLP) at 1-888-496-8643 or Milwaukee.Archdiocese@pszjlaw.com for information or the Archdiocese's attorneys (Whyte Hirschboeck Dudek S.C.) at 1-877-609-3995 or archmilclaims@whdlaw.com.

3. When you are finished, please sign the proof of claim, write "CONFIDENTIAL-FILED UNDER SEAL" across the top of this Abuse Survivor Proof of Claim Form, place it in a sealed envelope, and write "ATTENTION ARCHDIOCESE CLERK -- CONFIDENTIAL-FILED UNDER SEAL" on the outside of the sealed envelope.

4. To be valid, the proof of claim must be signed by the Abuse Survivor or the Abuse Survivor's attorney. If the Abuse Survivor is deceased or incapacitated, the form may be signed by the Abuse Survivor's representative or the attorney for the estate. If the Abuse Survivor is a minor, the form may be signed by the Abuse Survivor's parent or legal guardian or the Abuse Survivor's attorney.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571

UNLESS YOU INDICATE OTHERWISE IN PART 1 BELOW, YOUR IDENTITY WILL BE KEPT STRICTLY CONFIDENTIAL, UNDER SEAL AND OUTSIDE THE PUBLIC RECORD BY THE UNITED STATES BANKRUPTCY COURT. THIS CLAIM WILL BE PROVIDED PURSUANT TO COURT-APPROVED GUIDELINES TO THE ARCHDIOCESE, COUNSEL TO THE ARCHDIOCESE, COUNSEL FOR COMMITTEE OF UNSECURED CREDITORS AND TO SUCH OTHER PERSONS AS THE COURT DETERMINES NEED THE INFORMATION IN ORDER TO EVALUATE THE CLAIM

### PART 1. CONFIDENTIALITY

THIS ABUSE SURVIVOR PROOF OF CLAIM FORM (ALONG WITH ANY ACCOMPANYING EXHIBITS AND ATTACHMENTS, IF ANY) WILL BE MAINTAINED AS CONFIDENTIAL UNLESS YOU EXPRESSLY REQUEST THAT IT BE PUBLICLY AVAILABLE BY CHECKING THE BOX AND SIGNING BELOW.

☒ I do not want this Proof of Claim Form (along with any accompanying exhibits and attachments, if any) to be kept confidential. Please verify this election by signing directly below.

Signature: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Print Name ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please Continue to Next Page.

Case 11-20059-gmh    Filed 12/02/11   Desc Main Document    Page 1 of 5

Case 11-20059-gmh   Doc 3512   Filed 10/30/23   Page 1 of 13   Murphy Aff. Ex. C:1

## PART 2: IDENTIFYING INFORMATION

**A. Abuse Survivor**

_____
First Name | Middle Initial | Last Name | Jr/Sr/III

Mailing Address: (If Abuse Survivor is incapacitated, is a minor or is deceased, please provide the address of the individual submitting the claim).

_____
City | State/Prov. | Zip Code (Postal Code) | Country (if other than U.S.A.)

Telephone No.
Home: _____ Work: N/A Cell: N/A

Email address  N/A

May we leave voicemails for you regarding your claim?  ☒ yes  ☐ no

May we send confidential information to your email:  ☒ yes  ☐ no

Birth Date: ___ Month ___ Day ___ Year

Any other name or names by which Abuse Survivor has been known:

---

**B. Abuse Survivor's Attorney (if any):**

Law Firm Name

Attorney's First Name | Middle Initial | Last Name

Street Address

City | State/Prov. | Zip Code (Postal Code) | Country (if other than U.S.A.)

Telephone No. | Fax No. | E-mail address

Please Continue to Next Page.

## PART 3: NATURE OF THE ABUSE
(Attach additional sheets if necessary)

NOTE: IF YOU HAVE PREVIOUSLY FILED A LAWSUIT AGAINST THE ARCHDIOCESE IN STATE OR FEDERAL COURT, YOU MAY ATTACH THE COMPLAINT. IF YOU DID NOT FILE A LAWSUIT OR IF THE COMPLAINT DOES NOT CONTAIN ALL OF THE INFORMATION REQUESTED BELOW, YOU MUST PROVIDE THE INFORMATION BELOW.

a. Who abused you? FATHER ▓▓▓ BRO. ▓▓▓ FATHER ▓▓▓

b. What was the abuser's position, title, or relationship to you (if you know)? (For example, was he or she your parish priest, teacher, coach, etc.?)
FATHER ▓▓▓ = TEACHER
FATHER ▓▓▓ = FRIEND

c. Where did the abuse take place? Please be specific. Include everything you can remember, including the city, state, church, school and/or parish where the abuse occurred. ▓▓▓ MINOR SEMINARY ▓▓▓

d. When were you abused?
   1. If the abuse took place over a period of time (months or years) please state when it started, when it stopped, and how many times it occurred. ▓▓▓ = TWICE 1945
   ▓▓▓ REPEATLY FROM AGE 8 TO AGE 17  1936-1944
   2. Please also state your age(s) and your grade(s) in school at the time the abuse took place.
   ▓▓▓ 16 YRS = SOPH.
   ▓▓▓ = 8 YR = 3RD & ON

e. Please describe what happened to you. How were you abused?
I WAS PHYSICALLY ABUSED - MOLSESTED
THEY PRESORMED ORAL SEX ON ME
ONE TIME PHYSICALY BEAT ME

f. Did you tell anyone about the abuse? (You might have told your parents, relatives, a friend, the Archdiocese, your parish priest, a teacher, your doctor, a coach, an attorney, a counselor, a police officer or other law enforcement authorities, or someone else? If you did tell someone, please write down who you told and when you told them.
NO I DID NOT TELL ANYONE BECAUSE AT THE TIME I WAS AFRAID TO AND ALSO DID NOT BELIEVE ANYONE WOULD BELIEVE ME

g. Did you ever write a letter to or contact the Archdiocese, your parish, your school, or anyone else about the abuse? If so, and you have copies of any correspondence, please attach copies of the correspondence.
NO I DID NOT

Please Continue to Next Page.

## PART 4: IMPACT OF ABUSE
(Attach additional sheets if necessary)

*(If you are uncertain how to respond to this Part 4, you may leave this Part 4 blank, but you will be required to complete this Part 4 within thirty (30) days after a written request is made for the information requested in this Part 4)*

1. How did the abuse affect you? Specifically, have you sustained any injuries because of the abuse? (For example, did the abuse negatively affect your education, employment, personal relationships, health? Did it cause you emotional, physical, or psychological injuries?) If so, please describe those injuries.

   IT CAUSED MENTAL ANGUISH, GOT WHERE I DID NOT TRUST ANYONE WHO HAD POWER OVER ME, LIKE PARISH PRIEST AND EMPLOYERS.

2. Have you sought counseling or other treatment for your injuries? If so, with whom and when?   NO

## PART 5. ADDITIONAL INFORMATION

1. Settlements: Have you ever agreed to settle the abuse claim that is described in this proof of claim (whether or not you filed a lawsuit)?

   ☐ Yes  ☒ No   If "Yes", please describe the settlement (the amount that was or will be paid to you, when and how it was or will be paid, the date of the settlement, and the parties to the agreement). You may attach a copy of the settlement agreement if you have one.

2. Bankruptcy. Have you ever filed bankruptcy?  ☐ Yes  ☒ No  If "Yes", please provide the following information:

   Name of Case: _____   Court: _____

   Date filed: _____   Case No.: _____

   Chapter:  ☐ 7  ☐ 11  ☐ 12  ☐ 13   Name of Trustee: _____

Date: NOV. 22 - 2011

Sign and print the name and title, if any, of the Abuse Survivor or other person authorized to file this claim.

Under penalty of perjury, I declare the foregoing statements to be true and correct.

Signature: ▬▬▬▬▬▬▬▬▬▬
Print Name: ▬▬▬▬▬▬▬▬▬▬







7010 3090 0002 7482 6559

**RETURN RECEIPT REQUESTED**

The United States Bankruptcy Court For the Eastern District of Wisc.

Room 126, U.S. Court House,

Attention: Archdiocese Clerk,

517 East Wisconsin ave.,

Milwaukee, Wisconsin, 53202

**RETURN RECEIPT REQUESTED**

Sept 1 - 2015

To Whom it May Concern:

My Husband ▮▮▮▮▮▮▮▮▮▮ - passed away on March 20, 2015.

I am sending a Copy of his opposition from 2014

I did Not know if he Would still be a part of this Claim or Not - If any settlement is sure Made and even though he has passed - I am his Widow of 64 years - please Contact me - if Needed.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Eastern District of Wisconsin
Case No. 11-20059 SVK

My name is ▓▓▓▓▓▓▓▓▓▓
I would like you to consider my view in this matter.
I was sexually abused (please see attached statements)
from age 8 to age 17. I was afraid to tell anyone
because of the high positions of the abusers. The horrible
memories of those years have haunted me throughout
my life. I am now 85 years old, I have recently
had a heart attack and a stroke. I do not have an
attorney. My wife of 63 years and I live on
Social Security, so are unable to hire one, so
I put my objection to this Bankruptcy, in my
simple words, I think the Archdiocese of Milwaukee,
should compensate me for all these years of agony
and dark memories of those times of my youth.

Sincerely,

Copy sent to
Daryl L. Diesing

This was sent
3-20-14

THE COMPLAINT
MUST PROVIDE THE INFORMATION BELOW.

a. Who abused you? FATHER ▮
   BRO ▮
   FATHER ▮

b. What was the abuser's position, title, or relationship to you (if you know)? (For example, was he or she your parish priest, teacher, coach, etc.?
   FATHER ▮ = TEACHER
   FATHER ▮ = FRIEND

c. Where did the abuse take place? Please be specific. Include everything you can remember, including the city, state, church, school ▮ abuse occurred. ▮ MINOR SEMINARY, ▮

d. When were you abused?
   1. If the abuse took place over a period of time (months or years) please state when it started, when it stopped, and how many times it occurred.
      ▮ = TWICE 1945
      ▮ REPEATLY FROM AGE 8 TO AGE 17 1936-1944
   2. Please also state your age(s) and your grade(s) in school at the time the abuse took place.
      ▮ = 16 yrs = SOPH.
      ▮ 8 yr = 3RD ▮ ON

e. Please describe what happened to you. How were you abused?
   I WAS PHYSICALLY ABUSED — MOLESTED
   THEY PREFORMED ORAL SEX ON ME
   ONE TIME PHYSICALY BEAT ME

f. Did you tell anyone about the abuse? (You might have told your parents, relatives, a friend, the Archdiocese, your parish priest, a teacher, your doctor, a coach, an attorney, a counselor, a police officer or other law enforcement authorities, or someone else? If you did tell someone, please write down who you told and when you told them.
   NO I DID NOT TELL ANYONE BECAUSE AT THE TIME I WAS AFRAID TO AND ALSO DID NOT BELIEVE ANYONE WOULD BELIEVE ME

g. Did you ever write a letter to or contact the Archdiocese, your parish, your school, or anyone else about the abuse? If so, and you have copies of any correspondence, please attach copies of the correspondence.
   NO I DID NOT

Please Continue to Next Page.

1. How did the abuse affect you? Specifically, have you sustained any injuries because of the abuse? (For example, did the abuse negatively affect your education, employment, personal relationships, health? Did it cause you emotional, physical, or psychological injuries?) If so, please describe those injuries.

   IT CAUSED MENTAL ANGUISH, BUT WHERE I DID NOT TRUST ANYONE WHO HAD POWER OVER ME, LIKE PARISH PRIEST AND EMPLOYERS.

2. Have you sought counseling or other treatment for your injuries? If so, with whom and when?    NO

## PART 5. ADDITIONAL INFORMATION

1. Settlements: Have you ever agreed to settle the abuse claim that is described in this proof of claim (whether or not you filed a lawsuit)?

   ☐ Yes  ☒ No  If "Yes", please describe the settlement (the amount that was or will be paid to you, when and how it was or will be paid, the date of the settlement, and the parties to the agreement). You may attach a copy of the settlement agreement if you have one.

2. Bankruptcy: Have you ever filed bankruptcy?  ☐ Yes  ☒ No  If "Yes", please provide the following information:

   Name of Case: _____  Court: _____
   Date filed: _____  Case No.: _____
   Chapter: ☐ 7 ☐ 11 ☐ 12 ☐ 13  Name of Trustee: _____

Date: _____

Sign and print the name and title, if any, of the Abuse Survivor or other person authorized to file this claim. Under penalty of perjury, I declare the foregoing statements to be true and correct.

Signature: ███
Print Name: ███

Sept 11- 2015

To all Concerned:
I received a phone call today from Mr. Lillian Brown- an attorney. She said I should send copies of my husband's death certificate and his will in order for me to receive any settlement awarded to him

Thank you



Case 11-20059-gmh    Filed 09/09/15   Desc Supplement   Page 1 of 4

Case 11-20059-gmh    Doc 3512    Filed 10/30/23    Page 10 of 13    Murphy Aff. Ex. C:10



Case 11-20059-gmh　　　　　　　　　　　Filed 09/09/15　Desc Supplement　Page 2 of 4

Case 11-20059-gmh　Doc 3512　Filed 10/30/23　Page 11 of 15　Murphy Aff. Ex. C:11

LF235-04
R235-04

# LAST WILL AND TESTAMENT

BE IT KNOWN that I, ███████ ███████, a resident of ███████, County of ███████, in the State of ███████, being of sound mind, do make and declare this to be my Last Will and Testament expressly revoking all my prior Wills and Codicils at any time made.

I. **PERSONAL REPRESENTATIVE:**

I appoint ███████ of ███████, as Personal Representative of this my Last Will and Testament and provide that if this Personal Representative is unable or unwilling to serve then I appoint ███████ of ███████, as alternate Personal Representative. My Personal Representative shall be authorized to carry out all provisions of this Will and pay my just debts, obligations and funeral expenses. I further provide my Personal Representative shall not be required to post surety bond in this or any other jurisdiction, and direct that no expert appraisal be made of my estate unless required by law.

II. **GUARDIAN:** N/A

In the event I shall die as the sole parent of minor children, then I appoint _____ as Guardian of said minor children. If this named Guardian is unable or unwilling to serve, then I appoint _____ as alternate Guardian. N/A

III. **BEQUESTS:**

I direct that after payment of all my just debts, my property be bequeathed in the manner following:

IF IN THE EVENT I DIE BEFORE MY WIFE, ███████ I LEAVE ALL WORLDY GOODS TO HER - WHICH INCLUDES OUR HOUSE AT ███████ AND CONTENTS - OUR TRUCK 1997 S10 CHEVROLET OUR CASH MONEY AND BANK ACCTS. THE ATTACHED LIST OF THINGS TO GO TO OUR ~~5 CHILDREN~~ AFTER HER DEATH.

Page ___ of ___ pages          Testator's Initials

**Execute and attest before a notary.**
**Caution: Louisiana residents should consult an attorney before preparing a will.**

© 1992-2001 Made E-Z Products, Inc.                                                                 Rev. 10/01
This product does not constitute the rendering of legal advice or services. This product is intended for informational use only and is not a substitute for legal advice. State laws vary, so consult an attorney on all legal matters. This product was not necessarily prepared by a person licensed to practice law in your state.

ABAK

Murphy Aff. Ex. C:12

IN WITNESS WHEREOF, I have hereunto set my hand this _____ day of _____, (year), to this my Last Will and Testament.

_____
Testator Signature

IV. **WITNESSED:**

The testator has signed this will at the end and on each other separate page, and has declared or signified in our presence that it is his/her last will and testament, and in the presence of the testator and each other we have hereunto subscribed our names this _____ day of _____, 20___.

_____        _____
Witness Signature                                              Address

_____        _____
Witness Signature                                              Address

_____        _____
Witness Signature                                              Address

**ACKNOWLEDGMENT**

State of _____
County of _____ }

We, _____, _____,
_____, and _____,
the testator and the witnesses, respectively, whose names are signed to the attached and foregoing instrument, were sworn and declared to the undersigned that the testator signed the instrument as his/her Last Will and that each of the witnesses, in the presence of the testator and each other, signed the will as a witness.

Testator: _____        Witness _____

                                                                         Witness _____

ROBERT ALAN ROBINSON
Notary Public-Notary Seal
State of Missouri, Clinton County
Commission # 11241948
My Commission Expires Sep 19, 2015

On _____ before me, _____ personally appeared _____,
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.
Signature _Robert Alan Robinson_
          Signature of Notary

Affiant _____ Known _____ Produced ID
Type of ID _____
                                                 (Seal)

Page _____ of _____ pages