So Ordered.

Dated: November 2, 2023



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
_____

In re:

    Archdiocese of Milwaukee,         Case No. 11-20059-gmh

            Debtor.                         Chapter 11
_____

**ORDER VACATING OCTOBER 30, 2023 ORDER (ECF NO. 3511)
AND RESTRICTING PUBLIC ACCESS**
_____

On October 30, 2023, the court entered an order on the motion filed by State of Wisconsin Department of Justice to restrict public access and redact exhibit C to the Affidavit of S. Michael Murphy, filed on September 27, 2023. ECF No. 3511. The October 30 order incorrectly identified the docket number for the document to be restricted. Accordingly, IT IS HEREBY ORDERED as follows:

1. The October 30, 2023 order is vacated pursuant to Federal Rule of Civil Procedure 60(a) to correct a clerical mistake in the record.

2. The Clerk of Court is directed to restrict public access to Exhibit C to the affidavit of S. Michael Murphy, ECF No. 3497-3.

                                              # # # # #