| | |
|---|---|
| In re: | Case No. 11-20059-gmh |
| Archdiocese of Milwaukee | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0757-2 | User: adkt | Page 1 of 9 |
| Date Rcvd: Nov 02, 2023 | Form ID: pdfhrg | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Archdiocese of Milwaukee, 3501 South Lake Drive, Milwaukee, WI 53235-0912 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| intp | Email/Text: dojbankruptcynoticegroup@doj.state.wi.us | Nov 02 2023 23:20:00 | State of Wisconsin - Department of Justice, P O Box 7857, Madison, WI 53707-7857 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 04, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Solochek | |
| | on behalf of Defendant Official Committee of Unsecured Creditors alsolochek@hswmke.com skoceja@hswmke.com |
| Albert Solochek | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors alsolochek@hswmke.com skoceja@hswmke.com |
| Albert Solochek | |
| | on behalf of Counter-Claimant Official Committee of Unsecured Creditors alsolochek@hswmke.com skoceja@hswmke.com |
| Anne C. Murphy | |

| | |
|---|---|
| | on behalf of Interested Party State of Wisconsin-Department of Public Instruction murphyac@doj.state.wi.us gurholtks@doj.state.wi.us |
| Brigid Leahy | on behalf of Creditor Continental Casualty Company bleahy@davidchristianattorneys.com mbloch@davidchristianattorneys.com |
| Bruce G. Arnold | on behalf of Debtor In Possession Archdiocese of Milwaukee bruce.arnold@huschblackwell.com michelle.brandemuehl@huschblackwell.com;bruce-arnold-2623@ecf.pacerpro.com |
| Bruce G. Arnold | on behalf of Plaintiff Archdiocese of Milwaukee bruce.arnold@huschblackwell.com michelle.brandemuehl@huschblackwell.com;bruce-arnold-2623@ecf.pacerpro.com |
| Catalina J. Sugayan | on behalf of Defendant Winterthur Swiss Insurance Company catalina.sugayan@sedgwicklaw.com |
| Catalina J. Sugayan | on behalf of Defendant Harper Insurance Limited catalina.sugayan@sedgwicklaw.com |
| Catalina J. Sugayan | on behalf of Defendant Dominion Insurance Company Limited catalina.sugayan@sedgwicklaw.com |
| Catalina J. Sugayan | on behalf of Interested Party Certain Underwriters at Lloyd's London and Certain London Market Companies catalina.sugayan@sedgwicklaw.com |
| Catalina J. Sugayan | on behalf of Defendant Excess Insurance Company Limited catalina.sugayan@sedgwicklaw.com |
| Catalina J. Sugayan | on behalf of Defendant Underwriters at Lloyd's London catalina.sugayan@sedgwicklaw.com |
| Catalina J. Sugayan | on behalf of Defendant Ocean Marine Insurance Company Limited catalina.sugayan@sedgwicklaw.com |
| Catalina J. Sugayan | on behalf of Defendant Helvetia Swiss Insurance Company catalina.sugayan@sedgwicklaw.com |
| Catalina J. Sugayan | on behalf of Defendant River Thames Insurance Company Limited catalina.sugayan@sedgwicklaw.com |
| Catalina J. Sugayan | on behalf of Defendant NRG Victory Reinsurance Limited catalina.sugayan@sedgwicklaw.com |
| Catalina J. Sugayan | on behalf of Defendant London & Edinburgh Insurance Company Limited catalina.sugayan@sedgwicklaw.com |
| Catalina J. Sugayan | on behalf of Defendant National Casualty Co. catalina.sugayan@sedgwicklaw.com |
| Catalina J. Sugayan | on behalf of Defendant Stronghold Insurance Company Limited catalina.sugayan@sedgwicklaw.com |
| Catalina J. Sugayan | on behalf of Defendant Ageas Insurnace Limited catalina.sugayan@sedgwicklaw.com |
| Catalina J. Sugayan | on behalf of Defendant National Casualty Co. of America catalina.sugayan@sedgwicklaw.com |
| Catalina J. Sugayan | on behalf of Defendant Delta Lloyd Schadeverzekering NV catalina.sugayan@sedgwicklaw.com |
| Catalina J. Sugayan | on behalf of Defendant Assicurazioni Generali S.p.A. catalina.sugayan@sedgwicklaw.com |
| Catalina J. Sugayan | on behalf of Defendant National Casualty Co. of America Ltd. catalina.sugayan@sedgwicklaw.com |
| Catalina J. Sugayan | on behalf of Defendant Select Markets Insurance Company catalina.sugayan@sedgwicklaw.com |
| Catalina J. Sugayan | on behalf of Defendant Allianz Suisse Versicherungs-Gesellschaft AG catalina.sugayan@sedgwicklaw.com |
| Christopher Combest | on behalf of Spec. Counsel Quarles & Brady LLP Christopher.Combest@quarles.com |
| Christopher J. Ahrens | on behalf of Creditor The Cemetery Union Employees cja@previant.com mjz@previant.com |
| Christopher J. Ahrens | on behalf of Creditor Milwaukee Laborer's Local 113 cja@previant.com mjz@previant.com |

Christopher J. Schreiber
on behalf of Creditor Mork Mausoleum Construction Inc. cjschreiber@michaelbest.com, mdreida@michaelbest.com;courtmail@michaelbest.com

Craig K. Vernon
on behalf of Creditor Various Creditors cvernon@jvwlaw.net

Daniel Fasy
on behalf of Creditor Various Creditors dan@kosnoff.com lynn@kosnoff.com

Daniel Fasy
on behalf of Creditor Various Creditors dan@kosnoff.com lynn@kosnoff.com

Daryl L. Diesing
on behalf of Spec. Counsel Buelow Vetter Buikema Olson & Vliet daryl.diesing@huschblackwell.com sherri.fonte@huschblackwell.com;daryl-diesing-5396@ecf.pacerpro.com

Daryl L. Diesing
on behalf of Plaintiff Archdiocese of Milwaukee daryl.diesing@huschblackwell.com sherri.fonte@huschblackwell.com;daryl-diesing-5396@ecf.pacerpro.com

Daryl L. Diesing
on behalf of Debtor In Possession Archdiocese of Milwaukee daryl.diesing@huschblackwell.com sherri.fonte@huschblackwell.com;daryl-diesing-5396@ecf.pacerpro.com

Daryl L. Diesing
on behalf of Interested Party Kurtzman Carson Consultants LLC daryl.diesing@huschblackwell.com sherri.fonte@huschblackwell.com;daryl-diesing-5396@ecf.pacerpro.com

David C. Christian, II
on behalf of Creditor Continental Casualty Company dchristian@davidchristianattorneys.com

Dawn M. Maguire-Bayne
on behalf of Creditor David A. Birdsell dbayne@asbazlaw.com mbaca@asbazlaw.com

Debra L. Schneider
on behalf of U.S. Trustee Office of the U. S. Trustee debra.schneider@usdoj.gov

Eric S. Teske
on behalf of Creditor Committee Official Committee of Unsecured Creditors eric@welcenbachlaw.com

Francis H. LoCoco
on behalf of Debtor In Possession Archdiocese of Milwaukee frank.lococo@huschblackwell.com jillian.smith@huschblackwell.com;francis-lococo-1187@ecf.pacerpro.com

Francis H. LoCoco
on behalf of Plaintiff Archdiocese of Milwaukee frank.lococo@huschblackwell.com jillian.smith@huschblackwell.com;francis-lococo-1187@ecf.pacerpro.com

Gillian N. Brown
on behalf of Creditor Committee Creditors Committee gbrown@pszjlaw.com pdoyle@pszjlaw.com

Gillian N. Brown
on behalf of Defendant Official Committee of Unsecured Creditors gbrown@pszjlaw.com pdoyle@pszjlaw.com

Gillian N. Brown
on behalf of Creditor Committee Official Committee of Unsecured Creditors gbrown@pszjlaw.com pdoyle@pszjlaw.com

Gillian N. Brown
on behalf of Counter-Claimant Official Committee of Unsecured Creditors gbrown@pszjlaw.com pdoyle@pszjlaw.com

James I. Stang
on behalf of Other Prof Eric Schwarz jstang@pszjlaw.com dhinojosa@pszjlaw.com

James I. Stang
on behalf of Defendant Official Committee of Unsecured Creditors jstang@pszjlaw.com dhinojosa@pszjlaw.com

James I. Stang
on behalf of Counter-Claimant Official Committee of Unsecured Creditors jstang@pszjlaw.com dhinojosa@pszjlaw.com

James I. Stang
on behalf of Creditor Committee Official Committee of Unsecured Creditors jstang@pszjlaw.com dhinojosa@pszjlaw.com

James P. Scoptur
on behalf of Attorney Jeffrey R. Anderson james@aikenandscoptur.com

James S. Smith
on behalf of Interested Party Michele Marsh jsmith@sgr-law.com droth@sgr-law.com

James S. Smith
on behalf of Interested Party James S. Smith jsmith@sgr-law.com droth@sgr-law.com

James S. Smith

| | |
|---|---|
| | on behalf of Creditor Various Creditors jsmith@sgr-law.com  droth@sgr-law.com |
| James S. Smith | |
| | on behalf of Interested Party Wendy Gunderson jsmith@sgr-law.com  droth@sgr-law.com |
| James T. Murray, Jr. | |
| | on behalf of Witness Rembert G. Weakland jmurray@pjmlaw.com  mfroiland@pjmlaw.com |
| Jason R. Pilmaier | |
| | on behalf of Creditor Committee Creditors Committee jpilmaier@hswmke.com |
| Jason R. Pilmaier | |
| | on behalf of Defendant Official Committee of Unsecured Creditors jpilmaier@hswmke.com |
| Jason R. Pilmaier | |
| | on behalf of Other Prof Eric Schwarz jpilmaier@hswmke.com |
| Jason R. Pilmaier | |
| | on behalf of Counter-Claimant Official Committee of Unsecured Creditors jpilmaier@hswmke.com |
| Jason R. Pilmaier | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors jpilmaier@hswmke.com |
| Jeff D Kahane | |
| | on behalf of Defendant NRG Victory Reinsurance Limited jkahane@duanemorris.com |
| Jeff D Kahane | |
| | on behalf of Counter-Claimant Ageas Insurnace Limited jkahane@duanemorris.com |
| Jeff D Kahane | |
| | on behalf of Defendant Select Markets Insurance Company jkahane@duanemorris.com |
| Jeff D Kahane | |
| | on behalf of Defendant Bishopsgate Ins. Company jkahane@duanemorris.com |
| Jeff D Kahane | |
| | on behalf of Counter-Claimant Stronghold Insurance Company Limited jkahane@duanemorris.com |
| Jeff D Kahane | |
| | on behalf of Counter-Claimant Winterthur Swiss Insurance Company jkahane@duanemorris.com |
| Jeff D Kahane | |
| | on behalf of Interested Party Certain Underwriters at Lloyd's  London and Certain London Market Companies jkahane@duanemorris.com |
| Jeff D Kahane | |
| | on behalf of Defendant London & Edinburgh Insurance Company Limited jkahane@duanemorris.com |
| Jeff D Kahane | |
| | on behalf of Defendant Turegum Insurance Co. jkahane@duanemorris.com |
| Jeff D Kahane | |
| | on behalf of Defendant National Casualty Co. of America Ltd. jkahane@duanemorris.com |
| Jeff D Kahane | |
| | on behalf of Counter-Claimant National Casualty Co. of America Ltd. jkahane@duanemorris.com |
| Jeff D Kahane | |
| | on behalf of Counter-Claimant National Casualty Co. of America jkahane@duanemorris.com |
| Jeff D Kahane | |
| | on behalf of Defendant River Thames Insurance Company Limited jkahane@duanemorris.com |
| Jeff D Kahane | |
| | on behalf of Defendant Underwriters at Lloyd's London jkahane@duanemorris.com |
| Jeff D Kahane | |
| | on behalf of Defendant Stronghold Insurance Company Limited jkahane@duanemorris.com |
| Jeff D Kahane | |
| | on behalf of Defendant Dominion Insurance Company Limited jkahane@duanemorris.com |
| Jeff D Kahane | |
| | on behalf of Defendant Stronghold Insurance Company Limited jkahane@duanemorris.com |
| Jeff D Kahane | |
| | on behalf of Defendant Ageas Insurnace Limited jkahane@duanemorris.com |
| Jeff D Kahane | |
| | on behalf of Counter-Claimant Excess Insurance Company Limited jkahane@duanemorris.com |
| Jeff D Kahane | |
| | on behalf of Counter-Claimant Dominion Insurance Company Limited jkahane@duanemorris.com |

Jeff D Kahane
    on behalf of Counter-Claimant NRG Victory Reinsurance Limited jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Defendant Helvetia Swiss Insurance Company jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Defendant Assicurazioni Generali S.p.A. jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Defendant Allianz Suisse Versicherungs-Gesellschaft AG jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Defendant Excess Insurance Company jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Defendant Ocean Marine Insurance Company Limited jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Defendant Delta Lloyd Non Life jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Counter-Claimant Helvetia Swiss Insurance Company jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Counter-Claimant Allianz Suisse Versicherungs-Gesellschaft AG jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Defendant National Casualty Co. of America jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Counter-Claimant National Casualty Co. jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Counter-Claimant Harper Insurance Limited jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Defendant Excess Insurance Company Limited jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Counter-Claimant Select Markets Insurance Company jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Counter-Claimant London & Edinburgh Insurance Company Limited jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Counter-Claimant River Thames Insurance Company Limited jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Interested Party Underwriters at Lloyd's London jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Defendant National Casualty Co. jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Counter-Claimant Ocean Marine Insurance Company Limited jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Defendant Delta Lloyd Schadeverzekering NV jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Defendant Harper Insurance Limited jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Counter-Claimant Delta Lloyd Schadeverzekering NV jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Defendant Winterthur Swiss Insurance Company jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Counter-Claimant Assicurazioni Generali S.p.A. jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Counter-Claimant Underwriters at Lloyd's London jkahane@duanemorris.com

Jeff D Kahane
    on behalf of Defendant Dominion Insurance Company jkahane@duanemorris.com

Jeffrey Anderson
    on behalf of Plaintiff Dean Weissmuller jeff@andersonadvocates.com
    therese@andersonadvocates.com;erin@andersonadvocates.com

Jeffrey Anderson

on behalf of Plaintiff Donald Marshall jeff@andersonadvocates.com therese@andersonadvocates.com;erin@andersonadvocates.com

Jeffrey Anderson

on behalf of Attorney Jeffrey R. Anderson jeff@andersonadvocates.com therese@andersonadvocates.com;erin@andersonadvocates.com

Jeffrey K. Paulsen

on behalf of Interested Party OneBeacon Insurance Company jpaulsen@wfactorlaw.com gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;jpaulsen@ecf.inforuptcy.com;nbouchard@wfactorlaw.com

Jeffrey K. Paulsen

on behalf of Defendant OneBeacon Insurance Company jpaulsen@wfactorlaw.com gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;jpaulsen@ecf.inforuptcy.com;nbouchard@wfactorlaw.com

Jeffrey K. Paulsen

on behalf of Interested Party Commercial Union Insurance Company jpaulsen@wfactorlaw.com gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;jpaulsen@ecf.inforuptcy.com;nbouchard@wfactorlaw.com

Jeffrey K. Paulsen

on behalf of Interested Party Stonewall Insurance Company jpaulsen@wfactorlaw.com gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;jpaulsen@ecf.inforuptcy.com;nbouchard@wfactorlaw.com

John A. Rothstein

on behalf of Plaintiff Archdiocese of Milwaukee jar@quarles.com

Justinain B S Koenings

on behalf of Spec. Counsel O'Neil Cannon, Hollman, Dejong & Laing, S.C. jb.koenings@wilaw.com

Kenneth H. Brown

on behalf of Defendant Official Committee of Unsecured Creditors kbrown@pszjlaw.com

Kenneth H. Brown

on behalf of Counter-Claimant Official Committee of Unsecured Creditors kbrown@pszjlaw.com

Kenneth H. Brown

on behalf of Creditor Committee Official Committee of Unsecured Creditors kbrown@pszjlaw.com

Leander L. James

on behalf of Creditor Various Creditors ljames@jvwlaw.net

Leonard G. Leverson

on behalf of Spec. Counsel Leverson & Metz S.C. lgl@levmetz.com dbk@levmetz.com

Linda S. Schmidt

on behalf of Counter-Defendant Archbishop Jerome E. Listecki Archbishop of Milwaukee, in his capacity as sole Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust lschmidt@gklaw.com, lehill@gklaw.com

Lindsey M. Greenawald

on behalf of Interested Party Kurtzman Carson Consultants LLC lindsey.greenawald@huschblackwell.com sherri.fonte@huschblackwell.com;lindsey-greenawald-5638@ecf.pacerpro.com;billie.fatheree@huschblackwell.com;toi.pulliam@huschblackwell.com;Elizabeth.Halverson@huschblackwell.com

Lindsey M. Greenawald

on behalf of Plaintiff Archdiocese of Milwaukee lindsey.greenawald@huschblackwell.com sherri.fonte@huschblackwell.com;lindsey-greenawald-5638@ecf.pacerpro.com;billie.fatheree@huschblackwell.com;toi.pulliam@huschblackwell.com;Elizabeth.Halverson@huschblackwell.com

Lindsey M. Greenawald

on behalf of Debtor In Possession Archdiocese of Milwaukee lindsey.greenawald@huschblackwell.com sherri.fonte@huschblackwell.com;lindsey-greenawald-5638@ecf.pacerpro.com;billie.fatheree@huschblackwell.com;toi.pulliam@huschblackwell.com;Elizabeth.Halverson@huschblackwell.com

Marcos G. Cancio

on behalf of Defendant Dominion Insurance Company Limited marcos.cancio@sedgwicklaw.com linda.ehrhart@sedgwicklaw.com

Marcos G. Cancio

on behalf of Defendant Excess Insurance Company Limited marcos.cancio@sedgwicklaw.com linda.ehrhart@sedgwicklaw.com

Marcos G. Cancio

on behalf of Defendant Allianz Suisse Versicherungs-Gesellschaft AG marcos.cancio@sedgwicklaw.com linda.ehrhart@sedgwicklaw.com

Marcos G. Cancio

on behalf of Defendant Harper Insurance Limited marcos.cancio@sedgwicklaw.com linda.ehrhart@sedgwicklaw.com

Marcos G. Cancio

on behalf of Defendant Ocean Marine Insurance Company Limited marcos.cancio@sedgwicklaw.com linda.ehrhart@sedgwicklaw.com

Marcos G. Cancio

on behalf of Defendant National Casualty Co. marcos.cancio@sedgwicklaw.com linda.ehrhart@sedgwicklaw.com

Marcos G. Cancio
: on behalf of Defendant Delta Lloyd Schadeverzekering NV marcos.cancio@sedgwicklaw.com linda.ehrhart@sedgwicklaw.com

Marcos G. Cancio
: on behalf of Defendant Select Markets Insurance Company marcos.cancio@sedgwicklaw.com linda.ehrhart@sedgwicklaw.com

Marcos G. Cancio
: on behalf of Defendant Ageas Insurnace Limited marcos.cancio@sedgwicklaw.com linda.ehrhart@sedgwicklaw.com

Marcos G. Cancio
: on behalf of Interested Party Certain Underwriters at Lloyd's London and Certain London Market Companies marcos.cancio@sedgwicklaw.com, linda.ehrhart@sedgwicklaw.com

Marcos G. Cancio
: on behalf of Defendant Assicurazioni Generali S.p.A. marcos.cancio@sedgwicklaw.com linda.ehrhart@sedgwicklaw.com

Marcos G. Cancio
: on behalf of Defendant London & Edinburgh Insurance Company Limited marcos.cancio@sedgwicklaw.com linda.ehrhart@sedgwicklaw.com

Marcos G. Cancio
: on behalf of Defendant National Casualty Co. of America marcos.cancio@sedgwicklaw.com linda.ehrhart@sedgwicklaw.com

Marcos G. Cancio
: on behalf of Defendant Stronghold Insurance Company Limited marcos.cancio@sedgwicklaw.com linda.ehrhart@sedgwicklaw.com

Marcos G. Cancio
: on behalf of Defendant Helvetia Swiss Insurance Company marcos.cancio@sedgwicklaw.com linda.ehrhart@sedgwicklaw.com

Marcos G. Cancio
: on behalf of Defendant Underwriters at Lloyd's London marcos.cancio@sedgwicklaw.com linda.ehrhart@sedgwicklaw.com

Marcos G. Cancio
: on behalf of Defendant Winterthur Swiss Insurance Company marcos.cancio@sedgwicklaw.com linda.ehrhart@sedgwicklaw.com

Marcos G. Cancio
: on behalf of Defendant River Thames Insurance Company Limited marcos.cancio@sedgwicklaw.com linda.ehrhart@sedgwicklaw.com

Marcos G. Cancio
: on behalf of Defendant National Casualty Co. of America Ltd. marcos.cancio@sedgwicklaw.com linda.ehrhart@sedgwicklaw.com

Marcos G. Cancio
: on behalf of Defendant NRG Victory Reinsurance Limited marcos.cancio@sedgwicklaw.com linda.ehrhart@sedgwicklaw.com

Mark Bromley
: on behalf of Creditor State of Wisconsin - Department of Transportation bromleyfm@doj.state.wi.us radkeke@doj.state.wi.us

Mark L. Metz
: on behalf of Debtor In Possession Archdiocese of Milwaukee mlm@levmetz.com

Mark S. Nelson
: on behalf of Defendant OneBeacon Insurance Company mnelson@ncctslaw.com

Mark S. Nelson
: on behalf of Interested Party Stonewall Insurance Company mnelson@ncctslaw.com

Mark S. Nelson
: on behalf of Defendant Stonewall Insurance Company mnelson@ncctslaw.com

Mark S. Nelson
: on behalf of Interested Party OneBeacon Insurance Company mnelson@ncctslaw.com

Matthew M. Wuest
: on behalf of Counter-Defendant Archbishop Jerome E. Listecki Archbishop of Milwaukee, in his capacity as sole Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust mwuest@gklaw.com, traymond@gklaw.com

Michael Finnegan
: on behalf of Creditor Various Creditors mike@andersonadvocates.com therese@andersonadvocates.com

Michael Finnegan
: on behalf of Creditor Various Creditors mike@andersonadvocates.com therese@andersonadvocates.com

Michael Finnegan
: on behalf of Plaintiff Dean Weissmuller mike@andersonadvocates.com therese@andersonadvocates.com

Michael Finnegan
: on behalf of Plaintiff Donald Marshall mike@andersonadvocates.com therese@andersonadvocates.com

Michael Finnegan

on behalf of Attorney Jeffrey R. Anderson mike@andersonadvocates.com therese@andersonadvocates.com

Michael E Gosman

on behalf of Interested Party Kurtzman Carson Consultants LLC mgosman@whdlaw.com cgibbs@whdlaw.com;flococo@whdlaw.com

Michael E Gosman

on behalf of Debtor In Possession Archdiocese of Milwaukee mgosman@whdlaw.com cgibbs@whdlaw.com;flococo@whdlaw.com

Michelle S. Y. Cramer

on behalf of U.S. Trustee Office of the U. S. Trustee michelle.cramer@usdoj.gov Carrie.Jekelis@usdoj.gov

Office of the U. S. Trustee

ustpregion11.mi.ecf@usdoj.gov

Patrick C. Brennan

on behalf of Creditor Various Creditors pbrennan@brennanlawllc.com

Patrick C. Brennan

on behalf of Creditor Various Creditors pbrennan@brennanlawllc.com

Paul A. Richler

on behalf of Creditor Committee Creditors Committee prichler@richlerlaw.com

Paul A. Richler

on behalf of Creditor Committee Official Committee of Unsecured Creditors prichler@richlerlaw.com

Philip J. Tallmadge

on behalf of Defendant Stonewall Insurance Company ptallmadge@ncctslaw.com

Philip J. Tallmadge

on behalf of Interested Party Stonewall Insurance Company ptallmadge@ncctslaw.com

Philip J. Tallmadge

on behalf of Defendant OneBeacon Insurance Company ptallmadge@ncctslaw.com

Rachel M. Blise

on behalf of Creditor Milwaukee Bucks Inc. rblise@foley.com, nkujath@foley.com

Randall D. Crocker

on behalf of Creditor Saint Francis De Sales Seminary Inc. rcrocker@vonbriesen.com, rmalehorn@vonbriesen.com

Randall D. Crocker

on behalf of Creditor De Sales Preparatory Seminary Inc. rcrocker@vonbriesen.com, rmalehorn@vonbriesen.com

Robert L. Elliott

on behalf of Interested Party Robert L. Elliott deb@attorneyelliott.com

Sean M. Murphy

on behalf of Creditor State of Wisconsin - Department of Transportation murphysm@doj.state.wi.us johnsonae@doj.state.wi.us;radkeke@doj.state.wi.us;kennedyms@doj.state.wi.us

Sean M. Murphy

on behalf of Interested Party State of Wisconsin - Department of Justice murphysm@doj.state.wi.us johnsonae@doj.state.wi.us;radkeke@doj.state.wi.us;kennedyms@doj.state.wi.us

Shawn M. Govern

on behalf of Witness Daniel Budzynski smg@dewittllp.com hmcgowen@dewittllp.com

Timothy D. Kosnoff

on behalf of Creditor Various Creditors tim@kosnoff.com martha@kosnoff.com

Timothy F. Nixon

on behalf of Counter-Defendant Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust on behalf of itself and its beneficiaries tnixon@gklaw.com, kboucher@gklaw.com

Timothy F. Nixon

on behalf of Plaintiff Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust on behalf of itself and its beneficiaries tnixon@gklaw.com, kboucher@gklaw.com

Timothy F. Nixon

on behalf of Interested Party Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust tnixon@gklaw.com kboucher@gklaw.com

Timothy F. Nixon

on behalf of Counter-Defendant Archbishop Jerome E. Listecki Archbishop of Milwaukee, in his capacity as sole Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Trust tnixon@gklaw.com, kboucher@gklaw.com

Wendy G. Gunderson

on behalf of Interested Party Wendy Gunderson wgunders@sgr-law.com

William J. Factor

|  |  |
|---|---|
|  | on behalf of Interested Party Stonewall Insurance Company wfactor@wfactorlaw.com bsass@wfactorlaw.com,wfactor@ecf.courtdrive.com,factorwr43923@notify.bestcase.com |
| William J. Factor | |
|  | on behalf of Interested Party Commercial Union Insurance Company wfactor@wfactorlaw.com bsass@wfactorlaw.com,wfactor@ecf.courtdrive.com,factorwr43923@notify.bestcase.com |
| William J. Factor | |
|  | on behalf of Defendant OneBeacon Insurance Company wfactor@wfactorlaw.com bsass@wfactorlaw.com,wfactor@ecf.courtdrive.com,factorwr43923@notify.bestcase.com |
| William J. Factor | |
|  | on behalf of Interested Party OneBeacon Insurance Company wfactor@wfactorlaw.com bsass@wfactorlaw.com,wfactor@ecf.courtdrive.com,factorwr43923@notify.bestcase.com |

TOTAL: 187

So Ordered.

Dated: November 2, 2023



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
_____

In re:

    Archdiocese of Milwaukee,      Case No. 11-20059-gmh

    Debtor.                               Chapter 11
_____

**ORDER VACATING OCTOBER 30, 2023 ORDER (ECF NO. 3511)
AND RESTRICTING PUBLIC ACCESS**
_____

On October 30, 2023, the court entered an order on the motion filed by State of Wisconsin Department of Justice to restrict public access and redact exhibit C to the Affidavit of S. Michael Murphy, filed on September 27, 2023. ECF No. 3511. The October 30 order incorrectly identified the docket number for the document to be restricted. Accordingly, IT IS HEREBY ORDERED as follows:

1. The October 30, 2023 order is vacated pursuant to Federal Rule of Civil Procedure 60(a) to correct a clerical mistake in the record.

2. The Clerk of Court is directed to restrict public access to Exhibit C to the affidavit of S. Michael Murphy, ECF No. 3497-3.

                                            # # # # #